**Fill in this information to identify the case**

Debtor name    <u>Bendco, Inc.</u>

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number <u>18-30849</u>
(if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Debtor-in-possession account | Debtor-in-possession account | 1 5 0 9 | $54,920.48 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$54,920.48**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| Debtor | **Bendco, Inc.** | Case number (if known) | **18-30849** |
|---|---|---|---|
| | Name | | |

**7. Deposits, including security deposits and utility deposits**

Current value of<br>debtor's interest

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$0.00** |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**11. Accounts receivable**

Current value of<br>debtor's interest

| 11a. 90 days old or less: | **$173,996.85** | – | **$0.00** | = ⋯⋯⋯ → | **$173,996.85** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = ⋯⋯⋯ → | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | **$173,996.85** |

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor   **Bendco, Inc.**
_____   Case number (if known)   **18-30849**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals  _Examples:_ Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | Bendco, Inc. | | Case number (if known) | 18-30849 |
|---|---|---|---|---|
| | Name | | | |

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **35 Desks  $875.** **Chairs  $450.** **File Cabinets  $2,250.** **Fridges  $300.** | | | **$3,875.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **13 Computers  $2,600** **4 Printers  $300.** **1 Time Clock $30.** **15 Phones  $900 (lease/purchase)** **2 TV's  $400.** | | | **$4,220.00** |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$8,095.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **47.1.  See attached list** | | | **$23,245.00** |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|
| | Name | | |

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| See attached list | | | $4,046,000.00 |
|---|---|---|---|

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$4,069,245.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **801 Houston Avenue**<br>**Pasadena, TX 77502**<br>801 Houston Avenue | Leasehold interest | Unknown | | $0.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60. Patents, copyrights, trademarks, and trade secrets

| Debtor | **Bendco, Inc.** | Case number (if known) | **18-30849** |
|---|---|---|---|
| | Name | | |

**61.** Internet domain names and websites

| Website:  www.bendco.com | | **Unknown** | | | $0.00 |
|---|---|---|---|---|---|

**62.** Licenses, franchises, and royalties

**63.** Customer lists, mailing lists, or other compilations

**64.** Other intangibles, or intellectual property

**65.** Goodwill

**66.** Total of Part 10.
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 11:  All other assets

**70.** Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**71.** Notes receivable

Description (include name of obligor)

**72.** Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

**73.** Interests in insurance policies or annuities

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

**75.** Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed   *Examples:* Season tickets, country club membership

**78.** Total of Part 11.
Add lines 71 through 77.  Copy the total to line 90.

$0.00

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
☑ No
☐ Yes

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $54,920.48 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $173,996.85 | |
| 83. | Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. | Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $8,095.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $4,069,245.00 | |
| 88. | Real property. *Copy line 56, Part 9* ............................ → | | $0.00 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column. | 91a. $4,306,257.33 + | 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................ → | | $4,306,257.33 |

**Fill in this information to identify the case:**

Debtor name  **Bendco, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-30849**
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- | --- |

**2.1**

Creditor's name
**Ascentium Capital LLC**

Creditor's mailing address
**23970 Highway 59N**

**Kingwood            TX    77339-1535**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number                    ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

Describe debtor's property that is
subject to a lien
**Akyapak APK-300 bending machine**

Describe the lien
**Judgment & UCC**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

|  | Column A | Column B |
| --- | --- | --- |
| | $242,820.14 | $150,000.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.

$2,948,061.42

Debtor **Bendco, Inc.**                                    Case number (if known) **18-30849**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.2**

**Creditor's name**
Bank of America, N.A.

**Creditor's mailing address**
PO Box 660576

Dallas                TX   75266-0576

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          9  8  6  1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Loan #1

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $328,118.58   Column B: $0.00

**2.3**

**Creditor's name**
Bank of America, N.A.

**Creditor's mailing address**
800 Market St.

St. Louis          MO   63101-2510

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          9  8  7  9

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Loan #2

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $2,199,712.70   Column B: $3,000,000.00

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |

**2.4**

**Creditor's name**
Citibank, N.A.

**Describe debtor's property that is subject to a lien**
Alcoa receivable

**Creditor's mailing address**
388 Greenwich St.

**Describe the lien**
UCC lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

New York        NY    10013

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.
☐ Yes.  The relative priority of creditors is specified on lines ___

|  | **Unknown** | **$0.00** |

**2.5**

**Creditor's name**
Corporation Service Co of America

**Describe debtor's property that is subject to a lien**
Accounts, personal property

**Creditor's mailing address**
As Representataive

PO Box 2576

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Springfield        IL    62708

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.
☐ Yes.  The relative priority of creditors is specified on lines ___

|  | **Unknown** | **$0.00** |

Debtor **Bendco, Inc.**                                      Case number (if known) **18-30849**

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- |

**2.6**  Creditor's name
**Konica Minolta**

Creditor's mailing address
**21146 Network Place**

_____

**Chicago**          **IL   60673**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

Describe debtor's property that is
subject to a lien
**Copier/printer**

Describe the lien
**UCC lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$27,000.00**          **$5,000.00**

**2.7**  Creditor's name
**Leaf Capital Funding, LLC**

Creditor's mailing address
**2005 Market St., 14th Floor**

_____

**Philadelphia**      **PA   19103**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

Describe debtor's property that is
subject to a lien
**Roundo**

Describe the lien
**UCC**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Unknown**          **$0.00**

Official Form 206D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 4

Debtor  **Bendco, Inc.** _____   Case number (if known) **18-30849** _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

### 2.8

**Creditor's name**
**Susquehanna Comm Finance**

**Creditor's mailing address**
**2 Country View Road, Ste. 300**
_____

**Malvern            PA   19355**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Roundo R7**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $111,000.00    Column B: $100,000.00

### 2.9

**Creditor's name**
**TCF Equipment Finance**

**Creditor's mailing address**
**PO Box 77077**
_____

**Minneapolis        MN   55480-7777**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**  8   2   7   6

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Roundo section roller R-5**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $9,410.00    Column B: $150,000.00

Debtor  **Bendco, Inc.**  _____  Case number (if known) **18-30849**

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.10**

Creditor's name
**US Bancorp Equipment Finance**

Creditor's mailing address
**PO Box 790413**
_____

**St. Louis          MO    63179-0413**

Creditor's email address, if known
_____

Date debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Roundo angle bending roller R-72S**

Describe the lien
**UCC**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$30,000.00          $250,000.00

**2.11**

Creditor's name
**Wells Fargo Bank, N.A.**

Creditor's mailing address
**300 Tri-State International #400**
_____

**Lincolnshire       IL     60069**

Creditor's email address, if known
_____

Date debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Nissan Forklift PD 155H S/N 300367**

Describe the lien
**UCC**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Unknown             $0.00

Official Form 206D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 6

Debtor    Bendco, Inc.                           Case number (if known)   18-30849

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Brian Engelhardt<br>BB&T<br>2 Country View Rd., Ste. 300<br><br>Malvern     PA    19355 | Line  2.8 | ___ ___ ___ ___ |
| Corporation Service Company<br>801 Stevenson Drive<br><br>Sprngfield     IL    62703 | Line  2.11 | ___ ___ ___ ___ |
| CT Lien Solutions<br>2727 Allen Parkway, Ste. 100<br><br>Houston     TX    77019 | Line  2.4 | ___ ___ ___ ___ |
| Judy K. Long<br>U.S. Bank Equipment Finance<br>1310 Madrid St.<br><br>Marshall     MN    56258 | Line  2.10 | ___ ___ ___ ___ |
| K. Mark Vincent<br>Vincent Serafino Geary etal<br>1601 Elm St., Ste. 4100<br><br>Dallas     TX    75201-3073 | Line  2.3 | ___ ___ ___ ___ |
| K. Mark Vincent<br>Vincent Serafino Geary etal<br>1601 Elm St., Ste. 4100<br><br>Dallas     TX    75201-3073 | Line  2.2 | ___ ___ ___ ___ |

Debtor  __Bendco, Inc._____     Case number (if known) __18-30849_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Matthew T. Wright | Line __2.1__ | ___ ___ ___ ___ |
| 12620 FM 1960 Rd West | | |
| Suite A-4, Box 304 | | |
| | | |
| Houston              TX     77065 | | |
| | | |
| Teri H. Kelley, Esq. | Line __2.9__ | ___ ___ ___ ___ |
| 6750 West Loop S., Ste. 920 | | |
| | | |
| | | |
| Bellaire              TX     77401 | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Bendco, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-30849** |

☐ Check if this is an amended filing

<u>Official Form 206E/F</u>

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $39,010.94 | $39,010.94 |

**2.1** Priority creditor's name and mailing address

<u>Harris County Tax Assessor-Col</u>

<u>PO Box 4089</u>

_____

_____

<u>Houston                    TX        77210-4089</u>

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
<u>Taxes</u>

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| | | | $0.00 | $0.00 |
|---|---|---|---|---|

**2.2** Priority creditor's name and mailing address

<u>Internal Revenue Service</u>

<u>P.O. Box 7346</u>

_____

_____

<u>Philadelphia                PA        19101-7346</u>

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
<u>Notice Only</u>

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|--------|--------------|------------------------|----------|

| **Part 1:** | **Additional Page** |
|-------------|---------------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.3**   Priority creditor's name and mailing address

Pasadena ISD

PO Box 1318

Pasadena                    TX      77501-1318

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $71,635.59   **Priority amount** $71,635.59

**Basis for the claim:**
Taxes

Date or dates debt was incurred

_____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  8  )

---

**2.4**   Priority creditor's name and mailing address

Texas Workforce Commission

Bankruptcy Unit, Room 556

101 E. 15th St.

Austin                      TX      78778-0001

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $12,112.91   **Priority amount** $12,112.91

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account number   3  6  7  8

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  8  )

| Debtor | **Bendco, Inc.** | Case number (if known) | **18-30849** |

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**614 Curtis Sreet Property LLC**
**801 Houston Ave.**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Pasadena | TX | 77502 |

Basis for the claim: **Lease**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131,945.07** |

**707 Houston Ave Property LLC**
**801 Houston Ave.**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Pasadena | TX | 77502 |

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**801 Houston Ave Property LLC**
**801 Houston Ave.**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Pasadena | TX | 77502 |

Basis for the claim: **Lease**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,070.00** |

**A&M Technical Services**
**4102 Lauder Rd**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Houston | TX | 77039 |

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.5** Nonpriority creditor's name and mailing address

ABC Home and Commercial Serv

8448 N. Sam Houston Pkwy W

#175693

Houston          TX      77064

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$482.34

**3.6** Nonpriority creditor's name and mailing address

ACC Business

PO Box 105306

Atlanta          GA      30348-5306

Date or dates debt was incurred

Last 4 digits of account number  4  9  2  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$764.40

**3.7** Nonpriority creditor's name and mailing address

Access America Transport

c/o CST Company Inc.

