**Fill in this information to identify the case:**

Debtor name: **Bendco, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **18-30849**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | From | to | Sources of revenue (Check all that apply.) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2018 | to Filing date | ☑ Operating a business<br>☐ Other | $363,150.68 |
| For prior year: | From 01/01/2017 | to 12/31/2017 | ☑ Operating a business<br>☐ Other | $2,995,123.49 |
| For the year before that: | From 01/01/2016 | to 12/31/2016 | ☑ Operating a business<br>☐ Other | $3,929,201.98 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

Debtor   **Bendco, Inc.**
       Name

Case number (if known)   **18-30849**

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Reliant Energy**<br>Creditor's name<br>**PO Box 650475**<br>Street<br><br>**Dallas**   **TX**   **75265**<br>City   State   ZIP Code | 12/6/17 - $130.20<br>12/6/17 - $35.66<br>12/6/17 - $62.47<br>12/6/17 - $142.66<br>12/18/17 - $1,000<br>12/27/17 - $3,752.55<br>1/22/18 - $4,911.94<br>1/23/18 - $197.92<br>1/23/18 - $149.79<br>1/23/18 - $37.44<br>1/23/18 - $44.49<br>2/1/18 - $4,019.58<br>2/20/18 - $4,905.67<br>2/26/18 - $152.46<br>2/26/18 - $46.45<br>2/26/18 - $208.21 | $14,891.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Lauren Friery**<br>Insider's name<br>**801 Houston Ave.**<br>Street<br><br>**Pasadena**   **TX**   **77502**<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>**Daughter of Rodney Friery, Debtor's VP** | See attached list | $24,348.00 | **Payroll and expense reimbursements** |

Debtor     Bendco, Inc.                                           Case number (if known)  18-30849
           Name

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | Ricky Friery, Jr. <br> *Insider's name* <br> 801 Houston Ave <br> *Street* <br><br> Pasadena    TX    77502 <br> *City    State   ZIP Code* <br><br> **Relationship to debtor** <br> Son of Rick Friery, Sr., Debtor's CEO | See attached list | $43,230.80 | Payroll and expense reimbursements |
| 4.3. | Tyler Friery <br> *Insider's name* <br> 801 Houston Ave. <br> *Street* <br><br> Pasadena    TX    77502 <br> *City    State   ZIP Code* <br><br> **Relationship to debtor** <br> Son of Rodney Friery, Debtor's VP | See attached list | $4,743.00 | Payroll and expense reimbursements |
| 4.4. | Rodney Friery <br> *Insider's name* <br> 4001 Wood Guthrie Ct. <br> *Street* <br><br> Deer Park    TX    77536 <br> *City    State   ZIP Code* <br><br> **Relationship to debtor** <br> Debtor's Vice President | See attached list | $86,735.37 | Payroll and expense reimbursements |
| 4.5. | Raquel Friery <br> *Insider's name* <br> 801 Houston Ave. <br> *Street* <br><br> Pasadena    TX    77502 <br> *City    State   ZIP Code* <br><br> **Relationship to debtor** <br> Daugher ot Debtor's CEO | See attached list | $140.00 | Expense reimbursements |
| 4.6. | John Tharp <br> *Insider's name* <br> PO Box 1436 <br> *Street* <br><br> Dickinson    TX    77539 <br> *City    State   ZIP Code* <br><br> **Relationship to debtor** <br> Debtor's president | See attached list | $26,244.95 | Expense reimbursements |

Debtor  **Bendco, Inc.**                                            Case number (if known) **18-30849**
         Name

|      | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|------|---------------------------|-------|----------------------|--------------------------------|
| 4.7. | **Rick Friery, Sr.**<br>Insider's name<br>**2371 Indigo Harbor Lane**<br>Street<br><br>**League City**  **TX**  **77573**<br>City   State   ZIP Code<br><br>Relationship to debtor<br>**Debtor's CEO** | **See attached list** | **$71,158.88** | **Expense reimbursements** |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

|      | Creditor's name and address | Description of the property | Date | Value of property |
|------|---------------------------|----------------------------|------|-------------------|
| 5.1. | **Susquehanna Comm Finance**<br>Creditor's name<br>**2 Country View Road, Ste. 300**<br>Street<br><br>**Malvern**  **PA**  **19355**<br>City   State   ZIP Code | **Roundo R7** | **January 2018** | **$100,000.00** |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3: Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

|      | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|------------------------------------|----------------|
| 7.1. | **Dixie Pipe Sales v Bendco, et al.**<br><br>Case number<br>**2016-07-79738-D** | **Suit on account** | **377th District Court, Victoria Co., TX**<br>Name<br>**PO Box 2238**<br>Street<br><br>**Victoria**  **TX**  **77902**<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor __Bendco, Inc._____
       Name

