

ENTERED
03/29/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-30849 |
| BENDCO, INC. | § | |
| | § | |
| DEBTOR, | § | |
| | § | |
| BB&T COMMERCIAL EQUIPMENT | § | |
| CAPITAL CORP. F/K/A SUSQUEHANNA | § | |
| COMMERCIAL FINANCE, INC. | § | |
| | § | |
| MOVANT, | § | CHAPTER 11 |

**AGREED ORDER LIFTING AUTOMATIC STAY**   (Docket No. 18)

**BEFORE ME** came to be heard the Motion (the "Motion") of secured creditor, BB&T Commercial Equipment Capital Corp. F/K/A Susquehanna Commercial Finance, Inc. (the "Movant"), seeking an Order pursuant to 11 U.S.C. § 362(d)(1) and/or § 362(d)(2) lifting the automatic stay in the above-captioned Chapter 11 proceeding of the debtor, Bendco, Inc. (the "Debtor"), with respect to the following equipment (the "Equipment").

| Quantity | Serial Number | Type, Make, Model |
|---|---|---|
| 1 | 08803 | Roundo Angle Bending Roll Model R-7s |

After reviewing the Motion, the Exhibits annexed thereto, and noting Debtor is in agreement with the relief sought in Movant's Motion pursuant to the signature of counsel for Debtor below, and after noting that no other party has timely filed an objection or is opposed to the relief sought in Movant's Motion as it pertains to the Equipment, the Court is of the opinion that the Motion should be GRANTED.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the automatic stay shall be lifted in this bankruptcy to allow Movant to proceed under applicable non-bankruptcy law to enforce its rights and remedies to take possession of, foreclose upon, and sell or otherwise dispose of the Equipment, and to apply the proceeds net of expenses allowed under the Equipment Finance Agreement executed by the Debtor or applicable law, to the amounts owed by the Debtor to Movant under the Equipment Finance Agreement;

**ORDERED, ADJUDGED AND DECREED** that the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are waived and the Order shall be in full force and effect upon the signature of the Court.

Signed: March 28, 2018.

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**Agreed in Form:**

| | |
|---|---|
| Padfield & Stout, LLP<br>421 W. Third Street, Suite 910<br>Fort Worth, Texas 76102<br>Phone: 817-338-1616<br>Fax: 817-338-1610<br><br>*[signature]*<br><br>Alan B. Padfield<br>State Bar I.D. # 00784712<br>abp@PadfieldStout.com<br>Dante' M. Doyle<br>State Bar I.D. # 24096943<br>ddoyle@PadfieldStout.com<br><br>*Attorneys for Movant* | Fuqua & Associates, PC<br>5005 Riverway, Suite 250<br>Houston, Texas 77056<br>Phone: 713-960-0277<br>Fax: 713-960-1064<br><br>*[signature]*<br><br>Richard L. Fuqua<br>State Bar I.D. # 07552300<br>rlfuqua@fuqualegal.com<br><br><br><br><br>*Attorney for Debtor* |