UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS
HECTOR DURAN
TRIAL ATTORNEY
515 Rusk, Suite 3516
Houston, Texas   77002
Telephone:  (713) 718-4650 x 241
Fax:  (713) 718-4670

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| BENDCO, INC. | § | 18-30849 (DRG) |
| | § | (Chapter 11) |
| DEBTOR | § | |

## REPORT OF THE UNITED STATES TRUSTEE OF
## INABILITY TO APPOINT A CREDITORS' COMMITTEE

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who respectfully represents as follows:

1. The Debtor filed a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code.

2. The Acting United States Trustee is responsible for appointing a committee of creditors holding unsecured claims pursuant to 11 U.S.C. § 1102(a)(1).

3. The Acting United States Trustee has attempted to solicit creditors interested in serving on a creditors' committee from the list of creditors holding the twenty largest unsecured claims. After excluding governmental units, secured creditors and insiders, the Acting United States Trustee has been unable to solicit sufficient interest to form a creditors' committee.

4. The first meeting of creditors was held after notice to all creditors.  An insufficient number of unsecured creditors appeared at said meeting to form a creditors' committee.

THEREFORE, the Acting United States Trustee has been unable to appoint a creditors' committee as contemplated by 11 U.S.C. § 1102.

Dated: April 3, 2018    Respectfully Submitted,

        HENRY G. HOBBS, JR.
        ACTING UNITED STATES TRUSTEE
        REGION 7, SOUTHERN and WESTERN
        DISTRICTS OF TEXAS

        By:   /s/ Hector Duran
              Hector Duran
              Texas Bar No. 00783996/Fed. ID No. 15243
              515 Rusk, Suite 3516
              Houston, TX 77002
              Telephone:  (713) 718-4650 x 241
              Fax:  (713) 718-4670

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and correct copy of the foregoing was served on all PACER System participants by United States Mail, first class, postage prepaid, or by ECF transmission, on the <u>3rd</u> day of April, 2018.

        <u>/s/ Hector Duran</u>
        Hector Duran