

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
05/18/2018

| | |
|---|---|
| IN RE: § | |
| § | |
| BENDCO, INC. § | CASE NO. 18-30849 |
| § | |
| DEBTOR § | CHAPTER 11 |

**ORDER GRANTING DEBTOR'S APPLICATION FOR AUTHORITY TO APPOINT AND RETAIN ACCOUNTANT, RUSSELL, CRAFT & SCHULZ, PURSUANT TO 11 U.S.C. § 327**
(Docket No. 45)

Came on for hearing the Debtor's Application to Appoint and Retain Accountant, Russell, Craft & Schulz, Pursuant to 11 U.S.C. § 327 (the "Application"). It appears to this Court that the Debtor provided proper notice of the Application; that the Court is satisfied that Russell, Craft & Schulz, represents no interests adverse to the Debtor or its state in the matters upon which it is to be engaged; and that the employment of Russell, Craft & Schulz is necessary, and would be in the best interests of the Debtor and its estate, is therefore

ORDERED, that the Debtor hereby is authorized to retain and employ as Accountant Russell, Craft & Schulz, to assist the Debtor in accounting matters as requested in the Application. It is further,

ORDERED, that the billing rates which will be charged on an hourly basis to the Debtor as set forth on Exhibit "A" attached to this Order will not be increased without an express order from this Court.

**Signed: May 16, 2018.**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT "A"**

Gary Schulz, CPA/ABV, $175.00 per hour
Lori Harman, $96.00 per hour
Carol Schulz, $86.00 per hour