| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Case No: 18-30849 | Name of Debtor: Bendco, Inc. |
| Witnesses: | Case Style:In Re Bendco, Inc. |
| Robert Kyslinger | Judge: David R. Jones |
| Mynde S. Eisen (attorneys fees) | Court Deputy: Jesus Guajardo |
| Any witness listed on any other parties witness list may be called as a witness | Hearing Date: May 31, 2018 |
| | Hearing Time: 2:00 p.m. |
| | Party's Name: Omnipotech, LTD. |
| | Attorney's Name: Mynde Eisen |
| | Attorney's Phone: 713-266-2955 |
| Rebuttal Witnesses: | Nature of Proceeding: |
| | **Omnipotech, LTD.'s Motion for Relief from Stay** |
| | |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | On-Premise Infrastructure Project & Services Order Form dated July 28, 2015 | | | | |
| 2. | Project & Services Order Form dated June 3, 2015 | | | | |
| 3. | OMNIPOTECH Master Service Agreement dated OmniPotech Acceptable Use Policy dated July 28, 2015 | | | | |
| 4. | Network Level Service Agreement dated July 28, 2015 | | | | |
| 5. | OMNIPOTECH Acceptable Use Policy dated July 28, 2015 | | | | |
| 6. | Statement of Account for Bendco dated May 30, 2015 | | | | |
| 7. | OMNIPOTECH Invoice No. 46507 dated 12/31/16 | | | | |
| 8. | OMNIPOTECH Invoice No. dated 1/31/17 | | | | |
| 9. | OMNIPOTECH Invoice No. 47216dated 2/28/17 | | | | |
| 10. | OMNIPOTECH Invoice No. 47619 dated 3/31/17 | | | | |
| 11. | OMNIPOTECH Invoice No. | | | | |

|     |                                                     |   |   |   |   |
| --- | --------------------------------------------------- | - | - | - | - |
|     | 47966 dated 4/30/17                                 |   |   |   |   |
| 12. | OMNIPOTECH Invoice No. 48292 dated 5/31/17          |   |   |   |   |
| 13. | OMNIPOTECH Invoice No. 48774 dated 6/30/17          |   |   |   |   |
| 14. | OMNIPOTECH Invoice No. 49150 dated 7/31/17          |   |   |   |   |
| 15. | OMNIPOTECH Invoice No. 49501 dated 8/31/17          |   |   |   |   |
| 16. | OMNIPOTECH Invoice No. 49918 dated 9/30/17          |   |   |   |   |
| 17. | OMNIPOTECH Invoice No. 50262 dated 10/31/17         |   |   |   |   |
| 18. | OMNIPOTECH Invoice No. 50692 dated 11/30/17         |   |   |   |   |
| 19. | OMNIPOTECH Invoice No. 51017 dated 12/31/17         |   |   |   |   |
| 20. | OMNIPOTECH Invoice No. 51450 dated 1/31/18          |   |   |   |   |
| 21. | OMNIPOTECH Invoice No. 51866 dated 2/28/18          |   |   |   |   |
| 22. | OMNIPOTECH Invoice No. 52215 dated 3/31/18          |   |   |   |   |
| 23. | OMNIPOTECH Invoice No. 52719 dated 4/30/18          |   |   |   |   |
| 24. | OMNIPOTECH Invoice No. 52961 dated 5/31/18          |   |   |   |   |
| 25. | OMNIPOTECH Invoice No. NP-BCO0117 dated 11/1/17     |   |   |   |   |
| 26. | OMNIPOTECH Invoice No. NP-BCO0217 dated 2/1/17      |   |   |   |   |
| 27. | OMNIPOTECH Invoice No. NP-BCO0317 dated 3/1/17      |   |   |   |   |
| 28. | OMNIPOTECH Invoice No. NP-BCO0417 dated 4/1/17      |   |   |   |   |
| 29. | OMNIPOTECH Invoice No. NP-BCO0517 dated 5/1/17      |   |   |   |   |
| 30. | OMNIPOTECH Invoice No. NP-BCO0617dated 6/1/17       |   |   |   |   |
| 31. | OMNIPOTECH Invoice No. NP-BCO0717 dated 7/1/17      |   |   |   |   |
| 32. | OMNIPOTECH Invoice No. NP-BCO0817 dated 8/1/17      |   |   |   |   |
| 33. | OMNIPOTECH Invoice No. NP-BCO0917 dated 9/1/17      |   |   |   |   |
| 34. | OMNIPOTECH Invoice No.                              |   |   |   |   |

|     |                                                   |   |   |   |   |
| --- | ------------------------------------------------- | - | - | - | - |
|     | NP-BCO1017 dated 10/17/17                         |   |   |   |   |
| 35. | OMNIPOTECH Invoice No. NP-BCO1117 dated 11/1/17   |   |   |   |   |
| 36. | OMNIPOTECH Invoice No. NP-BCO12/17 dated 12/1/17  |   |   |   |   |
| 37. | OMNIPOTECH Invoice No. NP-BCO0118 dated 1/1/18    |   |   |   |   |
| 38. | OMNIPOTECH Invoice No. NP-BCO0218 dated 2/1/18    |   |   |   |   |
| 39. | OMNIPOTECH Invoice No. NP-BCO0318 dated 3/1/18    |   |   |   |   |
| 40. | OMNIPOTECH Invoice No. NP-BCO0418 dated 4/11/18   |   |   |   |   |
| 41. | OMNIPOTECH Invoice No. NP-BCO0518 dated 5/1/18    |   |   |   |   |
| 42. | OMNIPOTECH Invoice No. . FC-BC0418 dated 4/30/18  |   |   |   |   |
|     |                                                   |   |   |   |   |
|     |                                                   |   |   |   |   |
|     |                                                   |   |   |   |   |
|     |                                                   |   |   |   |   |
|     |                                                   |   |   |   |   |

Respectfully submitted;

LAW OFFICE OF MYNDE S. EISEN, P.C.

