UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| BENDCO, INC. | § | 18-30849 (DRJ) |
| | § | (Chapter 11) |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF THE MOTION OF THE
UNITED STATES TRUSTEE TO APPOINT CHAPTER 11 TRUSTEE,
OR IN THE ALTERNATIVE, TO DISMISS CASE, OR IN THE
ALTERNATIVE, TO CONVERT CASE TO CHAPTER 7**

COMES NOW the Acting United States Trustee, by and through counsel of record, and hereby withdraws the Motion of the United States Trustee to Appoint Chapter 11 Trustee, or in the Alternative, to Dismiss Case, or in the Alternative, to Convert Case to Chapter 7 [Dkt. No. 35] because the issue regarding a lack of insurance by the Debtor has been resolved.

Dated: June 15, 2018            Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:    /s/ Hector Duran
       Hector Duran
       Trial Attorney
       Texas Bar No. 00783996/ Fed. I.D. No. 15243
       515 Rusk, Suite 3516
       Houston, TX 77002
       Telephone:  (713) 718-4650 x 241
       Fax:  (713) 718-4670