**MOR-1**

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849
PROPOSED PLAN DATE: _____

UNITED STATES BANKRUPTCY COURT

PETITION DATE: 2/28/18
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | March 2018 | | | | | YEAR |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 225,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 52,010.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 36,967.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 10,416.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 175,207.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

w/o REQUIRED INSURANCE MAINTAINED
Gen'l AS OF SIGNATURE DATE                     EXP. DATE
CASUALTY       YES (✓) NO ( )    02-14-19
LIABILITY      YES (✓) NO ( )    04-05-19
VEHICLE        YES (✓) NO ( )    10-16-18
WORKER'S       YES (✓) NO ( )    02-14-19
OTHER          YES (✓) NO ( )    04-05-19
Equipment, Property

CIRCLE ONE
Are all accounts receivable being collected within terms?           Yes  (No)
Are all post-petition liabilities, including taxes, being paid within terms?  (Yes)  No
Have any pre-petition liabilities been paid?                        Yes  (No)
If so, describe _____
Are all funds received being deposited into DIP bank accounts?      (Yes)  No
Were any assets disposed of outside the normal course of business?  Yes  (No)
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current?                (Yes)  No
What is the status of your Plan of Reorganization? _____

ATTORNEY NAME: Richard Fuqua
FIRM NAME: Fuqua & Associates, P.C.
ADDRESS: 5005 Riverway Dr.
Suite 250
CITY, STATE, ZIP: Houston, TX 77056
TELEPHONE/FAX: 713-960-0277

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: President
(ORIGINAL SIGNATURE)
John T Hagy   6-25-18
(PRINT NAME OF SIGNATORY)   DATE

MOR-1

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* Feb. 28, 2018 | March 2018 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 6,618.87 | 17,412.74 | | | | | |
| Accounts Receivable, Net | 167,307.97 | 219,262.75 | | | | | |
| Inventory: Lower of Cost or Market | 3,798.00 | 3,798.00 | | | | | |
| Prepaid Expenses | 0.00 | 0.00 | | | | | |
| Investments | 0.00 | 0.00 | | | | | |
| Other | 0.00 | 0.00 | | | | | |
| TOTAL CURRENT ASSETS | 177,724.84 | 240,473.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 7,641,555.88 | 7,641,555.88 | | | | | |
| Less Accumulated Depreciation | 6,014,927.32 | 6,029,969.48 | | | | | |
| NET BOOK VALUE OF PP & E | 1,626,628.56 | 1,611,586.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. A/R-employees | 572,720.00 | 572,720.00 | | | | | |
| 2. Deposit on Forklift | 0.00 | 5,500.00 | | | | | |
| 3. Electric Deposit | 950.00 | 950.00 | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $2,378,023.40 | $2,431,229.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

MOR-2

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | March 2018 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 16,238.53 | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 1,706,046.00 | 1,706,046.00 | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 1,965,069.55 | 1,965,069.55 | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,671,115.55 | 3,671,115.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | 3,671,115.55 | 3,687,354.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 1,000.00 | 1,000.00 | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 15,500.00 | 15,500.00 | | | | | |
| RETAINED EARNINGS: Filing Date | -1,309,592.15 | -1,309,592.15 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 36,967.96 | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | -1,293,092.15 | -1,256,124.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $2,378,023.40 | $2,431,229.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## SCHEDULE OF POST-PETITION LIABILITIES

|  | March 2018 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 13,967.29 | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | 2,271.24 | | | | | |
| TOTAL TAXES PAYABLE | 2,271.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $16,238.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## AGING OF POST-PETITION LIABILITIES
### March 2018

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | | 13,967.29 | | 2,271.24 | | 16,238.53 |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91+ | | | | | | |
| TOTAL | $16,238.53 | $13,967.29 | $0.00 | $2,271.24 | $0.00 | $16,238.53 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | March 2018 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 182,189.07 | | | | | |
| 31-60 DAYS | 28,334.70 | | | | | |
| 61-90 DAYS | 8,738.98 | | | | | |
| 91+ DAYS | 0.00 | | | | | |
| TOTAL | $219,262.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## STATEMENT OF INCOME (LOSS)

| | March 2018 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---:|---:|---:|---:|---:|---:|---:|
| REVENUES (MOR-1) | 225,185.00 | | | | | | 225,185.00 |
| TOTAL COST OF REVENUES | 145,930.99 | | | | | | 145,930.99 |
| GROSS PROFIT | 79,254.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79,254.01 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0.00 | | | | | | 0.00 |
| General & Administrative | 16,827.89 | | | | | | 16,827.89 |
| Insiders Compensation | 10,416.00 | | | | | | 10,416.00 |
| Professional Fees | 0.00 | | | | | | 0.00 |
| Other | 0.00 | | | | | | 0.00 |
| Other | 0.00 | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 27,243.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,243.89 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 52,010.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52,010.12 |
| INTEREST EXPENSE | 0.00 | | | | | | 0.00 |
| DEPRECIATION | 15,042.16 | | | | | | 15,042.16 |
| OTHER (INCOME) EXPENSE* | 0.00 | | | | | | 0.00 |
| OTHER ITEMS** | 0.00 | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 15,042.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,042.16 |
| NET INCOME BEFORE TAXES | 36,967.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,967.96 |
| FEDERAL INCOME TAXES | 0.00 | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $36,967.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36,967.96 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* Footnote Mandatory.

\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

| CASH RECEIPTS AND DISBURSEMENTS | MONTH March 2018 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $6,618.87 | | $0.00 | $0.00 | $0.00 | $0.00 | $6,618.87 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 186,001.46 | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 186,001.46 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 186,001.46 | | | | | | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 186,001.46 |
| DISBURSEMENTS: | | | | | | | 0.00 |
| 7. NET PAYROLL | 97,181.33 | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | 97,181.33 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 158.79 | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 158.79 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 403.88 | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 403.88 |
| 18. OTHER (attach list)     Addendum | 77,463.59 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 175,207.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 77,463.59 |
| 19. PROFESSIONAL FEES | | | | | | | 175,207.59 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 175,207.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 10,793.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 175,207.59 |
| 23. CASH - END OF MONTH (MOR-2) | $17,412.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10,793.87 |
| | | | | | | | $17,412.74 |

MOR-7

* Applies to Individual debtors only
** Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

SE NAME: Bendco, Inc.
SE NUMBER: 18-30849

| OTHER DISBURSEMENTS | MONTH March 2018 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| Cost of sales | $60,635.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $60,635.70 |
| General & administrative expenses | $16,827.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,827.89 |
| Total | $77,463.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $77,463.59 |

**Addendum to MOR-7**

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## CASH ACCOUNT RECONCILIATION
### MONTH OF March 2018

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | | | | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | # TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 32,779.86 | | | $6,618.87 | $39,398.73 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 24,594.10 | | | | $24,594.10 |
| ADJUSTED BANK BALANCE | $8,185.76 | | $0.00 | $6,618.87 | $14,804.63 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | 6,618.87 | $6,618.87 |
| RECEIPTS* | 160,098.46 | | | 25,903.00 | $186,001.46 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | 1,400.00 | $1,400.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 151,912.70 | | | 24,694.89 | $176,607.59 |
| ENDING CASH - PER BOOKS | $8,185.76 | $0.00 | $0.00 | $9,226.98 | $17,412.74 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | March 2018 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Rick Friery | 5,416.00 | | | | | |
| 2. Joh Tharp | 5,000.00 | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $10,416.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9