MOR-1

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849
PROPOSED PLAN DATE: _____

UNITED STATES BANKRUPTCY COURT

PETITION DATE: 2/28/18
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH / YEAR

| MONTH | March 2018 | April 2018 | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 225,185.00 | 255,382.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 52,010.12 | 62,696.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 36,967.96 | 47,654.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 10,416.00 | 17,916.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 175,207.59 | 176,769.03 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (✓) NO ( ) | 02-14-19 |
| LIABILITY | YES (✓) NO ( ) | 04-05-19 |
| VEHICLE | YES (✓) NO ( ) | 10-16-18 |
| WORKER'S | YES (✓) NO ( ) | 02-14-19 |
| OTHER | YES (✓) NO ( ) | 04-05-19 |

CIRCLE ONE
Are all accounts receivable being collected within terms? Yes (No)
Are all post-petition liabilities, including taxes, being paid within terms? Yes No
Have any pre-petition liabilities been paid? Yes (No)
If so, describe _____
Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization? _____

ATTORNEY NAME: Richard Fuqua
FIRM NAME: Fuqua & Associates, P.C.
ADDRESS: 5005 Riverway Dr.
Suite 250
CITY, STATE, ZIP: Houston, TX 77056
TELEPHONE/FAX: 713-960-0277

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: President
(ORIGINAL SIGNATURE)
John Tharp      7/5/18
(PRINT NAME OF SIGNATORY)   DATE

MOR-1

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* Feb. 28, 2018 | March 2018 | April 2018 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 6,618.87 | 17,412.74 | 82,299.40 | | | | |
| Accounts Receivable, Net | 167,307.97 | 219,262.75 | 237,237.49 | | | | |
| Inventory: Lower of Cost or Market | 3,798.00 | 3,798.00 | 3,798.00 | | | | |
| Prepaid Expenses | 0.00 | 0.00 | 0.00 | | | | |
| Investments | | 0.00 | 0.00 | | | | |
| Other | 0.00 | 0.00 | 0.00 | | | | |
| TOTAL CURRENT ASSETS | 177,724.84 | 240,473.49 | 323,334.89 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 7,641,555.88 | 7,641,555.88 | 7,641,555.88 | | | | |
| Less Accumulated Depreciation | 6,014,927.32 | 6,029,969.48 | 6,045,011.64 | | | | |
| NET BOOK VALUE OF PP & E | 1,626,628.56 | 1,611,586.40 | 1,596,544.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. A/R-employees | 572,720.00 | 572,720.00 | 572,720.00 | | | | |
| 2. Deposit on Forklift | 0.00 | 5,500.00 | 5,500.00 | | | | |
| 3. Electric Deposit | 950.00 | 950.00 | 950.00 | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $2,378,023.40 | $2,431,229.89 | $2,499,049.13 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | March 2018 | April 2018 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | $16,238.53 | $41,403.18 | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 1,706,046.00 | 1,706,046.00 | 1,701,046.00 | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,671,115.55 | 3,671,115.55 | 3,666,115.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | 3,671,115.55 | 3,687,354.08 | 3,707,518.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 1,000.00 | 1,000.00 | 1,000.00 | | | | |
| ADDITIONAL PAID-IN CAPITAL | 15,500.00 | 15,500.00 | 15,500.00 | | | | |
| RETAINED EARNINGS: Filing Date | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | | | | |
| RETAINED EARNINGS: Post Filing Date | | 36,967.96 | 84,622.55 | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | -1,293,092.15 | -1,256,124.19 | -1,208,469.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $2,378,023.40 | $2,431,229.89 | $2,499,049.13 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## SCHEDULE OF POST-PETITION LIABILITIES

| | March 2018 | April 2018 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | $13,967.29 | $27,224.58 | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | 2,271.24 | 4,247.93 | | | | |
| TOTAL TAXES PAYABLE | 2,271.24 | 4,247.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | 9,930.67 | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $16,238.53 | $41,403.18 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## AGING OF POST-PETITION LIABILITIES
### April 2018

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | $44,526.49 | 40,278.56 | | 4,247.93 | | $44,526.49 |
| 31-60 | $15,646.44 | 15,646.44 | | | | |
| 61-90 | $0.00 | | | | | |
| 91+ | $0.00 | | | | | |
| TOTAL | $60,172.93 | $55,925.00 | $0.00 | $4,247.93 | $0.00 | $44,526.49 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | March 2018 | April 2018 | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 182,189.07 | 196,353.81 | | | | |
| 31-60 DAYS | 28,334.70 | 6,025.00 | | | | |
| 61-90 DAYS | 8,738.98 | 26,614.70 | | | | |
| 91+ DAYS | 0.00 | 8,243.98 | | | | |
| TOTAL | $219,262.75 | $237,237.49 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## STATEMENT OF INCOME (LOSS)

