

ENTERED
09/27/2018

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-30849 |
| | § | |
| BENDCO, INC. | § | |
| Debtor | § | Chapter 11 |

### AGREED ORDER FOR ADEQUATE PROTECTION

(Docket No. 74)

On this day came on for consideration the Motion to Enter Agreed Order for Adequate Protection filed herein by the Debtor. The Court, having considered the Motion and noting that the relief sought therein is not opposed, finds that said Motion has merit and should be **GRANTED.**

It is, therefore, **ORDERED, ADJUDGED and DECREED** that the Debtor shall be authorized to provide and shall provide adequate protection to the creditor U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance ("U.S. Bank"), as follows:

(1.)    Debtor shall pay monthly debt service payments of $1,016.41 to U.S. Bank as adequate protection payments beginning in he month of August 2018; and

(2.)    Debtor shall continue to maintain insurance protecting the interest of U.S. Bank in its collateral from loss as required by the underlying loan documents executed in favor of U.S. Bank.

It is further **ORDERD, ADJUDGED and DECREED** that this order shall apply until a plan of reorganization is confirmed in this case or until further order of this Court.

Signed: **September 26, 2018**.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

FUQUA & ASSOCIATES, PC
5005 Riverway, Suite 250
Phone: (713) 960-0277
Facsimile: (713) 960-1064

— with permission

Richard L. Fuqua
State Bar No. 07552300
rlfuqua@fuqualegal.com
*Attorney for Debtor*

LAM, LYN, & PHILIP, P.C.
6213 Skyline Drive, Suite 2100
Phone: (713) 981-0900
Facsimile: (713) 772-7085

Jeremy M. Jones
State Bar No. 24078753
jjones@llppc-law.com
*Attorney for U.S. Bank*