**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849
PROPOSED PLAN DATE:

PETITION DATE: 2/28/18
DISTRICT OF TEXAS: Southern
DIVISION: Houston

### MONTHLY OPERATING REPORT SUMMARY FOR MONTH May 2018

| MONTH | March 2018 | April 2018 | May 2018 | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 225,185.00 | 255,382.50 | 257,013.36 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 52,010.12 | 62,696.75 | 970.39 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 29,204.69 | 37,647.13 | -11,116.70 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 10,416.00 | 17,916.00 | 22,266.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 175,207.59 | 176,769.03 | 245,231.95 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (✓) NO ( ) | 2-14-19 |
| LIABILITY | YES (✓) NO ( ) | 4-5-19 |
| VEHICLE | YES (✓) NO ( ) | 10-16-18 |
| WORKER'S | YES (✓) NO ( ) | 2-14-19 |
| OTHER | YES (✓) NO ( ) | 4-5-19 |

CIRCLE ONE

Are all accounts receivable being collected within terms? Yes (No)
Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No
Have any pre-petition liabilities been paid? Yes (No)
If so, describe
Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization? PENDING

ATTORNEY NAME: Richard Fugua
FIRM NAME: Fugua + Associates, P.C.
ADDRESS: 5005 Riverway Dr.
Suite 250
CITY, STATE, ZIP: Houston, TX 77056
TELEPHONE/FAX: 713-960-0277

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: President
(ORIGINAL SIGNATURE)
John Threep       Oct. 11, 2018
(PRINT NAME OF SIGNATORY)       DATE

**MOR-1**

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* Feb. 28, 2018 | March 2018 | April 2018 | May 2018 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 6,618.87 | 17,412.74 | 82,299.40 | 64,768.58 | | | |
| Accounts Receivable, Net | 167,307.97 | 219,262.75 | 237,237.49 | 334,912.84 | | | |
| Inventory; Lower of Cost or Market | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 | | | |
| Prepaid Expenses | 0.00 | 0.00 | 0.00 | 5,000.00 | | | |
| Investments | | 0.00 | 0.00 | | | | |
| Other | 0.00 | 0.00 | 0.00 | | | | |
| TOTAL CURRENT ASSETS | 177,724.84 | 240,473.49 | 323,334.89 | 408,479.42 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 7,641,555.88 | 7,641,555.88 | 7,641,555.88 | 7,641,555.88 | | | |
| Less Accumulated Depreciation | 6,014,927.32 | 6,029,969.48 | 6,045,011.64 | 6,060,053.80 | | | |
| NET BOOK VALUE OF PP & E | 1,626,628.56 | 1,611,586.40 | 1,596,544.24 | 1,581,502.08 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. A/R-employees | 572,720.00 | 572,720.00 | 572,720.00 | 572,720.00 | | | |
| 2. Deposit on Forklift | 0.00 | 5,500.00 | 5,500.00 | 5,500.00 | | | |
| 3. Electric Deposit | 950.00 | 950.00 | 950.00 | 950.00 | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $2,378,023.40 | $2,431,229.89 | $2,499,049.13 | $2,569,151.50 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | March 2018 | April 2018 | May 2018 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | $24,001.80 | $59,173.91 | $145,392.98 | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 1,706,046.00 | 1,706,046.00 | 1,701,046.00 | 1,696,046.00 | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,671,115.55 | 3,671,115.55 | 3,666,115.55 | 3,661,115.55 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | 3,671,115.55 | 3,695,117.35 | 3,725,289.46 | 3,806,508.53 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | | | |
| ADDITIONAL PAID-IN CAPITAL | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | | | |
| RETAINED EARNINGS: Filing Date | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | | | |
| RETAINED EARNINGS: Post Filing Date | | 29,204.69 | 66,851.82 | 55,735.12 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | -1,293,092.15 | -1,263,887.46 | -1,226,240.33 | -1,237,357.03 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $2,378,023.40 | $2,431,229.89 | $2,499,049.13 | $2,569,151.50 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## SCHEDULE OF POST-PETITION LIABILITIES

| | March 2018 | April 2018 | May 2018 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | $13,967.29 | $27,224.58 | 9,998.22 | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | 23,483.74 | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | 11,000.00 | | | |
| Other Taxes | 10,034.51 | 22,018.66 | 19,303.37 | | | |
| TOTAL TAXES PAYABLE | 10,034.51 | 22,018.66 | 53,787.11 | 0.00 | 0.00 | 0.00 |
| Due to G & A Outsourcing (See addendum to MOR-7) | | | 42,122.95 | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | 9,930.67 | 39,484.70 | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $24,001.80 | $59,173.91 | $145,392.98 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval
MOR-4

