MOR-1
CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849
PROPOSED PLAN DATE:

UNITED STATES BANKRUPTCY COURT

PETITION DATE: 2/28/18
DISTRICT OF TEXAS: Southern
DIVISION: Houston

Corrected MONTHLY OPERATING REPORT SUMMARY FOR MONTH September 2018

| MONTH | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 225,185.00 | 255,382.50 | 257,013.36 | 327,663.80 | 347,433.02 | 423,894.91 | 299,088.66 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 52,010.12 | 62,696.76 | 970.39 | 91,410.96 | 94,810.76 | 121,819.81 | 77,832.35 |
| NET INCOME (LOSS) (MOR-6) | 29,204.69 | 37,647.13 | -11,116.70 | 60,331.36 | 62,701.73 | 84,039.63 | $49,295.15 |
| PAYMENTS TO INSIDERS (MOR-9) | 10,416.00 | 17,916.00 | 22,266.00 | 17,067.70 | 20,589.70 | 13,704.48 | $16,813.37 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 66,611.46 |
| TOTAL DISBURSEMENTS (MOR-8) | 175,207.59 | 176,769.03 | 245,231.95 | 207,626.09 | 220,699.17 | 266,085.65 | $365,426.77 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|---|
| CASUALTY | YES (✓) NO ( ) | 2-14-19 | Are all accounts receivable being collected within terms? | Yes / No |
| LIABILITY | YES (✓) NO ( ) | 4-5-19 | Are all post-petition liabilities, including taxes, being paid within terms? | Yes / No |
| VEHICLE | YES (✓) NO ( ) | 10-16-18 | Have any pre-petition liabilities been paid? | Yes / No |
| WORKER'S | YES (✓) NO ( ) | 2-14-19 | Are all funds received being deposited into DIP bank accounts? | Yes / No |
| OTHER | YES (✓) NO ( ) | 4-5-19 | Were any assets disposed of outside the normal course of business? | Yes / No |
| | | | Are all U.S. Trustee Quarterly Fee Payments current? | Yes / No |
| | | | What is the status of your Plan of Reorganization? | |

ATTORNEY NAME: Richard Fuqua
FIRM NAME: Fuqua & Associates, P.C.
ADDRESS: 5005 Riverway Dr.
Suite 250
CITY, STATE, ZIP: Houston, TX 77056
TELEPHONE/FAX: 713-960-0277

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: Pres
(ORIGINAL SIGNATURE)
Johnny Hay          12-12-18
(PRINT NAME OF SIGNATORY)    DATE

MOR-1

CASE NAME: Bandco, Inc.
CASE NUMBER: 18-30849

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* Feb. 28, 2018 | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | 6,618.87 | 17,412.74 | 82,299.40 | 64,768.58 | 9,916.09 | 171,547.48 | 127,122.86 | 46,044.69 |
| Accounts Receivable, Net | 167,307.97 | 219,262.75 | 237,237.49 | 334,912.84 | 518,635.15 | 483,929.55 | 687,383.03 | 704,381.20 |
| Inventory: Lower of Cost or Market | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 |
| Prepaid Expenses | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 10,433.14 |
| Investments | | 0.00 | 0.00 | | | | | |
| Other-Due from Texas Citizen's Bank | 0.00 | 0.00 | 0.00 | | | | 1,008.30 | |
| TOTAL CURRENT ASSETS | 177,724.84 | 240,473.49 | 323,334.89 | 408,479.42 | 537,349.24 | 664,275.03 | 824,312.19 | 764,657.03 |
| PROPERTY, PLANT & EQUIP. @ COST | 7,641,555.88 | 7,641,555.88 | 7,641,555.88 | 7,641,555.88 | 7,738,311.72 | 7,738,311.72 | 7,738,311.72 | 7,738,311.72 |
| Less Accumulated Depreciation | 6,014,927.32 | 6,029,969.48 | 6,045,011.64 | 6,060,053.80 | 6,075,095.96 | 6,090,138.12 | 6,105,180.28 | 6,120,222.44 |
| NET BOOK VALUE OF PP & E | 1,626,628.56 | 1,611,586.40 | 1,596,544.24 | 1,581,502.08 | 1,663,215.76 | 1,648,173.60 | 1,633,131.44 | 1,618,089.28 |
| **OTHER ASSETS** | | | | | | | | |
| 1. A/R-employees | 572,720.00 | 572,720.00 | 572,720.00 | 572,720.00 | 572,720.00 | 572,720.00 | 575,220.31 | 575,220.31 |
| 2. Deposit on Forklift | 0.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| 3. Electric Deposit | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 |
| 4. | | | | | | | | |
| TOTAL ASSETS | $2,378,023.40 | $2,431,229.89 | $2,499,049.13 | $2,569,151.50 | $2,779,735.00 | $2,891,618.63 | $3,039,113.94 | $2,964,416.62 |