PO Box 224768

Dallas          TX      75222-4768

Date or dates debt was incurred

Last 4 digits of account number  6  4  1  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$4,575.00

**3.8** Nonpriority creditor's name and mailing address

Accutest Labs

7821 Pinemont

Houston          TX      77040

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$18,330.00

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,590.73 |
|---|---|---|---|

Adobe Equipment

7607 Wallisville Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston            TX      77020

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __


| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,948.95 |
|---|---|---|---|

Advanced Crane & Hoist Services

PO Box 446

☐ Contingent
☐ Unliquidated
☐ Disputed

Pearland          TX      77588

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __


| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,652.66 |
|---|---|---|---|

Airgas USA, LLC

PO Box 676015

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas            TX      75267

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __


| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.71 |
|---|---|---|---|

AJAX Tocco Magnethermic

PO Box 78000, Dept #781449

☐ Contingent
☐ Unliquidated
☐ Disputed

Detroit           MI      48278

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| | | |
|---|---|---|
| Debtor | **Bendco, Inc.** | Case number (if known) __18-30849__ |

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$2,666.00

__Amtrust North America__

__PO Box 6939__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Cleveland          OH     44109-1939__

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __6   2   5   1__

- ☑ No
- ☐ Yes

**3.14** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$258.31

__Angelina American, Inc.__

__PO Box 151837__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Lufkin          TX     75915__

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __  __ __  __ __  __ __  __

- ☑ No
- ☐ Yes

**3.15** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$1,730.54

__Apache Oil Company__

__PO Box 177__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Pasadena          TX     77501__

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __7   7   8   0__

- ☑ No
- ☐ Yes

**3.16** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$775.00

__Armstrong Transports Group Inc.__

__PO Box 745100__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Atlanta          GA     30374-5100__

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __  __ __  __ __  __ __  __

- ☑ No
- ☐ Yes

| Debtor | Bendco, Inc. | | Case number (if known) | 18-30849 |
|---|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.93 |
|---|---|---|---|

AT&T Fax

PO Box 105414

☐ Contingent
☐ Unliquidated
☐ Disputed

| Atlanta | GA | 30348 |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ☑ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,024.81 |
|---|---|---|---|

Ball Winch

15786 Hwy 75 North, #110948

☐ Contingent
☐ Unliquidated
☐ Disputed

| Willis | TX | 77378 |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ☑ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.80 |
|---|---|---|---|

Bandwidth

75 Remittance Dr., Dept 6647

☐ Contingent
☐ Unliquidated
☐ Disputed

| Chicago | IL | 60675 |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ☑ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,004.07 |
|---|---|---|---|

Bank of America

PO Box 660576

☐ Contingent
☐ Unliquidated
☐ Disputed

| Dallas | TX | 75266-0576 |

Basis for the claim: Credit Cards

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   0   7   0   6   ☑ No   ☐ Yes

---

Debtor  __Bendco, Inc._____   Case number (if known) __18-30849_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**  Nonpriority creditor's name and mailing address

__Bayou City Bolt & Supply Co., Inc._____

__PO Box 330264_____

_____

__Houston_____ TX __77233-0264__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$153.94

---

**3.22**  Nonpriority creditor's name and mailing address

__BIC Alliance_____

__PO Box 40166_____

__Baton Rouge, LA_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,302.69

---

**3.23**  Nonpriority creditor's name and mailing address

__Broome Welding & Machine_____

__7909 Bayside Ave._____

_____

__Galveston_____ TX __77554_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Kloeckner Metals_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,038.27

---

**3.24**  Nonpriority creditor's name and mailing address

__Burleson Florist_____

__2317 South Shaver, #000135_____

__Pasadena, TX 7750_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$309.57

---

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |
|---|---|---|---|

Cameo Fabricators, Inc.

13835 Chrisman Rd, #B0322

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston          TX      77039

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141,272.79 |
|---|---|---|---|

CAN Capital Asset Servicing, Inc.

Fora Financial

242 W. 36th St.

☐ Contingent
☐ Unliquidated
☐ Disputed

New York          NY      10018

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.87 |
|---|---|---|---|

Center Point Energy

PO Box 4981

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston          TX      77210

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,857.00 |
|---|---|---|---|

Channel Sheet Metal, Inc.

PO Box 5545

☐ Contingent
☐ Unliquidated
☐ Disputed

Pasadena          TX      77508

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.29** Nonpriority creditor's name and mailing address

$2,443.02

City of Pasadena Water Dept

PO Box 1337

Pasadena                    TX      77501

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

$411.79

Comcast #8777-70-184-0015009

PO Box 660618

Dallas                        TX      75265

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

$13,922.44

Commercial Coating Services

5200 Curtis Lane

New Iberia                    LA      70560

Date or dates debt was incurred

Last 4 digits of account number  0  6  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address

$2,002.78

D & D Systems

PO Box 807

Liberty                       TX      77575

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

**Part 2:  Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,250.00 |
|---|---|---|---|

Darr Equipment Co of Houston

dba Adobe Equipment

7602 Wallisville Rd.

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| Houston | TX | 77020-3635 |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    3  1  5  5

---

| 3.34 | Nonpriority creditor's name and mailing address | | $584.25 |
|---|---|---|---|

DH Tire Inc.

6903 Lyons Ave.

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Houston | TX | 77020 |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| 3.35 | Nonpriority creditor's name and mailing address | | $15,071.00 |
|---|---|---|---|

Distribution Now

359A Old Underwood Rd, Ste D

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| La Porte | TX | 77571 |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| 3.36 | Nonpriority creditor's name and mailing address | | $17,012.89 |
|---|---|---|---|

Dixie Pipe Sales, LP

Dept #372

PO Box 4346

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| Houston | TX | 77210-4346 |
|---|---|---|

Basis for the claim: Judgment

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    3  7  2

---

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|--------|-------------|------------------------|----------|

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

DRDA, PLLC

1120 Bay Area Blvd.

Houston                    TX        77058

Date or dates debt was incurred

Last 4 digits of account number      1   1   5   2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$5,347.50

---

**3.38** Nonpriority creditor's name and mailing address

Dunn & Bradstreet

PO Box 75542

Chicago                    IL        60675-5542

Date or dates debt was incurred

Last 4 digits of account number      5   8   9   4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$396.18

---

**3.39** Nonpriority creditor's name and mailing address

DXP Enterprises, Inc. (CW Rod)

PO Box 840511

Dallas                     TX        75284

Date or dates debt was incurred

Last 4 digits of account number      0   8   0   4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$167.94

---

**3.40** Nonpriority creditor's name and mailing address

E.T.H. Service Corporation

7527 Morley

Houston                    TX        77061

Date or dates debt was incurred

Last 4 digits of account number      __   __   __   __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$11,232.62

---

| | |
|---|---|
| Debtor **Bendco, Inc.** | Case number (if known) **18-30849** |

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41**   Nonpriority creditor's name and mailing address

**Eastern Metal Supply**

**9400 Telge Road**

**Houston**                         TX        77095

Date or dates debt was incurred

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$585.00

---

**3.42**   Nonpriority creditor's name and mailing address

**Evoqua Water Technologies**

**28563 Network Place**

**Chicago**                         IL        60673

Date or dates debt was incurred

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$397.46

---

**3.43**   Nonpriority creditor's name and mailing address

**Exact North America LLC**

**33044 Collections Center Drive**

**Chicago**                         IL        60693-0330

Date or dates debt was incurred

Last 4 digits of account number   2   2   5   6

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,763.84

---

**3.44**   Nonpriority creditor's name and mailing address

**Farmer's Alloy Fabrication**

**210 Banana Street**

**Lamarque**                        TX        77568

Date or dates debt was incurred

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$467.00

---

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.45** Nonpriority creditor's name and mailing address

$15,900.00

Fastway Freight Systems

PO Box 87644

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Houston                    TX      77287-7644

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number          6   7   0   1

---

**3.46** Nonpriority creditor's name and mailing address

$891.83

Federal Express Corp.

PO Box 660481

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Dallas                    TX      75266

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number          1   2   5   1

---

**3.47** Nonpriority creditor's name and mailing address

$587.54

Fedex Freight

PO Box 10306

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Palatine                    IL      60055

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number          __  __  __  __

---

**3.48** Nonpriority creditor's name and mailing address

$2,106.00

Forrest Services LLC

2231 Sens Rd.

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

La Porte                    TX      77571

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number          __  __  __  __

Debtor   **Bendco, Inc.**                                          Case number (if known)   **18-30849**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                          Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                                          $52,495.57
*Check all that apply.*

**G&A Partners**

☐ Contingent
☐ Unliquidated

**17220 Katy Fwy #350**

☐ Disputed

**Basis for the claim:**

**Houston**                   **TX**   **77094**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___          ☑ No
                                                           ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                                          $1,397.39
*Check all that apply.*

**GCT Inspection**

☐ Contingent
☐ Unliquidated

**3208 Federal Road**

☐ Disputed

**Basis for the claim:**

**Pasadena**                   **TX**   **77504**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___          ☑ No
                                                           ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                                          $320.00
*Check all that apply.*

**Global Contact, Inc.**

☐ Contingent
☐ Unliquidated

**16 West Main Street**

☐ Disputed

**Basis for the claim:**

**Marlton**                   **NJ**   **08053**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___          ☑ No
                                                           ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                                          $463.84
*Check all that apply.*

**Global Poly Solutions**

☐ Contingent
☐ Unliquidated

**9024 Scranton St**

☐ Disputed

**Basis for the claim:**

**Houston**                   **TX**   **77075**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___          ☑ No
                                                           ☐ Yes

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.53** | Nonpriority creditor's name and mailing address |
|---|---|

Grainger

Dept 804255479

PO Box 419267

Kansas City                    MO      64141-6267

Date or dates debt was incurred

Last 4 digits of account number        5   4   7   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,380.17

| **3.54** | Nonpriority creditor's name and mailing address |
|---|---|

Grayson Armature Works, Inc

315 Curtis Ave

Pasadena                    TX      77502

Date or dates debt was incurred

Last 4 digits of account number        __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$895.00

| **3.55** | Nonpriority creditor's name and mailing address |
|---|---|

Great Western Metals

14121 Gulf Freeway

Houston                    TX      77034

Date or dates debt was incurred

Last 4 digits of account number        __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$20,478.89

| **3.56** | Nonpriority creditor's name and mailing address |
|---|---|

Green Machine & Tool, Inc.

Shane Churchill

1007 Pennsylvania

South Houston                    TX      77587

Date or dates debt was incurred

Last 4 digits of account number        __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.57  Nonpriority creditor's name and mailing address

Harvard Welding Supply Co, Inc.

PO Box 502

Galena Park                          TX          77547

Date or dates debt was incurred

Last 4 digits of account number          2    4    0    0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,684.40

### 3.58  Nonpriority creditor's name and mailing address

HCTRA - Violations

Dept 1

PO Box 4440

Houston                          TX          77210-4440

Date or dates debt was incurred

Last 4 digits of account number          __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$396.00

### 3.59  Nonpriority creditor's name and mailing address

Herc Rentals, Inc.

PO Box 650280

Dallas                          TX          75265-0280

Date or dates debt was incurred

Last 4 digits of account number          4    6    6    5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Service pump & compressor

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,592.05

### 3.60  Nonpriority creditor's name and mailing address

Horizon Fluid Power Inc.