Case number (if known) __18-30849__

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Darr Equipment Co v Bendco | Suit on account | Co Civil Court at Law #3 Harris Co, TX (Name)<br>Harris Co Clerk (Street)<br>PO Box 1525<br>Houston  TX  77251-1525 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>1084770 | | | |
| 7.3. | Ascentium Capital LLC v Bendco Inc. | Breach of contract | 61st Civil District Court, Harris Co, TX (Name)<br>Harris Co District Clerk (Street)<br>PO Box 4651<br>Houston  TX  77210-4651 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>2017-14264 | | | |
| 7.4. | Perry Johnson Registrars v Bendco Inc. | Suit on contract | 52-4th District Court, Oakland Co, MI (Name)<br>520 W. Big Beaver Rd (Street)<br>Troy  MI  48084 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>16-C02167-GC | | | |
| 7.5. | TUV Rheinland Industrial Sol v Bendco | Sworn account | 61st Judicial District Ct, Harris Co, TX (Name)<br>Harris County District Clerk (Street)<br>PO Box 4651<br>Houston  TX  77210 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>2017-16847 | | | |
| 7.6. | Lightning Logistics LLC v Bendco Inc. | Suit on account | Co Civil Court at Law #3, Harris Co, TX (Name)<br>Harris County Clerk (Street)<br>PO Box 1525<br>Houston  TX  77251-1525 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>1081019 | | | |
| 7.7. | Mid South Fabrication v Bendco Inc. | Suit on account | Harris Co Justice Ct PCT #1 PL 2 (Name)<br>1302 Preston (Street)<br>Houston  TX  77002 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>CV-12C0152646 | | | |

Debtor __Bendco, Inc.__   Case number (if known) __18-30849__
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | Lone Star Heat Treating v Bendco Inc. | Suit on account | Co Civil Court at Law #4, Harris Co, TX (Name)<br>Harris County Clerk (Street)<br>PO Box 1525<br>Houston, TX 77251-1525 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>1088328 | | | |
| 7.9. | Bank of America NA v Bendco etal | Breach of contract | 133rd Civil District Ct, Harris Co, TX (Name)<br>Harris County District Court (Street)<br>PO Box 4651<br>Houston, TX 77210-4651 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>2017-23396 | | | |
| 7.10. | Texas Pipe & Supply v. Bendco, Inc. | Suit on account | #295th District Court, Harris CO, TX (Name)<br>Harris County District Clerk (Street)<br>PO Box 4651<br>Houston, TX 77210 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>2017-74988 | | | |
| 7.11. | Shane Churchill Green Machine v Bendco | Suit on account | JP Court Harris Co, Precinct 2, Pl 1 (Name)<br>10851 Scarsdale Blvd Ste 500 (Street)<br>Houston, TX 77089 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>182100051146 | | | |
| 7.12. | Pasadena ISD v Bendco | Tax | #151st Dist. Ct., Harris Co., TX (Name)<br>Harris County District Clerk (Street)<br>PO Box 4651<br>Houston, TX 77210 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>2017-73238 | | | |
| 7.13. | Lone Star Forklift v Bendco | Suit on account | JP Court Precinct 2, Pl 1, Dallas Co TX (Name)<br>140 N. Garland Ave. (Street)<br>Garland, TX 75040 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>JS-1700251D | | | |