By: /s/ Mynde S. Eisen
    Mynde S. Eisen
    State Bar No. 06503950
    Derek Loetzerich
    State Bar No. 24102105
    6546 Greatwood Parkway, Suite C
    Sugar Land, Texas 77479
    (281) 545-8600
    (281) 631-3101 (facsimile)
    Email: mynde@eisenlawoffice.com

ATTORNEYS FOR CREDITOR
OMNIPOTECH, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Exhibit List has been served on all parties in interest as listed below by depositing the same in the U.S. mail, regular mail, postage prepaid on this 25th day of May, 2018.

/s/ Mynde S. Eisen
Mynde S. Eisen

**DEBTOR**

Bendco, Inc.
801 Houston Ave.
Pasadena, TX 77502

**DEBTOR'S ATTORNEY**

Richard L. Fuqua
Fuqua & Associates, PC
5005 Riverway, Suite 250
Houston, TX 77056

**US TRUSTEE**

U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, TX 77002

**SECURED CREDITORS**

Ascentium Capital, LLC
23970 Highway 59 N.
Kingwood, TX 77339-1535

Bank of America, N.A.
P.O Box 660576
Dallas, Texas 75266-0576

Bank of America, N.A.
800 Market Street
St. Louis, MO 63101-2510

Citibank, N.A,
388 Greenwich Street
New York, NY 10013

Corporation Service Co. Of America
P.O. Box 2576
Springfield, IL 62708

Konica Minolta
21146 Network Place
Chicago, IL 60673

Leaf Capital Funding, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Susquehanna Comm Finance
2 County View Road, Ste 300
Malvern, PA 19355

TCF Equipment Finance
P.O. Box 77077
Minneapolis, MN 55480-7777

US Bancorp Equipment Finance
P.O. Box 790413
St Louis, MO 63179-0413

Wells Fargo Bank, N.A.
300 Tri-State International #400
Lincolnshire, IL 60069

**UNSECURED CREDITORS:**

TXU Energy
PO Box 650638
Dallas, TX 75265

CAN Capital Asset Servicing, Inc.
Fora Financial
242 W. 36th St.
New York, NY 10018

Bank of America
PO Box 660576
Dallas, TX 75266-0576

Knight Capital Funding II
9 East Lockerman St #3A-543
Dover, DE 19001

G&A Partners
17220 Katy Fwy #350
Houston, TX 77094

Tech Induction
13129 23 Mile Road
Shelby Township, MI 48315

Team Industrial Services Inc.
PO Box 842233
Dallas, TX 75284-2233

TUV Rheinland Ind Solutions
PO Box 417532
Boston, MA 02241-7532

LB Foster Ball Winch
PO Box 643343
Pittsburgh, PA 15264-3343

Ball Winch
15786 Hwy 75 North, #110948
Willis, TX 77378

Herc Rentals, Inc.
PO Box 650280
Dallas, TX 75265-0280

Great Western Metals
14121 Gulf Freeway
Houston, TX 77034

IRIS NDT, Inc
1115 W. 41st St.
Tulsa, OK 74107

Accutest Labs
7821 Pinemont
Houston, TX 77040

Adobe Equipment
7607 Wallisville Rd
Houston, TX 77020

Dixie Pipe Sales, LP
Dept #372
PO Box 4346
Houston, TX 77210-4346

Praxair
10 Riverview Dr.
Danbury, CT 06810

Omnipotech LTD
11422A Craighead Dr
Houston, TX 77025

Texas Pipe & Supply Co.
PO Box 301052
Dallas, TX 75303-1052

Fastway Freight Systems
PO Box 87644
Houston, TX 77287-7644

**PARTIES REQUESTING NOTICE:**

Mynde S. Eisen
Law Office of Mynde S. Eisen, P.C.
6546 Greatwood Parkway, Suite C
Sugar Land, Texas 77479

Hector Duran
Office of the US Trustee
515 Rusk Ave., Ste. 3516
Houston, TX 77002

Harris County
c/o Tara L. Grundemeier
Linebarger Goggan Blair et al
PO Box 3064
Houston, TX 77002

Jay W. Hurst, Asst. Attorney General
c/o Sherri K. Simpson, Paralegal
Bankruptcy & Collections Div.
PO Box 12548
Austin, TX 78711-2548

BB&T Commercial Equipment Capital
c/o Alan B. Padfield
421 W. Third St., Ste. 910
Fort Worth, TX 76102

Susquehanna Commercial Finance, Inc.
c/o Alan B. Padfield
421 W. Third St., Ste. 910
Fort Worth, TX 76102

TCF Equipment c/o Teri H. Kelley
6750 West Loop S., Ste. 920
Bellaire, TX 77401

Richard A. Kincheloe
Assistant United States Attorney
1000 Louisiana, Ste. 2300
Houston, TX 77002

Palladian Publications
c/o William T. Peckham
1104 Nueces St., Ste. 104
Austin, TX 78701-2106

AmTrust Insurance Co of Kansas
Maurice Witscher, LLP
c/o Alan C. Hochheiser
2000 Auburn Drive, Ste. 200
Beachwood, OH 44122

San Jacinto Community College District
c/o Daniel J. Snooks
11550 Fuqua, Suite 370
Houston, TX 77034

Jeremy M. Jones
Lam, Lynn & Phillip, P.C.
6213 Drive, Suite 2100
Houston, Texas 77057