| | March 2018 | April 2018 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---:|---:|---:|---:|---:|---:|---:|
| REVENUES (MOR-1) | 225,185.00 | 255,382.50 | | | | | 480,567.50 |
| TOTAL COST OF REVENUES | 145,930.99 | 110,937.65 | | | | | 256,868.64 |
| GROSS PROFIT | 79,254.01 | 144,444.85 | 0.00 | 0.00 | 0.00 | 0.00 | 223,698.86 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0.00 | | | | | | 0.00 |
| General & Administrative | 16,827.89 | 25,214.49 | | | | | 42,042.38 |
| Insiders Compensation | 10,416.00 | 17,916.00 | | | | | 28,332.00 |
| Professional Fees | 0.00 | 9,930.67 | | | | | 9,930.67 |
| Insurance | 0.00 | 18,686.94 | | | | | 18,686.94 |
| Property Taxes | 0.00 | 10,000.00 | | | | | 10,000.00 |
| TOTAL OPERATING EXPENSES | 27,243.89 | 81,748.10 | 0.00 | 0.00 | 0.00 | 0.00 | 108,991.99 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 52,010.12 | 62,696.75 | 0.00 | 0.00 | 0.00 | 0.00 | 114,706.87 |
| INTEREST EXPENSE | 0.00 | | | | | | 0.00 |
| DEPRECIATION | 15,042.16 | 15,042.16 | | | | | 30,084.32 |
| OTHER (INCOME) EXPENSE* | 0.00 | | | | | | 0.00 |
| OTHER ITEMS** | 0.00 | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 15,042.16 | 15,042.16 | 0.00 | 0.00 | 0.00 | 0.00 | 30,084.32 |
| NET INCOME BEFORE TAXES | 36,967.96 | 47,654.59 | 0.00 | 0.00 | 0.00 | 0.00 | 84,622.55 |
| FEDERAL INCOME TAXES | 0.00 | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $36,967.96 | $47,654.59 | $0.00 | $0.00 | $0.00 | $0.00 | $84,622.55 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

* *Footnote Mandatory.*

* * *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote*

**MOR-6**

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

| CASH RECEIPTS AND DISBURSEMENTS | MONTH March 2018 | MONTH April 2018 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $6,618.87 | $17,412.74 | $0.00 | $0.00 | $0.00 | $0.00 | $6,618.87 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 186,001.46 | 241,655.29 | | | | | 427,656.75 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 186,001.46 | 241,655.29 | 0.00 | 0.00 | 0.00 | 0.00 | 427,656.75 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 97,181.33 | 89,715.85 | | | | | 186,897.18 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | 2,212.67 | | | | | 2,212.67 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 5,836.19 | | | | | 5,836.19 |
| 12. INSURANCE | | 18,686.94 | | | | | 18,686.94 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 158.79 | 146.37 | | | | | 305.16 |
| 15. TRAVEL & ENTERTAINMENT | | 55.43 | | | | | 55.43 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 403.88 | 378.95 | | | | | 782.83 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list)   Addendum | 77,463.59 | 59,411.23 | | | | | 136,874.82 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 175,207.59 | 176,443.63 | 0.00 | 0.00 | 0.00 | 0.00 | 351,651.22 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | 325.00 | | | | | 325.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 175,207.59 | 176,768.63 | 0.00 | 0.00 | 0.00 | 0.00 | 351,976.22 |
| 22. NET CASH FLOW | 10,793.87 | 64,886.66 | 0.00 | 0.00 | 0.00 | 0.00 | 75,680.53 |
| 23. CASH - END OF MONTH (MOR-2) | $17,412.74 | $82,299.40 | $0.00 | $0.00 | $0.00 | $0.00 | $82,299.40 |

\* Applies to Individual debtors only

MOR-7

\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

SE NAME: Bendco, Inc.
SE NUMBER: 18-30849

| OTHER DISBURSEMENTS | MONTH<br>March 2018 | MONTH<br>April 2018 | MONTH | MONTH | MONTH | MONTH | FILING TO<br>DATE |
|---|---|---|---|---|---|---|---|
| Cost of sales | $60,635.70 | $27,208.01 | $0.00 | $0.00 | $0.00 | $0.00 | $87,843.71 |
| General & administrative expenses | $16,827.89 | $5,515.02 | $0.00 | $0.00 | $0.00 | $0.00 | $22,342.91 |
| Property Tax | $0.00 | $10,000.00 | | | | | $10,000.00 |
| G & A Partners | $0.00 | $11,688.20 | | | | | $11,688.20 |
| Ascentium Capital | $0.00 | $5,000.00 | | | | | $5,000.00 |
| | $0.00 | $0.00 | | | | | $0.00 |
| Total | $77,463.59 | $59,411.23 | $0.00 | $0.00 | $0.00 | $0.00 | $136,874.82 |

**Addendum to MOR-7**

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## CASH ACCOUNT RECONCILIATION
### MONTH OF April 2018

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | | | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 32,779.86 | | | $8,682.29 | $41,462.15 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 14,663.43 | | | | $14,663.43 |
| ADJUSTED BANK BALANCE | $18,116.43 | | $0.00 | $8,682.29 | $26,798.72 |
| BEGINNING CASH - PER BOOKS | 8,185.76 | 0.00 | 0.00 | 9,226.98 | $17,412.74 |
| RECEIPTS* | 241,655.29 | 0.00 | | 0.40 | $241,655.69 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | 0.00 | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 176,223.94 | 0.00 | | 545.09 | $176,769.03 |
| ENDING CASH - PER BOOKS | $73,617.11 | $0.00 | $0.00 | $8,682.29 | $82,299.40 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | March 2018 | April 2018 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Rick Friery-Salary | $5,416.00 | $6,666.00 | | | | |
| 2. John Tharp-Salary | $5,000.00 | $6,250.00 | | | | |
| 3. Rick Friery-Commission | | $2,000.00 | | | | |
| 4. John Tharp-Commission | | $3,000.00 | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $10,416.00 | $17,916.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | March 2018 | April 2018 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9