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

### AGING OF POST-PETITION LIABILITIES
May 2018

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | $63,785.33 | 9,998.22 | 36,740.66 | 6,046.45 | 11,000.00 | $63,785.33 |
| 31-60 | $0.00 | 0.00 | | | | |
| 61-90 | $0.00 | 0.00 | | | | |
| 91+ | $0.00 | 0.00 | | | | |
| TOTAL | $63,785.33 | $9,998.22 | $36,740.66 | $6,046.45 | $11,000.00 | $63,785.33 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | March 2018 | April 2018 | May 2018 | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 182,189.07 | 196,353.81 | 189,032.30 | | | |
| 31-60 DAYS | 28,334.70 | 6,025.00 | 38,409.94 | | | |
| 61-90 DAYS | 8,738.98 | 26,614.70 | 52,880.75 | | | |
| 91+ DAYS | 0.00 | 8,243.98 | 30,918.98 | | | |
| TOTAL | $219,262.75 | $237,237.49 | $311,241.97 | $0.00 | $0.00 | $0.00 |

MOR-5

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## STATEMENT OF INCOME (LOSS)

| | March 2018 | April 2018 | May 2018 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 225,185.00 | 255,382.50 | 257,013.36 | | | | 737,580.86 |
| TOTAL COST OF REVENUES | 145,930.99 | 110,937.65 | 131,613.86 | | | | 388,482.50 |
| GROSS PROFIT | 79,254.01 | 144,444.85 | 125,399.50 | 0.00 | 0.00 | 0.00 | 349,098.36 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0.00 | | 1,259.67 | | | | 1,259.67 |
| General & Administrative | 16,827.89 | 25,214.49 | 54,161.81 | | | | 96,204.19 |
| Insiders Compensation | 10,416.00 | 17,916.00 | 19,866.00 | | | | 48,198.00 |
| Professional Fees | 0.00 | 9,930.67 | 29,554.03 | | | | 39,484.70 |
| Insurance | 0.00 | 18,686.94 | 8,587.60 | | | | 27,274.54 |
| Property Taxes | 0.00 | 10,000.00 | 11,000.00 | | | | 21,000.00 |
| TOTAL OPERATING EXPENSES | 27,243.89 | 81,748.10 | 124,429.11 | 0.00 | 0.00 | 0.00 | 233,421.10 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 52,010.12 | 62,696.75 | 970.39 | 0.00 | 0.00 | 0.00 | 115,677.26 |
| INTEREST EXPENSE | 0.00 | | | | | | 0.00 |
| DEPRECIATION | 15,042.16 | 15,042.16 | 15,042.16 | | | | 45,126.48 |
| OTHER (INCOME) EXPENSE* | 0.00 | | | | | | 0.00 |
| OTHER ITEMS** | 0.00 | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 15,042.16 | 15,042.16 | 15,042.16 | 0.00 | 0.00 | 0.00 | 45,126.48 |
| NET INCOME BEFORE TAXES | 36,967.96 | 47,654.59 | -14,071.77 | 0.00 | 0.00 | 0.00 | 70,550.78 |
| FEDERAL INCOME TAXES | 7,763.27 | 10,007.46 | -2,955.07 | | | | 14,815.66 |
| NET INCOME (LOSS) (MOR-1) | $29,204.69 | $37,647.13 | ($11,116.70) | $0.00 | $0.00 | $0.00 | $55,735.12 |

Accrual Accounting Required, Otherwise Footnote with Explanation.

\* Footnote Mandatory.