* Per Schedules and Statement of Affairs

MOR-2

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 |
|---|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | $24,001.80 | $59,173.91 | $145,392.98 | $300,645.12 | $354,827.02 | $423,282.50 | 317,806.44 |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | 1,706,046.00 | 1,706,046.00 | 1,701,046.00 | 1,696,046.00 | 1,691,046.00 | 1,686,046.00 | 1,681,046.00 | 1,705,341.53 |
| Priority Debt | | | | | | | | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | 1,922,257.61 |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,671,115.55 | 3,671,115.55 | 3,666,115.55 | 3,661,115.55 | 3,656,115.55 | 3,651,115.55 | 3,646,115.55 | 3,627,599.14 |
| TOTAL LIABILITIES | 3,671,115.55 | 3,695,117.35 | 3,725,289.46 | 3,806,508.53 | 3,956,760.67 | 4,005,942.57 | 4,069,398.05 | 3,945,405.58 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| ADDITIONAL PAID-IN CAPITAL | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 |
| RETAINED EARNINGS: Filing Date | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 |
| RETAINED EARNINGS: Post Filing Date | | 29,204.69 | 66,851.82 | 55,735.13 | 116,066.49 | 178,768.21 | 262,808.04 | 312,103.19 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -1,293,092.15 | -1,263,887.46 | -1,226,240.33 | -1,237,357.02 | -1,177,025.66 | -1,114,323.94 | -1,030,284.11 | -980,988.96 |
| TOTAL LIABILITIES & OWNERS EQUITY | $2,378,023.40 | $2,431,229.89 | $2,499,049.13 | $2,569,151.50 | $2,779,735.00 | $2,891,618.63 | $3,039,113.94 | $2,964,416.62 |

* Per Schedules and Statement of Affairs

MOR-3

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

### SCHEDULE OF POST-PETITION LIABILITIES

|  | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 |
|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | $13,967.29 | $27,224.58 | 9,998.22 | 12,099.76 | 8,284.34 | 30,152.09 | 17,244.20 |
| TAX PAYABLE |  |  |  |  |  |  |  |
| Federal Payroll Taxes |  |  | 23,483.74 | 55,532.71 | 83,005.70 | 97,450.24 | 46,145.21 |
| State Payroll Taxes |  |  |  |  |  |  |  |
| Ad Valorem Taxes |  |  | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 |
| Other Taxes | 10,034.51 | 22,018.66 | 19,303.37 | 37,995.16 | 53,545.62 | 77,065.09 | 90,108.99 |
| TOTAL TAXES PAYABLE | 10,034.51 | 22,018.66 | 53,787.11 | 104,527.87 | 147,551.32 | 185,515.33 | 147,254.20 |
| Due to G & A Outsourcing (See addendum to MOR-7) |  |  | 42,122.95 | 42,122.95 | 42,122.95 | 42,122.95 | 42,122.95 |
| SECURED DEBT POST-PETITION |  |  |  | 96,755.84 | 95,333.09 | 93,904.41 | 92,469.78 |
| ACCRUED INTEREST PAYABLE |  |  |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* |  | 9,930.67 | 39,484.70 | 45,138.70 | 61,535.32 | 71,587.72 | 18,715.31 |
| OTHER ACCRUED LIABILITIES |  |  |  |  |  |  |  |
| 1. |  |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |  |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $24,001.80 | $59,173.91 | $145,392.98 | $300,645.12 | $354,827.02 | $423,282.50 | $317,806.44 |