PO Box 820823

Houston                          TX          77282-0823

Date or dates debt was incurred

Last 4 digits of account number          __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,900.00

Debtor    __Bendco, Inc._____    Case number (if known) __18-30849_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,349.24 |

**Hunter, Inc.**

**PO Box 6097**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pasadena**          **TX      77506**

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,904.16 |

**IHTS Inspection, LLC**

**11318 Hirsch Rd**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**          **TX      77016**

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.75 |

**Inductoheat**

**32251 N. Avis Dr.**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Madison Heights**          **MI      48071**

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,225.30 |

**IRIS NDT, Inc**

**1115 W. 41st St.**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tulsa**          **OK      74107**

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor  **Bendco, Inc.**                                          Case number (if known)  **18-30849**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.65**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $309.17
*Check all that apply.*

**IWS Gas & Supply of Texas, Ltd.**          ☐ Contingent

**4117 Fair Drive**          ☐ Unliquidated

          ☐ Disputed

Basis for the claim:

Pasadena          TX     77507-1734

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
          ☐ Yes

---

**3.66**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $300.00
*Check all that apply.*

**J&J Landscaping**          ☐ Contingent

**4822 Brower Crest Dr**          ☐ Unliquidated

          ☐ Disputed

Basis for the claim:

Pasadena          TX     77504

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
          ☐ Yes

---

**3.67**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $1,470.00
*Check all that apply.*

**J.W. Lowes, III, P.C.**          ☐ Contingent

**17225 El Camino Real, Ste. 400**          ☐ Unliquidated

          ☐ Disputed

Basis for the claim:

Houston          TX     77058

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
          ☐ Yes

---

**3.68**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $92,500.00
*Check all that apply.*

**James A. Friery**          ☐ Contingent

**801 Houston Ave.**          ☐ Unliquidated

          ☐ Disputed

Basis for the claim:

Pasadena          TX     77502

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
          ☐ Yes

---

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.69** Nonpriority creditor's name and mailing address

John Tharp

PO Box 1436

Dickinson                     TX          77536

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$431.01

**3.70** Nonpriority creditor's name and mailing address

John W Watkins, DDS

3351 Plainvies, Ste A1

Pasadena                     TX          77504

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,788.00

**3.71** Nonpriority creditor's name and mailing address

Jones Delivery Service

3008 1/2 Cliffdale

Houston                     TX          77091

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,596.00

**3.72** Nonpriority creditor's name and mailing address

Knight Capital Funding II

9 East Lockerman St #3A-543

Dover                     DE          19001

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$100,000.00

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.73**   Nonpriority creditor's name and mailing address

La Iglesia del Pueblo

1600 Pasadena Blvd.

Pasadena      TX    77502

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

**3.74**   Nonpriority creditor's name and mailing address

LB Foster Ball Winch

PO Box 643343

Pittsburgh      PA    15264-3343

Date or dates debt was incurred

Last 4 digits of account number   0   9   4   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$24,024.81

---

**3.75**   Nonpriority creditor's name and mailing address

Lone Star Forklift

4213 Forest Ln

Garland      TX    75042

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,438.42

---

**3.76**   Nonpriority creditor's name and mailing address

Lone Star Heat Treating Corp.

PO Box 15621

Houston      TX    77220-5621

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,069.70

---

| Debtor | **Bendco, Inc.** | Case number (if known) | **18-30849** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.77** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

$2,225.40

**Lone Star Stainless & Supply Co.**

**PO Box 8508**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Bacliff**                     **TX       77518**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

---

**3.78** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

$3,105.00

**Loren D. Stark Company**

**10750 Rockley Road**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Houston**                     **TX       77099**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

---

**3.79** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

$2,600.00

**Maintenance Repair Service**

**PO Box 11876**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Houston**                     **TX       77293-1876**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

---

**3.80** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

$3,400.00

**Mid South Fabrication & Welding**

**25000 Pitkin Road, Ste. 270**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Spring**                     **TX       77386**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

---

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.81** Nonpriority creditor's name and mailing address

Miles Service Corporation

2915 Preston

Pasadena                    TX      77502

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$24.21

**3.82** Nonpriority creditor's name and mailing address

Nationwide Trailers PA

5319 Spencer HWY

Pasadena                    TX      77505

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$121.00

**3.83** Nonpriority creditor's name and mailing address

Occupational Medical Care

PO Box 5665

Pasadena                    TX      77508

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$551.19

**3.84** Nonpriority creditor's name and mailing address

Office Depot

PO Box 689020

Des Moines                  IA      50368

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$2,667.30

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.85**   **Nonpriority creditor's name and mailing address**

Oil Patch NDT, LLC

2104 Seventh Street, Ste. B

_____

| Seabrook | TX | 77586 |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Judgment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,496.72**

---

**3.86**   **Nonpriority creditor's name and mailing address**

Omnipotech LTD

11422A Craighead Dr

_____

| Houston | TX | 77025 |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,455.69**

---

**3.87**   **Nonpriority creditor's name and mailing address**

ONESIS Insurance Company

PO Box 277908

_____

| Atlanta | GA | 30384 |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.40**

---

**3.88**   **Nonpriority creditor's name and mailing address**

P & B Testing Inc.

PO Box 924469

_____

| Houston | TX | 77292 |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,405.00**

---

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.89** Nonpriority creditor's name and mailing address

Palladian Publications

15 South Street

Farnham Surrey

GU9 7QU

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$4,824.40

---

**3.90** Nonpriority creditor's name and mailing address

Pasadena Chamber of Commerce

4334 Fairmont Parkway #2514

Pasadena          TX     77504

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

---

**3.91** Nonpriority creditor's name and mailing address

Pasadena Printing

630 Kentucky Street

South Houston          TX     77587

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$484.96

---

**3.92** Nonpriority creditor's name and mailing address

Patriot Fire & Safety, LLC

PO Box 1861

Deer Park          TX     77536

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$684.82

---

| | |
|---|---|
| Debtor **Bendco, Inc.** | Case number (if known) **18-30849** |

### Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.93** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$160.00

**Pegasus Inspections & Testing**

**2016 Harold Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston**           **TX**      **77098**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

**3.94** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$3,108.19

**Perry Johnson Consulting, Inc.**

**PO Box 397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Clawson**           **MI**      **48017**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

**3.95** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$10,943.13

**Perry Johnson Registrars Inc.**

**755 W. Big Beaver, Ste. 1340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

**Troy**           **MI**      **48084**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

**3.96** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$11,214.70

**Petrochem Inspection Services**

**PO Box 5488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Pasadena**           **TX**      **77508-5486**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

Debtor    **Bendco, Inc.**        Case number (if known)   **18-30849**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                 **Amount of claim**

**3.97** Nonpriority creditor's name and mailing address

**Pitney Bowes Global Financial**

**PO Box 371887**

**Pittsburgh**        **PA**    **15250-7887**

Date or dates debt was incurred

Last 4 digits of account number    **6 7 3 9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$25,524.08**

**3.98** Nonpriority creditor's name and mailing address

**PMI Specialists, Inc.**

**1106 West Lobit**

**Baytown**        **TX**    **77520**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,500.00**

**3.99** Nonpriority creditor's name and mailing address

**PowerSave Solutions**

**1214 Ridgeley Dr.**

**Houston**        **TX**    **77055**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,682.32**

**3.100** Nonpriority creditor's name and mailing address

**Praxair**

**10 Riverview Dr.**

**Danbury**        **CT**    **06810**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,497.54**

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.101  Nonpriority creditor's name and mailing address

Production Metal Sawing

7515 Canal St.

Houston                       TX        77011

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,417.50**

### 3.102  Nonpriority creditor's name and mailing address

Protection One Secuity Solutions

PO Box 219044

Kansas City                   MO      64121

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$559.58**

### 3.103  Nonpriority creditor's name and mailing address

Purchase Power

PO Box 371874

Pittsburgh, PA15250-7874

Date or dates debt was incurred  _____

Last 4 digits of account number  _7_ _2_ _4_ _9_

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$195.51**

### 3.104  Nonpriority creditor's name and mailing address

R&L Carriers

PO Box 10020

Port William                  OH      45164-2000

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$243.66**

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.105** Nonpriority creditor's name and mailing address

Red Ball Oxygen

PO Box 7316

Shreveport                    LA      71137-7316

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$2,328.16

---

**3.106** Nonpriority creditor's name and mailing address

Red Cooper

501 Railroad Ave.

Alamo                    TX      78516

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$131.28

---

**3.107** Nonpriority creditor's name and mailing address

Red's Safe And Lock Service

220 Pasadena Blvd.

Pasadena                    TX      77506

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$521.26

---

**3.108** Nonpriority creditor's name and mailing address

Reliant Energy

PO Box 650475

Dallas                    TX      75265

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$8,942.56

---

Debtor   **Bendco, Inc.**                                          Case number (if known)   **18-30849**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                          Amount of claim

---

**3.109**   Nonpriority creditor's name and mailing address                                          $1,100.00

**Republic Heat Treat**

**PO Box 10203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                    TX      77206

Basis for the claim:   _____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
☒ No
☐ Yes

---

**3.110**   Nonpriority creditor's name and mailing address                                          $4,315.00

**Rick Friery**

**2407 Intrepid Way**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

League City                TX      77573

Basis for the claim:   _____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
☒ No
☐ Yes

---

**3.111**   Nonpriority creditor's name and mailing address                                          $910.00

**Rite Inspection Services**

**8484 Breen**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                    TX      77064

Basis for the claim:   _____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
☒ No
☐ Yes

---

**3.112**   Nonpriority creditor's name and mailing address                                          $26,269.51

**Rodney Friery**

**4001 Woody Guthrie Court**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Deer Park                  TX      77536

Basis for the claim:   _____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
☒ No
☐ Yes

---

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.113** Nonpriority creditor's name and mailing address

Russell Craft & Schulz

1002 Gemini, Ste. 130

Houston        TX   77058

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

---

**3.114** Nonpriority creditor's name and mailing address

SAIA Motor Freight Line, Inc.

PO Box 730532

Dallas        TX   75373

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$916.99

---

**3.115** Nonpriority creditor's name and mailing address

Scot Industries, Inc.

PO Box 910018

Dallas        TX   75391

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$6,184.97

---

**3.116** Nonpriority creditor's name and mailing address

Service Steel Warehouse, LP

PO Box 843965

Dallas        TX   75284-3965

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$14,908.33

---

Debtor   **Bendco, Inc.**                                Case number (if known)  __18-30849__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                                **Amount of claim**

---

**3.117** Nonpriority creditor's name and mailing address

Smithco Industries

Safety Division

8918 Wayfarer Lane

Houston                    TX      77075

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$526.90**

---

**3.118** Nonpriority creditor's name and mailing address

South Coast Supply Co.

PO Box 55649

Houston                    TX      77255

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$75.70**

---

**3.119** Nonpriority creditor's name and mailing address

Southwest Stainless and Alloy

PO Box 951037

Dallas                    TX      75395-1037

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$3,980.80**

---

**3.120** Nonpriority creditor's name and mailing address

Sparkletts

PO Box 660579

Dallas                    TX      75266

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$1,893.06**

---

Debtor __Bendco, Inc._____   Case number (if known) __18-30849____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.121** | Nonpriority creditor's name and mailing address

**Specialty Heat Treat, Inc.**

**PO Box 40637**

Houston                     TX        77240-0637

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,401.25

---

**3.122** | Nonpriority creditor's name and mailing address

**Stericycle Communications Sol.**

**26604 Network Place**

Chicago                     IL        60673

Date or dates debt was incurred

Last 4 digits of account number    6   6   4   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,126.39

---

**3.123** | Nonpriority creditor's name and mailing address

**Superior Induction**

**557 Douglas St.**

Pasadena                    TX        91104

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,375.00

---

**3.124** | Nonpriority creditor's name and mailing address

**Team Industrial Services Inc.**

**PO Box 842233**

Dallas                      TX        75284-2233

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$35,028.00

---

| Debtor | Bendco, Inc. | | Case number (if known) | 18-30849 |
| --- | --- | --- | --- | --- |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.125**   Nonpriority creditor's name and mailing address

Tech Induction

13129 23 Mile Road

Shelby Township          MI     48315

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$51,091.70

---

**3.126**   Nonpriority creditor's name and mailing address

TechCorr

1485 E Sam Houston Pkwy South

Suite 160

Pasadena          TX     77503

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,743.00

---

**3.127**   Nonpriority creditor's name and mailing address

Technical Alloy & Ind Gas Co

PO Box 692125

Houston          TX     77269-2125

Date or dates debt was incurred

Last 4 digits of account number   0  1  2  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$14,652.66

---

**3.128**   Nonpriority creditor's name and mailing address

Texas Honing

PO Box 200864D

Houston          TX     77216

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,596.55

---

Debtor __Bendco, Inc._____     Case number (if known) __18-30849_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,374.05 |

Texas Pipe & Supply Co.