Debtor **Bendco, Inc.**
Name

Case number (if known) **18-30849**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14. | Herc Rentals v Bendco, Inc. et al. | Suit on account | **#269th District Court, Harris Co, TX** (Name)<br>**PO Box 4651** (Street)<br>**Houston** **TX** **77010** (City, State, ZIP) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2017-65692** | | | |
| 7.15. | Knight Capital Funding II v Bendco et al | Notice of filing of foreign judgment | **Harris Co Court At Law #2** (Name)<br>**Harris County Clerk** (Street)<br>**Houston** **TX** (City, State, ZIP) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**1105054** | | | |
| 7.16. | Knight Capital Funding II v Bendco et al | Breach of contract | **11th Circuit Ct, Miami-Dade Co, FL** (Name)<br>**73 West Flagler St.** (Street)<br>**Miami** **FL** **33130** (City, State, ZIP) | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**17-016726-CA-01** | | | |
| 7.17. | Fastway Freight Systems v Bendco, Inc. | Suit on account | **County Court At Law 4, Harris Co** (Name)<br>**Harris County Clerk** (Street)<br>**PO Box 1525**<br>**Houston** **TX** **77251-1525** (City, State, ZIP) | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**1045126** | | | |
| 7.18. | Oilpatch NDT, LLC v Bendco, Inc. | Suit on account | **County Court At Law #1, Harris Co** (Name)<br>**Harris County Clerk** (Street)<br>**PO Box 1525**<br>**Houston** **TX** **77251-1525** (City, State, ZIP) | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**1095115** | | | |
| 7.19. | Susquehanna Commercial v Bendco, Inc. | Suit of final judgment | **County Court At Law #2, Tarrant Co, T** (Name)<br>**104 W. Weatherford St.** (Street)<br>**Fort Worth** **TX** **76196-0401** (City, State, ZIP) | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**2017-006128-2** | | | |

Debtor  **Bendco, Inc.**
        Name

Case number (if known) **18-30849**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.20. | TXU Energy Retail Company v Bendco | Suit on account | #162nd District Court, Dallas Co, TX<br>Name<br>600 Commerce St.<br>Street<br>Suite 101<br>Dallas    TX   77502<br>City        State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>17-15481 | | | |

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☑ None

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ☑ None

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fuqua & Associates, PC<br>Address<br>5005 Riverway<br>Street<br>Suite 250<br>Houston    TX   77056<br>City         State  ZIP Code<br><br>Email or website address<br>rlfuqua@fuqualegal.com<br><br>Who made the payment, if not debtor? | | 2/21/18 $8,717<br>2/21/18 $9,000<br>2/21/18 $9,000 | $26,717.00 |

Debtor   **Bendco, Inc.**　　　　　　　　　　　　　　　　　　　　　　Case number (if known) __18-30849__
　　　　　　Name

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

### 13. Transfers not already listed on this statement
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7: Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8: Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☑ No.
☐ Yes. State the nature of the information collected and retained _____

　　　Does the debtor have a privacy policy about that information?
　　　☐ No.
　　　☐ Yes.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?
　　　☑ No. Go to Part 10.
　　　☐ Yes. Fill in below:

Debtor  __Bendco, Inc.__                                   Case number (if known) __18-30849__
         Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Bank of America**<br>Name<br>Street<br>City       State    ZIP Code | XXXX- 7 9 3 5 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 12/06/17 | $0.00 |
| 18.2. **Bank of America**<br>Name<br>Street<br>City       State    ZIP Code | XXXX- 4 3 3 2 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 12/06/17 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor  **Bendco, Inc.**                                   Case number (if known) **18-30849**
        Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Rick Friery** <br> Name <br> **2407 Intrepid Way** <br> Street <br> **League City**  TX  **77573** <br> City  State  ZIP Code | **801 Houston Ave.** <br><br> **Pasadena  TX  77502** | Treadmill  $1,500. <br> Pool table  $1,000. <br> Couch  $50. <br> Mini-fridge  $50. | **$2,600.00** |
| **James Perry** <br> Name <br> **2334 National** <br> Street <br> **Pasadena**  TX  **77502** <br> City  State  ZIP Code | **801 Houston Ave.** <br><br> **Pasadena  TX  77502** | 2016 Boss Hog motorcycle | **$30,000.00** |
| **Anthony Friery** <br> Name <br> **2002 Redwood** <br> Street <br> **Kemah**  TX  **77565** <br> City  State  ZIP Code | **801 Houston Ave.** <br><br> **Pasadena  TX  77502** | 1995 Blue Freight Liner $10,000 <br> VIN: 1FUY3MDB42H595025; <br><br> 2004 International $30,000 <br> VIN: 3HSCKAPR45N153424 | **$40,000.00** |