\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

| CASH RECEIPTS AND DISBURSEMENTS | MONTH March 2018 | MONTH April 2018 | MONTH May 2018 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $6,618.87 | $17,412.74 | $82,299.40 | $64,768.58 | $64,768.58 | $64,768.58 | $6,618.87 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 186,001.46 | 241,655.29 | 185,578.18 | | | | 613,234.93 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | 42,122.95 | | | | 42,122.95 |
| TOTAL RECEIPTS** | 186,001.46 | 241,655.29 | 227,701.13 | 0.00 | 0.00 | 0.00 | 655,357.88 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 97,181.33 | 79,715.85 | 90,092.25 | | | | 266,989.43 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | 2,212.67 | 4,672.73 | | | | 6,885.40 |
| 10. SECURED/RENTAL/LEASES | | 10,000.00 | 10,000.00 | | | | 20,000.00 |
| 11. UTILITIES & TELEPHONE | | 5,836.19 | 16,195.18 | | | | 22,031.37 |
| 12. INSURANCE | | 18,686.94 | 10,702.50 | | | | 29,389.44 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 158.79 | 146.37 | 40.00 | | | | 345.16 |
| 15. TRAVEL & ENTERTAINMENT | | 55.43 | 453.67 | | | | 509.10 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 403.88 | 378.95 | 1,695.33 | | | | 2,478.16 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list)    Addendum | 77,463.59 | 59,411.23 | 106,380.29 | | | | 243,255.11 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 175,207.59 | 176,443.63 | 240,231.95 | 0.00 | 0.00 | 0.00 | 591,883.17 |
| 19. PROFESSIONAL FEES | | | 5,000.00 | | | | 5,000.00 |
| 20. U.S. TRUSTEE FEES | | 325.00 | | | | | 325.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 175,207.59 | 176,768.63 | 245,231.95 | 0.00 | 0.00 | 0.00 | 597,208.17 |
| 22. NET CASH FLOW | 10,793.87 | 64,886.66 | -17,530.82 | 0.00 | 0.00 | 0.00 | 58,149.71 |
| 23. CASH - END OF MONTH (MOR-2) | $17,412.74 | $82,299.40 | $64,768.58 | $64,768.58 | $64,768.58 | $64,768.58 | $64,768.58 |

* Applies to Individual debtors only

MOR-7

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

SE NAME: Bendco, Inc.
SE NUMBER: 18-30849

| OTHER DISBURSEMENTS | MONTH March 2018 | MONTH April 2018 | MONTH May 2018 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| Cost of sales | $60,635.70 | $27,208.01 | $39,703.91 | $0.00 | $0.00 | $0.00 | $127,547.62 |
| General & administrative expenses | $16,827.89 | $5,515.02 | $10,041.92 | $0.00 | $0.00 | $0.00 | $32,384.83 |
| Property Tax | $0.00 | $10,000.00 | $22,000.00 | | | | $32,000.00 |
| G & A Partners | $0.00 | $11,688.20 | $29,634.46 | | | | $41,322.66 |
| Ascentium Capital | $0.00 | $5,000.00 | $5,000.00 | | | | $10,000.00 |
| | $0.00 | $0.00 | | | | | $0.00 |
| Total | $77,463.59 | $59,411.23 | $106,380.29 | $0.00 | $0.00 | $0.00 | $243,255.11 |

**Addendum to MOR-7**

**Other Cash Receipts**
G & A Outsourcing refund                $42,122.95  This amount was refunded by G & A Outsourcing on May 4 with notice that they were applying all other payments received post-petition ($37,699.71) to amounts owed pre-petition.
The refund amount has been shown as a post-petition liability on the balance sheet.

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## CASH ACCOUNT RECONCILIATION
### MONTH OF May 2018

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | | | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 89,923.00 | | | $8,680.89 | $98,603.89 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 33,835.31 | | | | $33,835.31 |
| ADJUSTED BANK BALANCE | $56,087.69 | | $0.00 | $8,680.89 | $64,768.58 |
| BEGINNING CASH - PER BOOKS | 73,617.11 | 0.00 | 0.00 | 8,682.29 | $82,299.40 |
| RECEIPTS* | 227,701.13 | 0.00 | | | $227,701.13 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | 0.00 | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 245,230.55 | 0.00 | | 1.40 | $245,231.95 |
| ENDING CASH - PER BOOKS | $56,087.69 | $0.00 | $0.00 | $8,680.89 | $64,768.58 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | March 2018 | April 2018 | May 2018 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Rick Friery-Salary | $5,416.00 | $6,666.00 | 7,900.00 | | | |
| 2. John Tharp-Salary | $5,000.00 | $6,250.00 | 7,966.00 | | | |
| 3. Rick Friery-Commission | | $2,000.00 | 2,000.00 | | | |
| 4. John Tharp-Commission | | $3,000.00 | 4,400.00 | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $10,416.00 | $17,916.00 | $22,266.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | March 2018 | April 2018 | May 2018 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Russell, Craft & Schulz-retainer | | | 5,000.00 | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |

MOR-9