*Payment requires Court Approval
MOR-4

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## AGING OF POST-PETITION LIABILITIES
September 2018

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | $118,353.19 | 17,244.20 | 82,961.19 | 7,147.80 | 11,000.00 | 118,353.19 |
| 31-60 | $0.00 | | | | | |
| 61-90 | $0.00 | | | | | |
| 91+ | $0.00 | | | | | |
| TOTAL | $118,353.19 | $17,244.20 | $82,961.19 | $7,147.80 | $11,000.00 | $118,353.19 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 |
|---|---|---|---|---|---|---|---|
| 0-30 DAYS | 182,189.07 | 196,353.81 | 189,032.30 | 374,090.48 | 299,963.21 | 440,490.51 | 394,386.71 |
| 31-60 DAYS | 28,334.70 | 6,025.00 | 38,409.94 | 72,803.06 | 49,661.80 | 63,335.18 | 65,856.97 |
| 61-90 DAYS | 8,738.98 | 26,614.70 | 52,880.75 | 44,622.63 | 65,723.93 | 43,376.80 | 61,355.18 |
| 91+ DAYS | 0.00 | 8,243.98 | 30,918.98 | 27,118.98 | 68,580.61 | 140,180.54 | 182,782.34 |
| TOTAL | $219,262.75 | $237,237.49 | $311,241.97 | $518,635.15 | $483,929.55 | $687,383.03 | $704,381.20 |

MOR-5

Accrued expenses included in Accounts pa       $0.00

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## STATEMENT OF INCOME (LOSS)

|  | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 225,185.00 | 255,382.50 | 257,013.36 | 327,663.80 | 347,433.02 | 423,894.91 | 299,088.65 | 2,135,661.24 |
| TOTAL COST OF REVENUES | 145,930.99 | 110,937.65 | 131,613.86 | 132,303.69 | 125,065.32 | 158,819.37 | 120,184.64 | 924,855.52 |
| GROSS PROFIT | 79,254.01 | 144,444.85 | 125,399.50 | 195,360.11 | 222,367.70 | 265,075.54 | 178,904.01 | 1,210,805.72 |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | 0.00 | | 1,259.67 | 0.00 | | 125.07 | 168.42 | 1,553.16 |
| General & Administrative | 16,827.89 | 25,214.49 | 54,161.81 | 67,296.51 | 71,572.30 | 86,742.45 | 63,438.72 | 385,254.17 |
| Insiders Compensation | 10,416.00 | 17,916.00 | 19,866.00 | 12,916.00 | 20,416.00 | 25,338.52 | 16,813.37 | 123,681.89 |
| Professional Fees | 0.00 | 9,930.67 | 29,554.03 | 5,654.00 | 16,396.62 | 12,251.09 | 1,364.96 | 75,151.37 |
| Insurance | 0.00 | 18,686.94 | 8,587.60 | 7,082.64 | 8,172.02 | 7,798.60 | 8,286.19 | 58,613.99 |
| Property Taxes | 0.00 | 10,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 65,000.00 |
| TOTAL OPERATING EXPENSES | 27,243.89 | 81,748.10 | 124,429.11 | 103,949.15 | 127,556.94 | 143,255.73 | 101,071.66 | 709,254.58 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 52,010.12 | 62,696.75 | 970.39 | 91,410.96 | 94,810.76 | 121,819.81 | 77,832.35 | 501,551.14 |
| INTEREST EXPENSE | 0.00 | | | | 402.25 | 398.12 | 391.27 | 1,191.64 |
| DEPRECIATION | 15,042.16 | 15,042.16 | 15,042.16 | 15,042.16 | 15,042.16 | 15,042.16 | 15,042.16 | 105,295.12 |
| OTHER (INCOME) EXPENSE* | 0.00 | | | | | | | 0.00 |
| OTHER ITEMS** | 0.00 | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 15,042.16 | 15,042.16 | 15,042.16 | 15,042.16 | 15,444.41 | 15,440.28 | 15,433.43 | 106,486.76 |
| NET INCOME BEFORE TAXES | 36,967.96 | 47,654.59 | -14,071.77 | 76,368.80 | 79,366.35 | 106,379.53 | 62,398.92 | 395,064.38 |
| FEDERAL INCOME TAXES | 7,763.27 | 10,007.46 | -2,955.07 | 16,037.44 | 16,664.62 | 22,339.70 | 13,103.77 | 82,961.19 |
| NET INCOME (LOSS) (MOR-1) | $29,204.69 | $37,647.13 | ($11,116.70) | $60,331.36 | $62,701.73 | $84,039.83 | $49,295.15 | 312,103.19 |