PO Box 301052

☐ Contingent
☐ Unliquidated
☑ Disputed

Dallas                      TX      75303-1052

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |

Texas Stress Inc.

PO Box 1089

☐ Contingent
☐ Unliquidated
☐ Disputed

Deer Park                  TX      77536

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,717.60 |

Tioga Pipe, Inc.

W510074

PO Box 7777

☐ Contingent
☐ Unliquidated
☐ Disputed

Philadelphia              PA      19175-0074

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,796.47 |

Tools For Bending Inc.

194 West Dakota Ave.

☐ Contingent
☐ Unliquidated
☐ Disputed

Denver                     CO      80223

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.133**   Nonpriority creditor's name and mailing address

Trilogy Machinery Inc.

4601 Richlynn Drive

Belcamp                      MD     21017

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$352.05

---

**3.134**   Nonpriority creditor's name and mailing address

TUV Rheinland Ind Solutions

PO Box 417532

Boston                       MA     02241-7532

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$24,624.15

---

**3.135**   Nonpriority creditor's name and mailing address

TXU Energy

PO Box 650638

Dallas                       TX     75265

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$181,005.46

---

**3.136**   Nonpriority creditor's name and mailing address

Tyco Integrated Security

PO Box 371967

Pittsburgh                   PA     15250

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,492.33

---

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.137** Nonpriority creditor's name and mailing address

United Parcel Service

PO Box 7247-0244

Philadelphia          PA     19170

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,657.28

**3.138** Nonpriority creditor's name and mailing address

Universal Forklift Supply LLC

9159 Wallisville Rd.

Houston          TX     77029

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,194.57

**3.139** Nonpriority creditor's name and mailing address

Universal News, Inc.

PO Box 227

Fischer          TX     78623

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$850.00

**3.140** Nonpriority creditor's name and mailing address

Verizon Wireless

PO Box 660108

Dallas          TX     75266

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,133.85

Debtor   **Bendco, Inc.**                                      Case number (if known)   **18-30849**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                **Amount of claim**

---

| **3.141** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

**Amount of claim**                        **$252.22**

**Waste Management**

**PO Box 660345**

**Basis for the claim:** _____

**Dallas**                      **TX**      **75266**

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
□ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| **3.142** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

**$652.75**

**We Tote 'Em Trucking**

**8822 Mile Run Rd**

**Basis for the claim:** _____

**Humble**                      **TX**      **77346**

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
□ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| **3.143** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

**$1,050.00**

**Willard Auto Parts**

**718 Pasadena Blvd**

**Basis for the claim:** _____

**Pasadena**                      **TX**      **77506**

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
□ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| **3.144** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

**$5,754.60**

**Wisdom Transportation**

**4141 North Fwy, Ste. 230**

**Basis for the claim:** _____

**Houston**                      **TX**      **77022**

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
□ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|--------|--------------|------------------------|----------|

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.145 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$15,379.74

WL Crane Repair

PO Box 1688

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Baytown                    TX        77522

Date or dates debt was incurred

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number     ___  ___  ___  ___

Debtor __Bendco, Inc._____   Case number (if known) __18-30849_____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** Brent W. Martinelli<br>Quintairos, Prieto, Wood & Boyer<br>1700 Pacific, Ste. 4545<br><br>Dallas            TX      75201 | Line  3.135<br>☐  Not listed.  Explain: | __ __ __ __ |
| **4.2** Brian Schrumpf<br>The Fuentes Firm PC<br>5507 Louetta Road, Ste. A<br><br>Spring            TX      77379 | Line _____<br>☑  Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.3** Christopher L. Janak<br>11 Regency Row Drive<br><br><br>San Antonio       TX      78248 | Line  3.36<br>☐  Not listed.  Explain: | __ __ __ __ |
| **4.4** Daniel J. Goldberg<br>2006 Commonwealth St.<br><br><br>Houston            TX      77006 | Line  3.95<br>☐  Not listed.  Explain: | __ __ __ __ |
| **4.5** Dexter D. Joyner<br>4701 Preston Rd.<br><br><br>Pasadena          TX      77505 | Line  2.3<br>☐  Not listed.  Explain: | __ __ __ __ |
| **4.6** Giddens & Burns<br>3009 Strawberry Rd<br><br><br>Pasadena          TX      77502 | Line  3.45<br>☐  Not listed.  Explain: | __ __ __ __ |

Debtor  __Bendco, Inc.__                                    Case number (if known) __18-30849__

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | J. Javier Anziani <br> Freedman & Price, PC <br> 1102 West Ave., Ste. 200 <br><br> Austin                TX      78701 | Line __3.33__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.8 | J. Patrick Coulson, Attorney At Law <br> PO Box 262683 <br><br><br> Houston              TX      77207-2683 | Line __3.22__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.9 | Jennifer G. Black, Esq. <br> JGBLAW, P.C. <br> 3262 Westheimer, Ste. 651 <br><br> Houston              TX      77098 | Line __3.85__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.10 | John K. Dubiel, Jr. <br> Bristol & Dubiel LLP <br> 10440 N. Central Expy, Ste 800 <br><br> Dallas               TX      75231 | Line __3.72__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.11 | Kara Kimble <br> Altus Global Trade Solutions <br> 2400 Veterans Blvd Ste. 300 <br><br> Kenner               LA      70062 | Line __3.124__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.12 | Kristine McKitrick, Esq. <br> 6046 FM 2920 #426 <br><br><br> Spring               TX      77379 | Line __3.134__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.13 | Marc L. Ellison <br> Totz Ellison & Totz, P.C. <br> 2211 Norfolk, Ste. 510 <br><br> Houston              TX      77098 | Line __3.80__ <br> ☐ Not listed. Explain: | __ __ __ __ |

Debtor **Bendco, Inc.**     Case number (if known) __18-30849__

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | Michael A. Hirsch<br>Schlanger Silver Barg & Paine<br>109 North Post Oak Ln, Ste 300<br>Houston   TX   77024 | Line **3.76**<br>☐ Not listed. Explain: | __ __ __ __ |
| 4.15 | Misty Gasiorowski<br>Weycer, Kaplan et al.<br>11 Greenway Plaza, Ste. 1400<br>Houston   TX   77046 | Line **3.129**<br>☐ Not listed. Explain: | __ __ __ __ |
| 4.16 | Phillip Yates<br>1691 Michigan Ave., Ste. 230<br>Miami Beach   FL   33139 | Line **3.72**<br>☐ Not listed. Explain: | __ __ __ __ |
| 4.17 | Pierce M. Adkins<br>708 Telephone Road<br>Houston   TX   77023 | Line **3.59**<br>☐ Not listed. Explain: | __ __ __ __ |
| 4.18 | Terri S. Morgan<br>Rapp & Krock<br>1980 Post Oak Blvd., Ste. 1200<br>Houston   TX   77056 | Line **3.64**<br>☐ Not listed. Explain: | __ __ __ __ |
| 4.19 | Vital Recovery Services, LLC<br>PO Box 923747<br>Peachtree Corners   GA   30010-3748 | Line **3.26**<br>☐ Not listed. Explain: | __ __ __ __ |
| 4.20 | William T. Peckham, Esq.<br>1104 Nueces St., Ste. 104<br>Austin   TX   78701-2106 | Line **3.89**<br>☐ Not listed. Explain: | __ __ __ __ |

Debtor   **Bendco, Inc.**                                              Case number (if known)   18-30849

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.   **Total claims from Part 1**                                    5a.        $122,759.44

5b.   **Total claims from Part 2**                                    5b. +      $1,562,201.89

5c.   **Total of Parts 1 and 2**                                      5c.        $1,684,961.33
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name __**Bendco, Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**18-30849**__         Chapter __**11**__
(if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease:<br>4.8567 Acres, 3 high bay buildings<br>Contract to be ASSUMED | 801 Houston Ave Properties<br>801 Houston Avenue |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX      77502 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Services agreement | Comcast<br>PO Box 660618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas          TX      75265 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Copier lease | Konica Minolta<br>21146 Network Place |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago          IL      60673 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | IT Services agreement | Omnipotech LTD<br>11422A Craighead Dr |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX      77025 |

Debtor  **Bendco, Inc.**                                        Case number (if known) __18-30849__

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

   Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Postage machine lease Contract to be REJECTED | Pitney Bowes Global Financial |
| | | | PO Box 371887 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Pittsburgh            PA      15250-7887 |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Cellular phones | Verizon Wireless |
| | | | PO Box 660108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas                TX      75266 |

**Fill in this information to identify the case:**

Debtor name __**Bendco, Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**18-30849**__
(if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                   12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **801 Houston Ave Property LLC** | **801 Houston Avenue**<br>Number     Street<br><br>**Pasadena**          **TX**   **77502**<br>City                    State   ZIP Code | **Bank of America, N.A.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  **801 Houston Ave Property LLC** | **801 Houston Avenue**<br>Number     Street<br><br>**Pasadena**          **TX**   **77502**<br>City                    State   ZIP Code | **Bank of America, N.A.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  **James A. Friery, Sr.** | **601 Enterprise Ave. #311**<br>Number     Street<br><br>**League City**       **TX**   **77573**<br>City                    State   ZIP Code | **Bank of America, N.A.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  **James A. Friery, Sr.** | **601 Enterprise Ave. #311**<br>Number     Street<br><br>**League City**       **TX**   **77573**<br>City                    State   ZIP Code | **Bank of America, N.A.** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | Ricky F. Friery | 2407 Intrepid Way <br> Number    Street <br><br> League City        TX    77573 <br> City                          State    ZIP Code | Bank of America, N.A. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Ricky F. Friery | 2371 Indigo Harbor Lane <br> Number    Street <br><br> League City        TX    77573 <br> City                          State    ZIP Code | Bank of America, N.A. | ☑ D <br> ☐ E/F <br> ☐ G |

---

**Fill in this information to identify the case:**

Debtor Name **Bendco, Inc.**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):   **18-30849**

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. | **Real property:** Copy line 88 from Schedule A/B............................................................................................ | $0.00 |
| 1b. | **Total personal property:** Copy line 91A from Schedule A/B...................................................................................... | $4,306,257.33 |
| 1c. | **Total of all property** Copy line 92 from Schedule A/B.............................................................................................. | $4,306,257.33 |

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... **$2,948,061.42**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

| | | |
|---|---|---|
| 3a. | **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................... | $122,759.44 |
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ | + $1,562,201.89 |

4.   **Total liabilities**
Lines 2 + 3a + 3b.................................................................................................................................... **$4,633,022.75**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Bendco, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **18-30849**
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03 / 15 / 2018        X _____
                MM / DD / YYYY            Signature of individual signing on behalf of debtor