Debtor  **Bendco, Inc.**                                          Case number (if known) __18-30849__
        Name

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

    | Name and address | | | Dates of service |
    |---|---|---|---|
    | 26a.1. | **Kelly Hatcher** <br> Name <br> **2903 Crane Dr.** <br> Street | | From **Aug. 25, 1997**   To **May, 2016** |
    | | **Pearland** <br> City | **TX** <br> State | **77581** <br> ZIP Code |

| Debtor | Bendco, Inc. | Case number (if known) | 18-30849 |
|---|---|---|---|
| | Name | | |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. **Doug Dickey**
Name
**1120 Bay Area Blvd.**
Street

**Houston**     **TX**     **77058**
City           State    ZIP Code

From **2012**     To **present**

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1. **Doug Dickey**
Name
**1120 Bay Area Blvd.**
Street

**Houston**     **TX**     **77058**
City           State    ZIP Code

26c.2. **John Tharp**
Name
**PO Box 1436**
Street

**Dickinson**     **TX**     **77539**
City             State    ZIP Code

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Friery Family Umbrella Trust | Rick F. Friery, Sr., Trustee<br>2407 Intrepid Way<br>League City, TX 77573 | Sole shareholder / Ownership interest | 100% |
| Rick Friery, Sr. | 2407 Intrepid Way<br>League City, TX 77573 | CEO / None | |
| John Tharp | PO Box 1436<br>Dickinson, TX 77539 | Presient / None | |
| Rodney Friery | 4001 Wood Guthrie Court<br>Deer Park, TX 77536 | Vice President / None | |

Debtor   Bendco, Inc.                                                  Case number (if known) 18-30849
         Name

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------|------|------|------|

30.1. SEE # 4 ABOVE
      Name

      _____
      Street

      _____

      _____
      City        State   ZIP Code

      Relationship to debtor
      _____

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

### Part 14: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 15 / 2018
             MM / DD / YYYY

X _____                    Printed name  John Tharp
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

| Lauren Date | Amount |
|---|---|
| 3/3/2017 | $560.00 |
| 3/10/2017 | $560.00 |
| 3/24/2017 | $560.00 |
| 3/31/2017 | $560.00 |
| 4/7/2017 | $560.00 |
| 4/21/2017 | $560.00 |
| 4/28/2017 | $560.00 |
| 5/4/2017 | $560.00 |
| 5/11/2017 | $560.00 |
| 5/15/2017 | $100.00 |
| 5/15/2017* | $100.00 |
| 5/22/2017 | $560.00 |
| 5/26/2017 | $560.00 |
| 6/8/2017 | $560.00 |
| 6/27/2017 | $560.00 |
| 6/29/2017 | $560.00 |
| 7/6/2017 | $560.00 |
| 7/11/2017 | $560.00 |
| 7/18/2017 | $560.00 |
| 7/28/2017 | $448.00 |
| 7/31/2017 | $560.00 |
| 8/10/2017 | $560.00 |
| 9/20/2017 | $560.00 |
| 9/21/2017 | $560.00 |
| 9/26/2017 | $448.00 |
| 10/18/2017 | $560.00 |
| 10/19/2017 | $560.00 |
| 10/20/2017 | $560.00 |
| 10/20/2017 | $560.00 |
| 11/2/2017 | $560.00 |
| 11/3/2017 | $560.00 |
| 11/10/2017 | $560.00 |
| 11/17/2017 | $560.00 |
| 11/22/2017 | $560.00 |
| 12/1/2017 | $560.00 |
| 12/8/2017 | $560.00 |
| 12/15/2017 | $560.00 |
| 12/22/2017 | $560.00 |
| 12/29/2017 | $560.00 |
| 1/23/2018 | $112.00 |
| 2/23/2018 | $560.00 |
| 3/1/2018 | $420.00 |
| 3/2/2018 | $420.00 |
| 3/9/2018 | $420.00 |
| **Total:** | **$24,348.00** |