Accrual Accounting Required. Otherwise Footnote with Explanation.

* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

| CASH RECEIPTS AND DISBURSEMENTS | MONTH March 2018 | MONTH April 2018 | MONTH May 2018 | MONTH June 2018 | MONTH July 2018 | MONTH August 2018 | MONTH September 2018 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $6,618.87 | $17,412.74 | $82,299.40 | $64,768.58 | $9,916.09 | $171,485.48 | $127,122.86 | $6,618.87 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 186,001.46 | 241,655.29 | 185,578.18 | 152,775.60 | 382,268.56 | 223,661.23 | 284,348.60 | 1,656,288.92 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | 42,122.95 | | | | 1,008.30 | 43,131.25 |
| TOTAL RECEIPTS** | 186,001.46 | 241,655.29 | 227,701.13 | 152,775.60 | 382,268.56 | 223,661.23 | 285,356.90 | 1,699,420.17 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | 97,181.33 | 89,715.85 | 100,092.25 | 104,815.88 | 90,783.94 | 118,595.75 | 90,977.09 | 692,162.09 |
| 8. PAYROLL TAXES PAID | | | | | | 30,001.92 | 78,812.72 | 108,814.64 |
| 9. SALES, USE & OTHER TAXES PAID | | 2,212.67 | 4,672.73 | 148.50 | 1,237.88 | | 1,303.14 | 9,574.92 |
| 10. SECURED/RENTAL/LEASES | | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 60,000.00 |
| 11. UTILITIES & TELEPHONE | | 5,836.19 | 16,195.18 | 12,122.81 | 14,018.66 | 12,638.12 | 10,849.81 | 71,660.77 |
| 12. INSURANCE | | 8,686.94 | 10,702.50 | 4,659.74 | 10,663.02 | 5,038.60 | 7,480.19 | 47,230.99 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 158.79 | 146.37 | 40.00 | | | | | 345.16 |
| 15. TRAVEL & ENTERTAINMENT | | 55.43 | 453.67 | | | | | 509.10 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 403.88 | 378.95 | 1,695.33 | | 15,730.50 | 5,652.74 | 20,651.17 | 44,512.57 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 168.42 | 168.42 |
| 18. OTHER (attach list) Addendum | 77,463.59 | 59,411.23 | 96,380.29 | 75,881.16 | 75,340.17 | 82,846.72 | 77,581.08 | 544,904.24 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 175,207.59 | 176,443.63 | 240,231.95 | 207,628.09 | 217,774.17 | 264,773.85 | 297,823.62 | 1,579,882.90 |
| 19. PROFESSIONAL FEES | | | 5,000.00 | | | | 68,611.45 | 73,611.45 |
| 20. U.S. TRUSTEE FEES | | 325.00 | | | 2,925.00 | 3,250.00 | 0.00 | 6,500.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 175,207.59 | 176,768.63 | 245,231.95 | 207,628.09 | 220,699.17 | 268,023.85 | 366,435.07 | 1,659,994.35 |
| 22. NET CASH FLOW | 10,793.87 | 64,886.66 | -17,530.82 | -54,852.49 | 161,569.39 | -44,362.62 | -81,078.17 | 39,425.82 |
| 23. CASH - END OF MONTH (MOR-2) | $17,412.74 | $82,299.40 | $64,768.58 | $9,916.09 | $171,485.48 | $127,122.86 | $46,044.69 | $46,044.69 |