                            John Tharp
                            Printed name

                            President
                            Position or relationship to debtor

11-Mar-18  2:44PM
BENDCO, INC

**AR Aging**
Aging As Of: 2/28/2018

Page 1 of 9
by Invoice Date

| Type | Document | Customer PO | Doc Date | Due Date | Days Open | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| **A & A** | | A & A MACHINE, INC. | | | Contact: 281-488-1020 | | Ph: (409) 938-4274 | | | |
| | | | | | Terms: NET 30 | | Fax: (409) 938-3925 | | | |
| INV | 55258 | 49057 | 16-Feb-18 | 18-Mar-18 | 12 | $1,250.00 | | | | $1,250.00 |
| INV | 55283 | 49211 | 28-Feb-18 | 30-Mar-18 | 0 | $2,500.00 | | | | $2,500.00 |
| INV | 55292 | 49202 | 28-Feb-18 | 30-Mar-18 | 0 | $1,900.00 | | | | $1,900.00 |
| | | | | | Customer Totals: | $5,650.00 | | | | $5,650.00 |
| **AGBW** | | ART GLASS BY WELLS | | | Contact: LIZ MILLER | | Ph: 713-729-3699 | | | |
| | | | | | Terms: C.O.D. | | Fax: 713-721-0886 | | | |
| INV | 55035 | COD | 13-Nov-17 | 13-Nov-17 | 107 | | | | $225.00 | $225.00 |
| | | | | | Customer Totals: | | | | $225.00 | $225.00 |
| **AI&SW** | | AREA IRON & STEEL WORKS | | | Contact: FRED EDMONSTON | | Ph: (915) 833-9494 | | | |
| | | | | | Terms: | | Fax: (915) 833-1510 | | | |
| COA | 51556558 | | 30-Jun-17 | 30-Jun-17 | 243 | | | | ($325.00) | ($325.00) |
| | | | | | Customer Totals: | | | | ($325.00) | ($325.00) |
| **APSI** | | ADVENTURE PLAYGROUND SYSTEMS, INC. | | | Contact: CHRISTIAN CORDERO | | Ph: 713-935-9884 | | | |
| | | | | | Terms: NET 30 | | Fax: 713-935-9633 | | | |
| INV | 55280 | 10084 | 27-Feb-18 | 29-Mar-18 | 1 | $3,050.00 | | | | $3,050.00 |
| | | | | | Customer Totals: | $3,050.00 | | | | $3,050.00 |
| **B&E** | | B&E RESOURCES LTD. | | | Contact: AUBREY BRISENDINE | | Ph: 409-994-2653 | | | |
| | | | | | Terms: NET 30 | | Fax: 409-994-2680 | | | |
| INV | 55205 | 0618-BCO01191-2 | 30-Jan-18 | 01-Mar-18 | 29 | $280.00 | | | | $280.00 |
| | | | | | Customer Totals: | $280.00 | | | | $280.00 |
| **BAMCI** | | BAYTOWN ACE MACH. CO. INC | | | Contact: CHRIS | | Ph: (281) 427-9661 | | | |
| | | | | | Terms: NET 30 | | Fax: 281-4223307 | | | |
| INV | 55229 | 44765 | 08-Feb-18 | 10-Mar-18 | 20 | $500.00 | | | | $500.00 |
| INV | 55230 | 44737 | 08-Feb-18 | 10-Mar-18 | 20 | $350.00 | | | | $350.00 |
| | | | | | Customer Totals: | $850.00 | | | | $850.00 |
| **BMI** | | BAYPORT MACHINE INC. | | | Contact: LEROY | | Ph: (281) 471-6223 | | | |
| | | | | | Terms: NET 30 | | Fax: (281) 471-7321 | | | |
| INV | 54513 | 17-3341 | 12-May-17 | 11-Jun-17 | 292 | | | | $570.00 | $570.00 |
| | | | | | Customer Totals: | | | | $570.00 | $570.00 |
| **CHEV** | | CHEVRON PHILLIPS | | | Contact: ACCOUNTS PAYABLE | | Ph: (713) 475-3743 | | | |
| | | | | | Terms: NET 30 | | Fax: (713) 475-3752 | | | |
| INV | 55216 | 4503707175 | 31-Jan-18 | 02-Mar-18 | 28 | $350.00 | | | | $350.00 |
| | | | | | Customer Totals: | $350.00 | | | | $350.00 |
| **CHICA** | | CHICAGO METAL ROLLED PRODUCTS | | | Contact: ANDY KALINNAS | | Ph: 773-523-5757 | | | |
| | | | | | Terms: NET 30 | | Fax: 773-650-1439 | | | |
| INV | 54639 | B115687A | 15-Jun-17 | 15-Jul-17 | 258 | | | | $617.50 | $617.50 |

Attachment to Schedule A/B No. 11

11-Mar-18  2:44PM
BENDCO, INC.

## AR Aging
Aging As Of: 2/28/2018

| Type | Document | Customer PO | Doc Date | Due Date | Days Open | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total Due |
|------|----------|-------------|----------|----------|-----------|--------|---------|---------|---------|-----------|
| **CTIW** | **CENTRAL TEXAS IRON WORKS** | | | | | | | | | |
| | | Contact: DARLENE | | | | | | | | |
| | | Terms: NET 30 | | | | | | Ph: (254) 776-8000 | | |
| | | | | | | | | Fax: (254) 776-8844 | | |
| INV | 55287 | 9236 | 28-Feb-18 | 30-Mar-18 | 0 | $935.00 | | | | $935.00 |
| | | | | | Customer Totals: | $935.00 | | | $617.50 | $617.50 |
| **DEER** | **DEER PARK CONSTRUCTION** | | | | | | | | | |
| | | Contact: CARLOS ELIZALDE | | | | | | Ph: (281) 839-0020 | | |
| | | Terms: C.O.D. | | | | | | Fax: (281) 839-0072 | | |
| INV | 55290 | 17-3847-088 | 28-Feb-18 | 28-Feb-18 | 0 | $7,248.00 | | | | $7,248.00 |
| | | | | | Customer Totals: | $7,248.00 | | | | $7,248.00 |
| **DEY** | **DEYOUNG MACHINE WORKS** | | | | | | | | | |
| | | Contact: MANDY BARBOUR | | | | | | Ph: 832-328-1500 | | |
| | | Terms: 2% 10 Net 30 | | | | | | Fax: 832-328-1700 | | |
| INV | 55260 | 11559 | 19-Feb-18 | 21-Mar-18 | 9 | $3,200.00 | | | | $3,200.00 |
| | | | | | Customer Totals: | $3,200.00 | | | | $3,200.00 |
| **ENVAS** | **ENVASCO** | | | | | | | | | |
| | | Contact: BRENDA JOHNSON | | | | | | Ph: 713-675-7525 | | |
| | | Terms: NET 30 | | | | | | Fax: 713-675-7535 | | |
| INV | 55237 | 45462A | 09-Feb-18 | 11-Mar-18 | 19 | $1,250.00 | | | | $1,250.00 |
| | | | | | Customer Totals: | $1,250.00 | | | | $1,250.00 |
| **EXXM** | **EXXONMOBIL** | | | | | | | | | |
| | | Contact: ADAM G. GENTRY | | | | | | Ph: | | |
| | | Terms: NET 30 | | | | | | Fax: | | |
| INV | 55097 | 4451895376 | 13-Dec-17 | 12-Jan-18 | 77 | | | $495.00 | | $495.00 |
| | | | | | Customer Totals: | | | $495.00 | | $495.00 |
| **FAFI** | **FARMERS ALLOY FAB,INC.** | | | | | | | | | |
| | | Contact: BOBBY Q | | | | | | Ph: 409-765-6361 | | |
| | | Terms: NET 30 | | | | | | Fax: 832-201-0904 | | |
| INV | 55282 | F068749 | 27-Feb-18 | 29-Mar-18 | 1 | $17,900.00 | | | | $17,900.00 |
| | | | | | Customer Totals: | $17,900.00 | | | | $17,900.00 |
| **FCI** | **FABCORP, INC.** | | | | | | | | | |
| | | Contact: CHRIS | | | | | | Ph: (713) 466-3962 | | |
| | | Terms: NET 30 | | | | | | Fax: (713) 466-3470 | | |
| INV | 55269 | 1556743-01 | 23-Feb-18 | 25-Mar-18 | 5 | $600.00 | | | | $600.00 |
| | | | | | Customer Totals: | $600.00 | | | | $600.00 |
| **FERGUS** | **FERGUSON FIRE & FAB INC.** | | | | | | | | | |
| | | Contact: ACCOUNTS PAYABLE | | | | | | Ph: (713) 896-8093 | | |
| | | Terms: | | | | | | Fax: (713) 896-8760 | | |
| COA | 34484352 | | 16-Jan-17 | 16-Jan-17 | 408 | | | | ($520.00) | ($520.00) |
| | | | | | Customer Totals: | | | | ($520.00) | ($520.00) |
| **FPBS** | **FIRE POWER BOILER SERVICES, LLC** | | | | | | | | | |
| | | Contact: TOM STANSBURY | | | | | | Ph: 713-921-9500 | | |
| | | Terms: | | | | | | Fax: 713-921-9511 | | |
| COA | 39803831 | | 06-Mar-17 | 06-Mar-17 | 359 | | | | ($59.40) | ($59.40) |
| | | | | | Customer Totals: | | | | ($59.40) | ($59.40) |

11-Mar-18  2:44PM
BENDCO, INC

**AR Aging**
Aging As Of: 2/28/2018

| Type | Document | Customer PO | Doc Date | Due Date | Days Open | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total Due |
|------|----------|-------------|----------|----------|-----------|--------|---------|---------|---------|-----------|
| **FSPD** | | **FLOWSERVE PUMPS DIVISION** | | | Contact: | | | | | |
| INV | 54609 | FLOPA507 | 08-Jun-17 | 07-Aug-17 | 265 | | | | $350.00 | $350.00 |
| | | | | | Terms: NET 60 DAYS | | | | | |
| | | | | | Ph: | | | | | |
| | | | | | Fax: | | | | | |
| | | | Customer Totals: | | | | | | $350.00 | $350.00 |
| **FSSI** | | **FEDERAL STEEL SUPPLY, INC** | | | Contact: | | | | | |
| INV | 55227 | 33432 | 07-Feb-18 | 09-Mar-18 | 21 | $240.00 | | | | $240.00 |
| | | | | | Terms: NET 30 | | | | | |
| | | | | | Ph: (314) 537-2393 | | | | | |
| | | | | | Fax: (314) 537-8795 | | | | | |
| | | | Customer Totals: | | | $240.00 | | | | $240.00 |
| **FWI** | | **FREEPORT WELDING, INC.** | | | Contact: ACCOUNTING DEPT. | | | | | |
| INV | 55182 | 101415-40127 | 23-Jan-18 | 22-Feb-18 | 36 | | $800.00 | | | $800.00 |
| INV | 55232 | 101428-122200 | 08-Feb-18 | 10-Mar-18 | 20 | $1,500.00 | | | | $1,500.00 |
| | | | | | Terms: NET 30 | | | | | |
| | | | | | Ph: (979) 230-3718 | | | | | |
| | | | | | Fax: (979) 233-0349 | | | | | |
| | | | Customer Totals: | | | $1,500.00 | $800.00 | | | $2,300.00 |
| **GCMC** | | **GULF COPPER & MFG. CORP.** | | | Contact: bobby bolin | | | | | |
| INV | 54975 | GALV03 0300000915 | 20-Oct-17 | 19-Nov-17 | 131 | | | | $2,900.00 | $2,900.00 |
| | | | | | Terms: NET 30 | | | | | |
| | | | | | Ph: (409) 989-0371 | | | | | |
| | | | | | Fax: | | | | | |
| | | | Customer Totals: | | | | | | $2,900.00 | $2,900.00 |
| **GSFI** | | **GAVIN STEEL FABRICATING,** | | | Contact: ADAM MORALES | | | | | |
| INV | 55175 | 5959 | 19-Jan-18 | 18-Feb-18 | 40 | | $4,195.00 | | | $4,195.00 |
| | | | | | Terms: 2% 10 Net 30 | | | | | |
| | | | | | Ph: (210) 695-9672 | | | | | |
| | | | | | Fax: (210) 695-8714 | | | | | |
| | | | Customer Totals: | | | | $4,195.00 | | | $4,195.00 |
| **GWM** | | **GREAT WESTERN METALS** | | | Contact: CAROL JOBE | | | | | |
| INV | 54841 | F71403 | 24-Aug-17 | 23-Sep-17 | 188 | | | | $450.00 | $450.00 |
| | | | | | Terms: NET 30 | | | | | |
| | | | | | Ph: (281) 484-1150 | | | | | |
| | | | | | Fax: (281) 484-7674 | | | | | |
| | | | Customer Totals: | | | | | | $450.00 | $450.00 |
| **HILTD** | | **HAYES INDUSTRIES L.T.D.** | | | Contact: | | | | | |
| INV | 55226 | 30877 | 07-Feb-18 | 09-Mar-18 | 21 | $225.00 | | | | $225.00 |
| | | | | | Terms: NET 30 | | | | | |
| | | | | | Ph: | | | | | |
| | | | | | Fax: | | | | | |
| | | | Customer Totals: | | | $225.00 | | | | $225.00 |
| **HOUS** | | **HOUSTON RAIL &** | | | Contact: MIKE | | | | | |
| INV | 55288 | | 28-Feb-18 | 30-Mar-18 | 0 | $1,025.00 | | | | $1,025.00 |
| | | | | | Terms: NET 30 | | | | | |
| | | | | | Ph: | | | | | |
| | | | | | Fax: | | | | | |
| | | | Customer Totals: | | | $1,025.00 | | | | $1,025.00 |
| **HSC** | | **HIRSCHFELD STEEL COMPANY** | | | Contact: 76902 | | | | | |
| INV | 55259 | J49806 | 19-Feb-18 | 21-Feb-18 | 9 | $4,095.00 | | | | $4,095.00 |
| COA | 74627750 | | 21-Feb-18 | 21-Feb-18 | 7 | ($525.00) | | | | ($525.00) |
| | | | | | Terms: 3% 10- NET 30 | | | | | |
| | | | | | Ph: 336-271-8224 | | | | | |
| | | | | | Fax: 336-271-8315 | | | | | |
| | | | Customer Totals: | | | | | | | |