| Ricky Jr Date | Amount |
|---|---|
| 3/2/2017 | $1,040.00 |
| 3/3/2017 | $1,040.00 |
| 3/17/2017 | $1,040.00 |
| 3/24/2017 | $1,040.00 |
| 3/31/2017 | $1,040.00 |
| 4/21/2017 | $1,040.00 |
| 5/15/2017 | $800.00 |
| 5/15/2017* | $1,040.00 |
| 5/23/2017 | $961.60 |
| 5/26/2017* | $60.00 |
| 6/5/2017* | $60.00 |
| 6/8/2017* | $100.00 |
| 6/27/2017 | $961.60 |
| 6/29/2017 | $961.60 |
| 7/6/2017 | $961.60 |
| 7/11/2017 | $961.60 |
| 7/18/2017 | $769.28 |
| 7/28/2017 | $961.60 |
| 7/31/2017 | $961.60 |
| 8/10/2017* | $100.00 |
| 9/11/2017* | $1,500.00 |
| 9/20/2017 | $961.60 |
| 9/21/2017 | $961.60 |
| 9/22/2017 | $650.00 |
| 9/26/2017 | $961.60 |
| 9/26/2017* | $769.28 |
| 9/26/2017* | $100.00 |
| 10/2/2017* | $100.00 |
| 10/9/2017* | $40.00 |
| 10/13/2017* | $50.00 |
| 10/13/2017* | $100.00 |
| 10/17/2017 | $961.60 |
| 10/18/2017 | $961.60 |
| 10/19/2017 | $961.60 |
| 10/20/2017* | $100.00 |
| 10/26/2017* | $700.00 |
| 10/30/2017* | $700.00 |
| 11/2/2017 | $961.60 |
| 11/3/2017 | $961.60 |
| 11/10/2017 | $961.60 |
| 11/13/2017* | $100.00 |
| 11/17/2017 | $961.60 |
| 11/22/2017 | $961.60 |
| 12/1/2017 | $961.60 |
| 12/8/2017 | $961.60 |
| 12/15/2017 | $961.60 |
| 12/22/2017 | $961.60 |
| 12/29/2017 | $961.60 |
| 1/23/2018 | $192.32 |
| 1/23/2018 | $100.00 |
| 2/9/2018* | $100.00 |
| 2/23/2018 | $192.32 |
| 3/1/2018 | $961.60 |
| 3/2/2018 | $720.00 |
| 3/9/2018 | $721.20 |
| **Total:** | **$43,230.80** |

| Tyler Date | Amount |
|---|---|
| 9/29/2017* | $50.00 |
| 9/29/2017* | $70.00 |
| 10/30/2017* | $60.00 |
| 10/30/2017* | $213.00 |
| 3/31/2017 | $60.00 |
| 5/11/2017* | $114.00 |
| 11/16/2017* | $426.00 |
| 11/21/2017* | $345.00 |
| 12/8/2017 | $432.00 |
| 12/15/2017 | $447.00 |
| 12/22/2017 | $465.00 |
| 12/29/2017 | $459.00 |
| 1/23/2018 | $402.00 |
| 2/23/2018 | $480.00 |
| 3/1/2018 | $360.00 |
| 3/2/2018 | $360.00 |
| 3/9/2018 | $360.00 |
| **Total:** | **$4,743.00** |

* denotes an expense reimbursement

| Rodney Date | Amount |
|---|---|
| 3/3/2017 | $4,950.79 |
| 3/17/2017 | $4,950.79 |
| 3/31/2017 | $4,950.79 |
| 5/26/2017* | $1,000.00 |
| 5/11/2017* | $1,800.00 |
| 6/5/2017* | $2,000.00 |
| 6/15/2017* | $500.00 |
| 5/15/2017* | $2,475.00 |
| 5/26/2017 | $2,475.00 |
| 5/30/2017* | $200.00 |
| 5/31/2017* | $1,500.00 |
| 6/2/2017* | $1,820.00 |
| 6/29/2017 | $2,475.00 |
| 7/11/2017 | $2,475.00 |
| 7/28/2017 | $2,475.00 |
| 8/21/2017* | $800.00 |
| 9/13/2017* | $500.00 |
| 9/19/2017* | $5,200.00 |
| 9/21/2017 | $2,475.00 |
| 9/26/2017 | $2,475.00 |
| 10/3/2017* | $1,000.00 |
| 10/17/2017 | $2,475.00 |
| 10/19/2017 | $2,475.00 |
| 10/20/2017 | $2,475.00 |
| 10/24/2017* | $400.00 |
| 10/26/2017* | $2,475.00 |
| 10/30/2017* | $900.00 |
| 11/3/2017 | $500.00 |
| 11/8/2017* | $6,000.00 |
| 11/10/2017 | $2,475.00 |
| 11/22/2017 | $2,475.00 |
| 12/1/2017* | $363.00 |
| 12/8/2017 | $2,475.00 |
| 12/22/2017 | $2,475.00 |
| 1/23/2018 | $2,475.00 |
| 1/23/2018* | $1,500.00 |
| 1/31/2018* | $100.00 |
| 2/15/2018* | $825.00 |
| 3/12/2018 | $2,475.00 |
| 3/2/2018 | $2,000.00 |
| **Total:** | **$86,735.37** |