\* Applies to Individual debtors only

MOR-7

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

| OTHER DISBURSEMENTS | MONTH March 2018 | MONTH April 2018 | MONTH May 2018 | MONTH June 2018 | MONTH July 2018 | MONTH August 2018 | MONTH September 2018 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| Cost of sales | $60,635.70 | $27,208.01 | $39,703.91 | $22,844.27 | $42,289.40 | $29,451.55 | $45,575.10 | $267,707.94 |
| General & administrative expenses | $16,827.89 | $5,515.02 | $41.92 | $37,036.89 | $17,050.77 | $33,886.56 | $17,014.59 | $127,373.64 |
| Property Tax | $0.00 | $10,000.00 | $22,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $76,000.00 |
| G & A Partners | $0.00 | $11,688.20 | $29,634.46 | $0.00 | $0.00 | $0.00 | $0.00 | $41,322.66 |
| Ascentium Capital | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $30,000.00 |
| TCF Equipment Finance | | | | | | | $2,500.00 | |
| Texas Citizen's Bank-Check cashed twice | | | | | | $1,008.30 | ($1,008.30) | $0.00 |
| Texas Citizen's Bank-Sept check cleared in August | $0.00 | $0.00 | | | | $2,500.31 | ($2,500.31) | $0.00 |
| Total | $77,463.59 | $59,411.23 | $96,380.29 | $75,881.16 | $75,340.17 | $82,846.72 | $77,581.08 | $542,404.24 |

**Addendum to MOR-7**

Other Cash Receipts
G & A Outsourcing refund          $42,122.95   This amount was refunded by G & A Outsourcing
                                               on May 4 with notice that they were applying all
                                               other payments received post-petition ($37,699.71)
                                               to amounts owed pre-petition.
                                               The refund amount has been shown as a post-
                                               petition liability on the balance sheet.

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## CASH ACCOUNT RECONCILIATION
### MONTH OF September 2018

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | | | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *Paypal* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 46,386.85 | | 6,975.74 | $8,670.10 | $62,032.69 |
| DEPOSITS IN TRANSIT | 4,770.00 | | | | $4,770.00 |
| OUTSTANDING CHECKS | 20,758.00 | | | | $20,758.00 |
| ADJUSTED BANK BALANCE | $30,398.85 | | $6,975.74 | $8,670.10 | $46,044.69 |
| BEGINNING CASH - PER BOOKS | 116,553.87 | 0.00 | 1,898.89 | 8,670.10 | $127,122.86 |
| RECEIPTS* | 278,050.73 | 0.00 | 6,297.87 | 0.00 | $284,348.60 |
| TRANSFERS BETWEEN ACCOUNTS | 1,000.00 | | -1,000.00 | 0.00 | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL   DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | - 365,205.75 | 0.00 | 221.02 | 0.00 | $365,426.77 |
| ENDING CASH - PER BOOKS | $30,398.85 | $0.00 | $6,975.74 | $8,670.10 | $46,044.69 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for Insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 |
|---|---|---|---|---|---|---|---|
| 1. Rick Friery-Salary | $5,416.00 | $6,666.00 | 7,900.00 | 8,124.00 | 6,416.00 | 5,750.00 | 6,143.30 |
| 2. John Tharp-Salary | $5,000.00 | $6,250.00 | 7,966.00 | 6,250.00 | 12,000.00 | 5,750.00 | 5,670.07 |
| 3. Rick Friery-Commission | | $2,000.00 | 2,000.00 | 1,440.35 | 931.25 | 0.00 | 2,500.00 |
| 4. John Tharp-Commission | | $3,000.00 | 4,400.00 | 1,253.35 | 1,242.45 | 2,204.48 | 2,500.00 |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $10,416.00 | $17,916.00 | $22,266.00 | $17,067.70 | $20,589.70 | $13,704.48 | $16,813.37 |

| PROFESSIONALS | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 |
|---|---|---|---|---|---|---|---|
| 1. Russell, Craft & Schulz-retainer | | | 5,000.00 | | | | |
| 2. Fuqua & Associates PC | | | | | | | 68,611.45 |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $68,611.45 |

MOR-9