11-Mar-18  2:44PM
BENDCO, INC

**AR Aging**
Aging As Of: 2/28/2018

| Type | Document | Customer PO | Doc Date | Due Date | Days Open | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| **HSC** | | **HIRSCHFIELD STEEL COMPANY** | | | Contact: 76902 | | | | | Ph: 336-271-8224 |
| | | | | | Terms: 3% 10- NET 30 | | | | | Fax: 336-271-8315 |
| INV | 55263 | J49806 | 21-Feb-18 | 23-Mar-18 | 7 | $4,095.00 | | | | $4,095.00 |
| INV | 55265 | J49806 | 22-Feb-18 | 24-Mar-18 | 6 | $4,095.00 | | | | $4,095.00 |
| INV | 55286 | J49806 | 28-Feb-18 | 30-Mar-18 | 0 | $8,190.00 | | | | $8,190.00 |
| INV | 55291 | J49806 | 28-Feb-18 | 30-Mar-18 | 0 | $4,000.00 | | | | $4,000.00 |
| | | | | | Customer Totals: | $23,950.00 | | | | $23,950.00 |
| **IFOC** | | **INDUSTRIAL FAB OF CORPUS** | | | Contact: CODY | | | | | Ph: (361) 289-0901 |
| | | | | | Terms: 3% 10- NET 30 | | | | | Fax: (361) 289-6735 |
| INV | 55266 | T33958 | 22-Feb-18 | 24-Mar-18 | 6 | $1,000.00 | | | | $1,000.00 |
| | | | | | Customer Totals: | $1,000.00 | | | | $1,000.00 |
| **JEF** | | **J.E.F. FABRICATION, INC.** | | | Contact: JAMES FEHRLE | | | | | Ph: 281-367-2032 |
| | | | | | Terms: 4% 5 DAYS | | | | | Fax: 281-387-5395 |
| INV | 55215 | REF:200-0395 | 31-Jan-18 | 31-Jan-18 | 28 | $9,100.00 | | | | $9,100.00 |
| | | | | | Customer Totals: | $9,100.00 | | | | $9,100.00 |
| **JGP** | | **JOHN GRANT PROJECTS** | | | Contact: JOHN GRANT | | | | | Ph: (303) 589-7281 |
| | | | | | Terms: 50%DOWN- 50%COD | | | | | Fax: |
| INV | 55200 | | 29-Jan-18 | 29-Jan-18 | 30 | | $3,788.75 | | | $3,788.75 |
| | | | | | Customer Totals: | | $3,788.75 | | | $3,788.75 |
| **KOCH-BF** | | **KOCH HEAT TRANSFER CO. LP** | | | Contact: AMESHA LEWIS | | | | | Ph: (713) 466-3555 |
| | | | | | Terms: NET 30 | | | | | Fax: (713) 466-3701 |
| INV | 55104 | 749527 | 15-Dec-17 | 14-Jan-18 | 75 | | | $550.00 | | $550.00 |
| | | | | | Customer Totals: | | | $550.00 | | $550.00 |
| **KWDM** | | **KWD MANUFACTURING, INC.** | | | Contact: KATHERINE MENCHACA | | | | | Ph: (210) 924-5999 |
| | | | | | Terms: NET 30 | | | | | Fax: (210) 924-6799 |
| INV | 55178 | 30291 | 19-Jan-18 | 18-Feb-18 | 40 | | $2,200.00 | | | $2,200.00 |
| | | | | | Customer Totals: | | $2,200.00 | | | $2,200.00 |
| **LAB** | | **LABELLECO FABRICATION** | | | Contact: CHRIS WALDRUP | | | | | Ph: 409-225-5499 |
| | | | | | Terms: | | | | | Fax: |
| | | | | | Customer Totals: | | $2,200.00 | | | $2,200.00 |
| **LI** | | **LOGAN INDUSTRIES INTERNATIONAL, INC.** | | | Contact: ACCOUNTS PAYABLE | | | | | Ph: 713-849-2979 |
| | | | | | Terms: NET 30 | | | | | Fax: 713-849-5266 |
| COA | 27991576 | | 27-Oct-16 | 27-Oct-16 | 489 | | | | ($4,575.00) | ($4,575.00) |
| | | | | | Customer Totals: | | | | ($4,575.00) | ($4,575.00) |
| **MAVERICK** | | **MAVERICK INTERNATIONAL** | | | Contact: Bubba Nelson | | | | | Ph: (409) 833-7878 |
| | | | | | Terms: NET 30 | | | | | Fax: (409) 833-3123 |
| INV | 55076 | 74498 | 30-Nov-17 | 30-Dec-17 | 90 | | | $2,900.00 | | $2,900.00 |
| | | | | | Customer Totals: | | | $2,900.00 | | $2,900.00 |

11-Mar-18  2:44PM
BENDCO, INC

**AR Aging**
Aging As Of: 2/28/2018

| Type | Document | Customer PO | Doc Date | Due Date | Days Open | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total Due |
|------|----------|-------------|----------|----------|-----------|--------|---------|---------|---------|-----------|
| **MAVERICK** | | **MAVERICK INTERNATIONAL** | | | | | | Ph: (409) 833-7878 | | |
| | | | | | | | | Fax: (409) 833-3123 | | |
| INV | 55129 | 1245058 | 22-Dec-17 | 21-Jan-18 | 68 | | | $850.00 | | |
| | | | | | | | | Contact: Bubba Nelson | | |
| | | | | | | | | Terms: NET 30 | | |
| | | | | Customer Totals: | | | | $850.00 | | $850.00 |
| **MAX** | | **MAXIM SILENCERS, INC.** | | | | | | Ph: (832) 554-0980 | | |
| | | | | | | | | Fax: (832) 554-0990 | | |
| COA | 22037945 | | 12-Sep-16 | 12-Sep-16 | 534 | | | | | |
| | | | | | | | | Contact: ALAN CLENDENEN | | |
| | | | | | | | | Terms: | | |
| | | | | Customer Totals: | | | | | | |
| **MEDI** | | **MUELLER ENVIRONMENTAL DESIGNS, INC.** | | | | | | Ph: 713-465-0995 | | |
| | | | | | | | | Fax: | | |
| INV | 55267 | 171138-6 | 22-Feb-18 | 24-Mar-18 | 6 | $250.00 | | | | |
| | | | | | | | | Contact: HUGO RANGEL | | |
| | | | | | | | | Terms: DUE UPON RECEIP | | |
| | | | | Customer Totals: | | $250.00 | | | | $250.00 |
| **MEPCO** | | **MEPCO, INC.** | | | | | | Ph: (713) 943-9240 | | |
| | | | | | | | | Fax: (713) 946-9030 | | |
| INV | 55247 | 217572-11650 | 15-Feb-18 | 15-Feb-18 | 13 | $550.00 | | | | |
| | | | | | | | | Contact: GABRIEL JASSO | | |
| | | | | | | | | Terms: NET 30 | | |
| | | | | Customer Totals: | | $550.00 | | | | $550.00 |
| **MS** | | **MISCELLANEOUS SPECIALTIES** | | | | | | Ph: (281) 351-1177 | | |
| | | | | | | | | Fax: (281) 351-1144 | | |
| INV | 55245 | 1900 | 15-Feb-18 | 17-Mar-18 | 13 | $2,550.00 | | | | |
| | | | | | | | | Contact: BOBBY CASWELL | | |
| | | | | | | | | Terms: NET 30 | | |
| | | | | Customer Totals: | | $2,550.00 | | | | $2,550.00 |
| **MYREX** | | **MYREX INDUSTRIES, INC.** | | | | | | Ph: 832-476-4856 | | |
| | | | | | | | | Fax: (713) 691-3355 | | |
| INV | 55251 | 111159-000010 | 15-Feb-18 | 17-Mar-18 | 13 | $1,900.00 | | | | |
| | | | | | | | | Contact: BOB BOZE | | |
| | | | | | | | | Terms: NET 30 | | |
| | | | | Customer Totals: | | $1,900.00 | | | | $1,900.00 |
| **NAT SHAF** | | **NATIONAL OILWELL VARCO** | | | | | | Ph: (832) 424-6165 | | |
| | | | | | | | | Fax: | | |
| INV | 55275 | 6653002.0 | 23-Feb-18 | 25-Mar-18 | 5 | $6,950.00 | | | | |
| | | | | | | | | Contact: ANDY TRUJILLO | | |
| | | | | | | | | Terms: 3% 10- NET 30 | | |
| | | | | Customer Totals: | | $6,950.00 | | | | $6,950.00 |
| **NCI** | | **NCI BUILDING SYSTEMS LP** | | | | | | Ph: (281) 897-7798 | | |
| | | | | | | | | Fax: (713) 849-2703 | | |
| INV | 55209 | 5000064067 | 31-Jan-18 | 02-Mar-18 | 28 | $375.00 | | | | |
| INV | 55210 | 5000064117 | 31-Jan-18 | 02-Mar-18 | 28 | $375.00 | | | | |
| INV | 55249 | 5000064791 | 15-Feb-18 | 17-Mar-18 | 13 | $375.00 | | | | |
| INV | 55250 | 5000064579 | 15-Feb-18 | 17-Mar-18 | 13 | $375.00 | | | | |
| | | | | | | | | Contact: CHARLES RILEY | | |
| | | | | | | | | Terms: NET 30 | | |
| | | | | Customer Totals: | | $1,500.00 | | | | $1,500.00 |
| **NUPR** | | **NUMERICAL PRECISION, INC.** | | | | | | Ph: (281) 328-7343 | | |
| | | | | | | | | Fax: (281) 328-7454 | | |
| | | | | | | | | Contact: BLAKE WHITE | | |
| | | | | | | | | Terms: | | |