| John Date | Amount |
|---|---|
| 5/11/2017* | $1,000.00 |
| 5/24/2017* | $1,100.00 |
| 5/26/2017* | $1,000.00 |
| 6/5/2017* | $661.00 |
| 5/16/2017 | $500.00 |
| 6/5/2017* | $675.00 |
| 6/15/2017* | $1,000.00 |
| 6/19/2017* | $1,000.00 |
| 8/10/2017* | $1,000.00 |
| 8/18/2017* | $200.00 |
| 8/22/2017* | $300.00 |
| 6/12/2017* | $200.00 |
| 9/6/2017* | $100.00 |
| 9/8/2017* | $300.00 |
| 9/11/2017* | $1,500.00 |
| 9/13/2017* | $300.00 |
| 9/19/2017* | $600.00 |
| 10/2/2017* | $1,000.00 |
| 10/17/2017* | $500.00 |
| 10/30/2017* | $500.00 |
| 11/1/2017* | $205.95 |
| 11/8/2017* | $400.00 |
| 11/8/2017* | $1,700.00 |
| 11/13/2017* | $300.00 |
| 11/30/2017* | $20.00 |
| 12/6/2017* | $477.00 |
| 12/7/2017* | $1,500.00 |
| 12/27/2017* | $300.00 |
| 1/12/2018* | $500.00 |
| 1/29/2018* | $1,000.00 |
| 2/7/2018* | $106.00 |
| 2/9/2018* | $1,600.00 |
| 2/16/2018* | $300.00 |
| 2/19/2018* | $500.00 |
| 2/19/2018* | $1,000.00 |
| 2/27/2018* | $1,000.00 |
| **Total:** | **$26,244.95** |

| Ricky Sr Date | Amount |
|---|---|
| 5/11/2017* | $1,000.00 |
| 5/11/2017* | $10,000.00 |
| 5/15/2017* | $10,800.00 |
| 5/15/2017* | $700.00 |
| 5/16/2017* | $400.00 |
| 5/16/2017* | $20.00 |
| 5/23/2017* | $100.00 |
| 5/23/2017* | $1,500.00 |
| 5/26/2017* | $58.88 |
| 6/5/2017* | $1,000.00 |
| 6/12/2017* | $500.00 |
| 6/12/2017* | $100.00 |
| 6/12/2017* | $1,000.00 |
| 6/29/2017* | $1,000.00 |
| 6/29/2017* | $500.00 |
| 8/18/2017* | $1,000.00 |
| 8/22/2017* | $500.00 |
| 9/8/2017* | $440.00 |
| 9/11/2017* | $1,600.00 |
| 9/19/2017* | $1,000.00 |
| 9/19/2017* | $2,000.00 |
| 9/22/2017* | $400.00 |
| 9/29/2017* | $400.00 |
| 10/2/2017* | $500.00 |
| 11/8/2017* | $20,000.00 |
| 11/8/2017* | $5,000.00 |
| 11/8/2017* | $2,000.00 |
| 11/13/2017* | $100.00 |
| 12/5/2017* | $40.00 |
| 12/6/2017* | $1,500.00 |
| 1/12/2018* | $1,000.00 |
| 1/29/2018* | $2,000.00 |
| 2/23/2018* | $3,000.00 |
| **Total:** | **$71,158.88** |

| Raquel Date | Amount |
|---|---|
| 10/18/2017* | $100.00 |
| 11/13/2017* | $40.00 |
| **Total:** | **$140.00** |

**Attachment to Statement of Financial Affairs No. 4**