11-Mar-18  2:44PM
BENDCO, INC

**AR Aging**
Aging As Of: 2/28/2018

Page 6 of 9
by Document Date

| Type | Document | Customer-PO | Doc Date | Due Date | Days Open | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| **NUPR** | | NUMERICAL PRECISION, INC. | | | | | | | | |
| | | Contact: BLAKE WHITE | | | | | | | | |
| | | Ph: (281) 328-7343 | | | | | | | | |
| | | Fax: (281) 328-7454 | | | | | | | | |
| COA | 54999713 | | 06-Jul-17 | 06-Jul-17 | 237 | | | | ($3,201.00) | ($3,201.00) |
| INV | 55034 | 2385523-01 | 13-Nov-17 | 13-Dec-17 | 107 | | | | $1,000.00 | $1,000.00 |
| | | Customer Totals: | | | | | | | ($2,201.00) | ($2,201.00) |
| **OAK** | | OAKLEY STEEL PRODUCTS CO. | | | | | | | | |
| | | Contact: ED LIBBY | | | | | | | | |
| | | Terms: C.O.D. | | | | | | | | |
| | | Ph: (708) 544-7970 | | | | | | | | |
| | | Fax: (708) 544-7986 | | | | | | | | |
| INV | 55277 | 17-32385-03 | 26-Feb-18 | 26-Feb-18 | 2 | $1,700.00 | | | | $1,700.00 |
| INV | 55278 | 18-33208-02 | 26-Feb-18 | 26-Feb-18 | 2 | $1,900.00 | | | | $1,900.00 |
| | | Customer Totals: | | | | $3,600.00 | | | | $3,600.00 |
| **P&W** | | P & W QUALITY MACHINE | | | | | | | | |
| | | Contact: BILLY THOMAS | | | | | | | | |
| | | Terms: | | | | | | | | |
| | | Ph: (972) 298-3821 | | | | | | | | |
| | | Fax: (972) 780-7162 | | | | | | | | |
| COA | 591985314 | | 18-Sep-17 | 18-Sep-17 | 163 | | | | ($525.00) | ($525.00) |
| | | Customer Totals: | | | | | | | ($525.00) | ($525.00) |
| **PE** | | PIPING & EQUIPMENT CORP. | | | | | | | | |
| | | Contact: ANGELICA ROCHA | | | | | | | | |
| | | Terms: | | | | | | | | |
| | | Ph: 713-947-9393 | | | | | | | | |
| | | Fax: 866-398-2430 | | | | | | | | |
| COA | 09459070 | | 10-May-16 | 10-May-16 | 659 | | | | ($263.12) | ($263.12) |
| | | Customer Totals: | | | | | | | ($263.12) | ($263.12) |
| **PEM** | | PEMCO-NAVAL ENG.WORKS INC | | | | | | | | |
| | | Contact: JASON BROADUS | | | | | | | | |
| | | Terms: NET 90 | | | | | | | | |
| | | Ph: (228) 769-7081 | | | | | | | | |
| | | Fax: (228) 769-6520 | | | | | | | | |
| INV | 55246 | J17-0181-11 | 15-Feb-18 | 17-Mar-18 | 13 | $1,120.00 | | | | $1,120.00 |
| | | Customer Totals: | | | | $1,120.00 | | | | $1,120.00 |
| **PII** | | PALA-INTERSTATE, INC. | | | | | | | | |
| | | Contact: ADAM LANDRY | | | | | | | | |
| | | Terms: NET 30 | | | | | | | | |
| | | Ph: (225)490-7508 | | | | | | | | |
| | | Fax: (225)490-0699 | | | | | | | | |
| INV | 55242 | 22101374 | 09-Feb-18 | 11-Mar-18 | 19 | $650.00 | | | | $650.00 |
| | | Customer Totals: | | | | $650.00 | | | | $650.00 |
| **POWE** | | POWER MACHINERY, INC. | | | | | | | | |
| | | Contact: FRANK MORGAN | | | | | | | | |
| | | Terms: NET 30 | | | | | | | | |
| | | Ph: 713-462-3176 | | | | | | | | |
| | | Fax: 713-462-4097 | | | | | | | | |
| INV | 55031 | 5278360 | 10-Nov-17 | 10-Dec-17 | 110 | | | | $600.00 | $600.00 |
| | | Customer Totals: | | | | | | | $600.00 | $600.00 |
| **PROCON** | | PROCON CONSTRUCTION CO. | | | | | | | | |
| | | Contact: ROYCE H. REID | | | | | | | | |
| | | Terms: C.O.D. | | | | | | | | |
| | | Ph: (281) 375-6829 | | | | | | | | |
| | | Fax: (281) 375-5644 | | | | | | | | |
| INV | 55271 | COD | 23-Feb-18 | 23-Feb-18 | 5 | $378.88 | | | | $378.88 |
| | | Customer Totals: | | | | $378.88 | | | | $378.88 |
| **PROMI** | | PROSTAR MANUFACTURING INC | | | | | | | | |
| | | Contact: A. RIVAS | | | | | | | | |
| | | Terms: C.O.D. | | | | | | | | |
| | | Ph: 713-240-5361 | | | | | | | | |
| | | Fax: | | | | | | | | |
| INV | 55289 | COD | 28-Feb-18 | 28-Feb-18 | 0 | $2,612.54 | | | | $2,612.54 |
| | | Customer Totals: | | | | $2,612.54 | | | | $2,612.54 |

11-Mar-18  2:44PM
BENDCO, INC

**AR Aging**
Aging As Of: 2/28/2018

| Type | Document | Customer PO | Doc Date | Due Date | Days Open | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| **PSSI** | | **PALMER STEEL SUPPLIES INC** | | | | | Ph: (956) 686-6575  Fax: (956) 686-7022 | | | |
| | | | | | | | Contact: ANGEL GALVAN  Terms: NET 30 | | | |
| INV | 55207 | 6301-2 | 31-Jan-18 | 02-Mar-18 | 28 | $520.00 | | | | $520.00 |
| INV | 55212 | 6340-1 | 31-Jan-18 | 02-Mar-18 | 28 | $510.00 | | | | $510.00 |
| INV | 55255 | 63174 | 16-Feb-18 | 18-Mar-18 | 12 | $4,625.00 | | | | $4,625.00 |
| INV | 55281 | 6334-1 | 27-Feb-18 | 29-Mar-18 | 1 | $4,400.00 | | | | $4,400.00 |
| INV | 55284 | 6318-1 | 28-Feb-18 | 30-Mar-18 | 0 | $3,420.00 | | | | $3,420.00 |
| | | | | | Customer Totals: | $13,475.00 | | | | $13,475.00 |
| **RDC** | | **RED DOT CORPORATION** | | | | | Ph: (903) 675-9181  Fax: (903) 675-9180 | | | |
| | | | | | | | Contact: ARTHUR COURTNEY  Terms: 2% 10 Net 30 | | | |
| INV | 55176 | 28755 | 19-Jan-18 | 18-Feb-18 | 40 | | $3,900.00 | | | $3,900.00 |
| INV | 55195 | 28991 | 26-Jan-18 | 25-Feb-18 | 33 | | $2,475.00 | | | $2,475.00 |
| | | | | | Customer Totals: | | $6,375.00 | | | $6,375.00 |
| **SERVICE** | | **SERVICE STEEL WAREHOUSE** | | | | | Ph: (713) 675-2831  Fax: (713) 672-7559 | | | |
| | | | | | | | Contact: AMY MALONE  Terms: NET 30 | | | |
| INV | 54385 | A465662 | 31-Mar-17 | 30-Apr-17 | 334 | | | | $3,750.00 | $3,750.00 |
| INV | 54395 | A466886 | 06-Apr-17 | 06-May-17 | 328 | | | | $1,340.00 | $1,340.00 |
| INV | 54471 | A468422 | 28-Apr-17 | 28-May-17 | 306 | | | | $2,355.00 | $2,355.00 |
| INV | 54677 | A474902 | 31-May-17 | 30-Jun-17 | 273 | | | | $1,100.00 | $1,100.00 |
| INV | 54743 | A480977 | 21-Jul-17 | 20-Aug-17 | 222 | | | | $250.00 | $250.00 |
| INV | 54783 | A481358 | 31-Jul-17 | 30-Aug-17 | 212 | | | | $750.00 | $750.00 |
| INV | 54828 | A484106 | 18-Aug-17 | 17-Sep-17 | 194 | | | | $250.00 | $250.00 |
| | | | | | Customer Totals: | | | | $9,795.00 | $9,795.00 |
| **SETHA** | | **SOUTHEAST TEXAS IND. (BMT)** | | | | | Ph: (409) 842-4328  Fax: (409) 842-4305 | | | |
| | | | | | | | Contact: DAVID CLARK  Terms: NET 30 | | | |
| INV | 55293 | 18-01717 | 28-Feb-18 | 30-Mar-18 | 0 | $380.00 | | | | $380.00 |
| | | | | | Customer Totals: | 0 | | | | $380.00 |
| **SMITH** | | **SMITH TANK & STEEL, INC.** | | | | | Ph: (225) 644-8747  Fax: (225) 698-1402 | | | |
| | | | | | | | Contact: ADAM SAUCIER  Terms: NET 30 | | | |
| INV | 55214 | 77399 | 31-Jan-18 | 02-Mar-18 | 28 | $675.00 | | | | $675.00 |
| INV | 55238 | 2301-77392 | 09-Feb-18 | 11-Mar-18 | 19 | $765.00 | | | | $765.00 |
| INV | 55239 | 2303-77537 | 09-Feb-18 | 11-Mar-18 | 19 | $1,150.00 | | | | $1,150.00 |
| INV | 55240 | 2177-77708 | 09-Feb-18 | 11-Mar-18 | 19 | $745.00 | | | | $745.00 |
| INV | 55252 | 2303-77355 | 15-Feb-18 | 17-Mar-18 | 13 | $1,305.00 | | | | $1,305.00 |
| INV | 55255 | 2301-77354 | 15-Feb-18 | 17-Mar-18 | 13 | $920.00 | | | | $920.00 |
| INV | 55256 | 2245-77603 | 16-Feb-18 | 18-Mar-18 | 12 | $1,035.00 | | | | $1,035.00 |

11-Mar-18  2:44PM
BENDCO, INC

**AR Aging**
Aging As Of: 2/28/2018

Page 8 of 9
by Document Date

| Type | Document | Customer PO | Doc Date | Due Date | Days Open | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| SMTH | | SMITH TANK & STEEL, INC. | | | | | | | | |
| INV | 55273 | 2245-78261 | 23-Feb-18 | 25-Mar-18 | 5 | $575.00 | | | | $575.00 |
| INV | 55274 | 2298-78270 | 23-Feb-18 | 25-Mar-18 | 5 | $1,035.00 | | | | $1,035.00 |
| | | Contact: ADAM SAUCIER | | | | | | | | |
| | | Terms: NET 30 | | | | | | Ph: (225) 644-8747 | | |
| | | Customer Totals: | | | | $8,205.00 | | Fax: (225) 698-1402 | | $8,205.00 |
| SOPS | | SOUTHWIND PIPE & SUPPLY CO. | | | | | | | | |
| INV | 55213 | PO07429 | 31-Jan-18 | 02-Mar-18 | 28 | $1,500.00 | | | | $1,500.00 |
| | | Contact: BENNY LEBLANC | | | | | | | | |
| | | Terms: NET 30 | | | | | | Ph: 409-832-5071 | | |
| | | Customer Totals: | | | | $1,500.00 | | Fax: 409-832-5917 | | $1,500.00 |
| SSLP | | SOUTHWEST SHIPYARD, L.P. | | | | | | | | |
| INV | 55029 | 094342-BI | 28-Nov-17 | 29-Dec-17 | 91 | | | | $3,125.00 | $3,125.00 |
| | | Contact: ADRIAN | | | | | | | | |
| | | Terms: NET 30 | | | | | | Ph: (281) 860-3200 | | |
| | | Customer Totals: | | | | | | Fax: (281) 860-3215 | $3,125.00 | $3,125.00 |
| SUPER | | SUPERIOR SUPPLY & STEEL | | | | | | | | |
| INV | 55294 | P-192009 | 28-Feb-18 | 30-Mar-18 | 0 | $2,800.00 | | | | $2,800.00 |
| | | Contact: AMY | | | | | | | | |
| | | Terms: NET 30 | | | | | | Ph: (337) 625-2300 | | |
| | | Customer Totals: | | | | $2,800.00 | | Fax: (337) 625-8509 | | $2,800.00 |
| TOTAL | | TOTAL PETROCHEMICALS USA | | | | | | | | |
| INV | 55276 | LPD 6501063379 | 23-Feb-18 | 25-Mar-18 | 5 | $1,000.00 | | | | $1,000.00 |
| | | Contact: ACCOUNTS PAYABLE | | | | | | | | |
| | | Terms: NET 30 | | | | | | Ph: | | |
| | | Customer Totals: | | | | $1,000.00 | | Fax: | | $1,000.00 |
| TPSCI | | TIOGA PIPE SUPPLY CO INC | | | | | | | | |
| INV | 54688 | 139663 | 31-May-17 | 30-Jun-17 | 273 | | | | $360.00 | $360.00 |
| | | Contact: DON GREGORY | | | | | | | | |
| | | Terms: NET 30 | | | | | | Ph: (713) 433-2111 | | |
| | | Customer Totals: | | | | | | Fax: (713) 433-4544 | $360.00 | $360.00 |
| UNIQUE | | UNIQUE MANUFACTURING | | | | | | | | |
| INV | 55228 | 016175 | 07-Feb-18 | 07-Feb-18 | 21 | $6,884.70 | | | | $6,884.70 |
| | | Contact: KEVIN PALUMBO | | | | | | | | |
| | | Terms: 4% 5 DAYS | | | | | | Ph: 337-256-8960 | | |
| | | Customer Totals: | | | | $6,884.70 | | Fax: | | $6,884.70 |
| UNIV | | UNIVERSAL PLANT SERVICES | | | | | | | | |
| INV | 55568 | 310353 | 22-Feb-18 | 24-Mar-18 | 6 | $500.00 | | | | $500.00 |
| | | Contact: ADOLFO LEYVA | | | | | | | | |
| | | Terms: NET 30 | | | | | | Ph: (281) 694-6000 | | |
| | | Customer Totals: | | | | $500.00 | | Fax: (281) 694-6001 | | $500.00 |
| WARD | | WARD TANK & HEAT EXCHANGER CORP. | | | | | | | | |
| INV | 55224 | 9887-56942 | 07-Feb-18 | 09-Mar-18 | 21 | $1,160.00 | | | | $1,160.00 |
| INV | 55272 | 9946-57162 | 23-Feb-18 | 25-Mar-18 | 5 | $285.00 | | | | $285.00 |
| | | Contact: BERLIN WILSON | | | | | | | | |
| | | Terms: NET 30 | | | | | | Ph: (713) 413-8416 | | |
| | | | | | | | | Fax: (704) 538-3259 | | |

11-Mar-18  2:44PM
BENDCO, INC

**AR Aging**
Aging As Of: 2/28/2018

| Type | Document | Customer PO | Doc Date | Due Date | Days Open | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total Due |
|------|----------|-------------|----------|----------|-----------|--------|---------|---------|---------|-----------|
| **WGM** | **WATSON GRINDING & MFG.** | | | | | | Ph: 713-468-3053 | | | |
| | | | | | | | Fax: 713-468-8992 | | | |
| | | | | | | | Contact: JASON WHITE | | | |
| | | | | | | | Terms: NET 30 | | | |
| INV | 55191 | 0042464-00 | 26-Jan-18 | 25-Feb-18 | 33 | | $520.00 | | | $520.00 |
| | | | | | Customer Totals: | | $520.00 | | | $520.00 |
| **WMPI** | **WOVEN METAL PRODUCTS INC.** | | | | | | Ph: (281) 331-4466 | | | |
| | | | | | | | Fax: (281) 585-3434 | | | |
| | | | | | | | Contact: CAROL | | | |
| | | | | | | | Terms: NET 30 | | | |
| INV | 55225 | 33279 | 07-Feb-18 | 09-Mar-18 | 21 | $820.00 | | | | $820.00 |
| | | | | | Customer Totals: | $820.00 | | | | $820.00 |
| **WWP** | **WORLDWIDE PIPE & SUPPLY** | | | | | | Ph: (713)581-6240 | | | |
| | | | | | | | Fax: (713)547-5518 | | | |
| | | | | | | | Contact: ANN BATES | | | |
| | | | | | | | Terms: 2% 10 Net 30 | | | |
| INV | 55206 | 149171JA1 | 31-Jan-18 | 02-Mar-18 | 28 | $3,600.00 | | | | $3,600.00 |
| | | | | | Customer Totals: | $3,600.00 | | | | $3,600.00 |
| | | | | | Report Totals: | $144,812.87 | $14,090.00 | $4,795.00 | $10,298.98 | $173,996.85 |

$11,445.00  Customer Totals:  $11,445.00

| | | | |
|---|---|---|---|
| 2011 Ford F450 4X2 | VIN: 1FDOW4GT0BEC31682 | Flatbed Truck | Yard | $20,000.00 |
| 2004 Ford F350SD | VIN: 1FDWW36S64EA93274 | Flatbed Truck | Yard | $750.00 |
| 1997 Utility Trailer | VIN: 432SD1627V1000274 | Trailer | Yard | $500.00 |
| 1980 Flatbed Trailer | VIN: 8012222G | Trailer | Yard | $500.00 |
| 1996 Trailer | VIN: AV0487972_000001 | Homemade Trailer | Yard | $500.00 |
| 2005 Utility Trailer | VIN: 1R9GD402X5M356804 | Trailer | Yard | $995.00 |

$23,245.00

**Attachment to Schedule A/B No. 47**

| Machine | Model# | Serial# | Description | Location | Current Value |
|---|---|---|---|---|---|
| Hummer | Ajax | HK76280 | Induction Machine | Bay 1 | $175,000.00 |
| SP-4 | Ajax | N/A | Induction Machine | Bay 1 | $100,000.00 |
| Lathe | 111-1445 | N/A | Lathe | Bay 1 | $2,000.00 |
| Vertical Mill | ENCO | N/A | Vertical Mill | Bay 1 | $1,500.00 |
| Pines #2 | Pines | 123581003 | Draw Bender | Bay 1 | $75,000.00 |
| AMOB | MAH601AC | 3211 | Radius Bender | Bay 1 | $2,500.00 |
| Miller Weld | Deltaweld 452 | KI260430 | Wire Welder | Bay 1 | $5,000.00 |
| Z-33 Roundo | Z33 | N/A | Radius Bender | Bay 1 | $40,000.00 |
| Z-33 Roundo | Z33 | N/A | Radius Bender | Bay 1 | $40,000.00 |
| R6 Roundo | R6S | 062560 | Radius Bender | Bay 1 | $5,000.00 |
| Band Saw WELLSAW | 1318 | N/A | Band Saw | Bay 1 | $5,000.00 |
| T67 | T67 | N/A | Radius Bender | Bay 1 | $150,000.00 |
| Z41 | Z41 | N/A | Radius Bender | Bay 1 | $40,000.00 |
| Miller Weld | XMT350 CC/CV | 03317354 | Mfg Welder | Bay 1 | $5,000.00 |
| G&L Mill | 340 Giddings Lewis | 4971 | Horizantal Mill | Bay 1 | $125,000.00 |
| G&L Mill | 350t Giddings Lewis | S860 | Horizantal Mill | Bay 1 | $125,000.00 |
| Overhead Crane | N/A | N/A | 5 ton | Bay 1 | $15,000.00 |
| Overhead Crane | N/A | N/A | 5 ton | Bay 1 | $15,000.00 |
| Overhead Crane | N/A | N/A | 10 ton | Bay 1 | $30,000.00 |
| AK8end | APK 300 | 300018 | Radius Bender | Bay 2 | $400,000.00 |
| Boldrini | A40 | 4468 | Radius Bender | Bay 2 | $30,000.00 |
| Boldrini | A40 | 4468 | Radius Bender | Bay 2 | $30,000.00 |
| R72 Roundo | R72S | 08470 | Radius Bender | Bay 2 | $300,000.00 |
| R5 Roundo | R5S | 08889 | Radius Bender | Bay 2 | $150,000.00 |
| Pine #4 | 150021 | 1439-6500 | Draw Bender | Bay 2 | $125,000.00 |
| Overhead Crane | N/A | N/A | 5 ton | Bay 2 | $15,000.00 |
| Overhead Crane | N/A | N/A | 20 ton | Bay 2 | $60,000.00 |
| Coast | Coast Iron & Machine works | N/A | Draw Bender | Bay 2 | $100,000.00 |
| Bulldog | 760 ton | 001 | Camber Machine | Bay 3 | $200,000.00 |
| Miller Weld | Goldstar 302 | LF470130C | Wire Welder | Bay 3 | $5,000.00 |
| Miller Weld | Deltaweld302 | CH09035O1 | Wire Welder | Bay 3 | $5,000.00 |
| Miller Weld | Deltaweld302 | XXXXX8870 | Wire Welder | Bay 3 | $5,000.00 |
| WellSaw | 1013 | 35D11-75461 | Band Saw | Bay 3 | $5,000.00 |
| Wallace 8 | 8 | N/A | Draw Bender | Bay 3 | $150,000.00 |

Attachment to Schedule A/B No. 50

| | | | | | |
|---|---|---|---|---|---|
| B-24 | MFP400 | 1306R630 4005 | Induction Machine | Bay 3 | $500,000.00 |
| B-36 | N/A | N/A | Induction Machine | Bay 3 | $750,000.00 |
| SP-8 | SP-8 | 001 | Induction Machine | Bay 3 | $100,000.00 |
| Overhead Crane | N/A | N/A | 20 ton | Bay 3 | $60,000.00 |
| Overhead Crane | N/A | N/A | 5 ton | Bay 3 | $15,000.00 |
| Overhead Crane | N/A | N/A | 5 ton | Bay 3 | $15,000.00 |
| Gene | N/A | N/A | Manlift | Yard | $15,000.00 |
| Cherrypicker | S-60 | 5983 | Cherrypicker | Yard | $25,000.00 |
| Nissan Forklift | 150 FA Gallon | 8015 | Forklift | Yard | $25,000.00 |
| C8 | N/A | N/A | Section Bender | Yard | $5,000.00 |
| | | | | Total: | $4,046,000.00 |