**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| *CASE NAME:* | Bendco, Inc. |
| *CASE NUMBER:* | 18-30849 |
| *PROPOSED PLAN DATE:* | |

| | |
|---|---|
| *PETITION DATE:* | 2/28/18 |
| *DISTRICT OF TEXAS:* | Southern |
| *DIVISION:* | Houston |

**MONTHLY OPERATING REPORT SUMMARY   FOR MONTH      October      2018**

| MONTH | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 225,185.00 | 255,382.50 | 257,013.36 | 327,663.80 | 347,433.02 | 423,894.91 | 299,088.65 | 269,306.99 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 52,010.12 | 62,696.75 | 970.39 | 91,410.96 | 94,010.76 | 121,619.81 | 77,832.35 | 33,625.10 |
| NET INCOME (LOSS) (MOR-6) | 29,204.69 | 37,647.13 | -11,116.70 | 60,331.36 | 62,701.73 | 84,039.83 | 49,295.15 | $14,376.15 |
| PAYMENTS TO INSIDERS (MOR-9) | 10,416.00 | 17,916.00 | 22,266.00 | 17,067.70 | 20,589.70 | 13,704.48 | 16,813.37 | $25,641.98 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 68,611.45 | $0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 175,207.59 | 176,769.03 | 245,231.95 | 207,628.09 | 220,699.17 | 268,085.86 | 263,535.71 | 263,535.71 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | | |
|---|---|---|
| REQUIRED INSURANCE MAINTAINED | | |
| AS OF SIGNATURE DATE | EXP. | DATE |
| CASUALTY | YES ( ) NO ( ) | |
| LIABILITY | YES ( ) NO ( ) | |
| VEHICLE | YES ( ) NO ( ) | |
| WORKER'S | YES ( ) NO ( ) | |
| OTHER | YES ( ) NO ( ) | |

CIRCLE ONE

Are all accounts receivable being collected within terms?   Yes  **No**
Are all post-petition liabilities, including taxes, being paid within terms?   **Yes**  No
Have any pre-petition liabilities been paid?   Yes  **No**
If so, describe _____
Are all funds received being deposited into DIP bank accounts?   **Yes**  No
Were any assets disposed of outside the normal course of business?   Yes  **No**
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current?   **Yes**  No
What is the status of your Plan of Reorganization? _____

| | |
|---|---|
| *ATTORNEY NAME:* | Richard Fuqua |
| *FIRM NAME:* | Fuqua + Assoc PC |
| *ADDRESS:* | 5005 Riverway Suite 250 |
| *CITY, STATE, ZIP:* | Houston, TX 77056 |
| *TELEPHONE/FAX:* | 713/960-0277 |

MOR-1

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments is true and correct.

SIGNED X _____   TITLE: Pres.
(ORIGINAL SIGNATURE)
_____   12-12-18
(PRINT NAME OF SIGNATORY)   DATE

CASE NAME:   Bendco, Inc.
CASE NUMBER: 18-30849

### COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* Feb. 28, 2018 | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | | | |
| Cash | 6,618.87 | 17,412.74 | 82,299.40 | 64,768.58 | 9,916.09 | 171,547.48 | 127,122.86 | 46,044.69 | 30,815.44 |
| Accounts Receivable, Net | 167,307.97 | 219,262.75 | 237,237.49 | 334,912.84 | 518,635.15 | 483,929.55 | 687,383.03 | 704,381.20 | 726,132.96 |
| Inventory: Lower of Cost or Market | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 | 3,798.00 |
| Prepaid Expenses | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 10,433.14 | 10,433.14 |
| Investments | | 0.00 | 0.00 | | | | | | |
| Other-Due from Texas Citizen's Bank | 0.00 | 0.00 | 0.00 | | | | 1,008.30 | | |
| TOTAL CURRENT ASSETS | 177,724.84 | 240,473.49 | 323,334.89 | 408,479.42 | 537,349.24 | 664,275.03 | 824,312.19 | 764,657.03 | 771,179.54 |
| PROPERTY, PLANT & EQUIP. @ COST | 7,641,555.88 | 7,641,555.88 | 7,641,555.88 | 7,641,555.88 | 7,738,311.72 | 7,738,311.72 | 7,738,311.72 | 7,738,311.72 | 7,738,311.72 |
| Less Accumulated Depreciation | 6,014,927.32 | 6,029,969.48 | 6,045,011.64 | 6,060,053.80 | 6,075,095.96 | 6,090,138.12 | 6,105,180.28 | 6,120,222.44 | 6,135,264.60 |
| NET BOOK VALUE OF PP & E | 1,626,628.56 | 1,611,586.40 | 1,596,544.24 | 1,581,502.08 | 1,663,215.76 | 1,648,173.60 | 1,633,131.44 | 1,618,089.28 | 1,603,047.12 |
| OTHER ASSETS | | | | | | | | | |
| 1. A/R-employees | 572,720.00 | 572,720.00 | 572,720.00 | 572,720.00 | 572,720.00 | 572,720.00 | 575,220.31 | 575,220.31 | 575,220.31 |
| 2. Deposit on Forklift | 0.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| 3. Electric Deposit | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 |
| 4. | | | | | | | | | |
| TOTAL ASSETS | $2,378,023.40 | $2,431,229.89 | $2,499,049.13 | $2,569,151.50 | $2,779,735.00 | $2,891,618.63 | $3,039,113.94 | $2,964,416.62 | $2,955,896.97 |

* Per Schedules and Statement of Affairs

MOR-2

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 |
|---|---|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | $24,001.80 | $59,173.91 | $145,392.98 | $300,645.12 | $354,827.02 | $423,282.50 | 317,806.44 | 303,927.05 |
| PRE-PETITION LIABILITIES | | | | | | | | | |
| Notes Payable - Secured | 1,706,046.00 | 1,706,046.00 | 1,701,046.00 | 1,696,046.00 | 1,691,046.00 | 1,686,046.00 | 1,681,046.00 | 1,705,341.53 | 1,696,325.12 |
| Priority Debt | | | | | | | | | |
| Federal Income Tax | | | | | | | | | |
| FICA/Withholding | | | | | | | | | |
| Unsecured Debt | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | 1,965,069.55 | 1,922,257.61 | 1,922,257.61 |
| Other | | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,671,115.55 | 3,671,115.55 | 3,666,115.55 | 3,661,115.55 | 3,656,115.55 | 3,651,115.55 | 3,646,115.55 | 3,627,599.14 | 3,618,582.73 |
| TOTAL LIABILITIES | 3,671,115.55 | 3,695,117.35 | 3,725,289.46 | 3,806,508.53 | 3,956,760.67 | 4,005,942.57 | 4,069,398.05 | 3,945,405.58 | 3,922,509.78 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | |
| COMMON STOCK | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| ADDITIONAL PAID-IN CAPITAL | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 |
| RETAINED EARNINGS: Filing Date | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 | -1,309,592.15 |
| RETAINED EARNINGS: Post Filing Dte | | 29,204.69 | 66,851.82 | 55,735.13 | 116,066.49 | 178,768.21 | 262,808.04 | 312,103.19 | 326,479.34 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -1,293,092.15 | -1,263,887.46 | -1,226,240.33 | -1,237,357.02 | -1,177,025.66 | -1,114,323.94 | -1,030,284.11 | -980,988.96 | -966,612.81 |
| TOTAL LIABILITIES & OWNERS EQUITY | $2,378,023.40 | $2,431,229.89 | $2,499,049.13 | $2,569,151.50 | $2,779,735.00 | $2,891,618.63 | $3,039,113.94 | $2,964,416.62 | $2,955,896.97 |

* Per Schedules and Statement of Affairs

MOR-3

CASE NAME:   Bendco, Inc.
CASE NUMBER:   18-30849

### SCHEDULE OF POST-PETITION LIABILITIES

| | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| TRADE ACCOUNTS PAYABLE | $13,967.29 | $27,224.58 | 9,998.22 | 12,099.76 | 8,284.34 | 30,152.09 | 17,244.20 | 22,447.41 |
| TAX PAYABLE | | | | | | | | |
| Federal Payroll Taxes | | | 23,483.74 | 55,532.71 | 83,005.70 | 97,450.24 | 46,145.21 | 21,634.68 |
| State Payroll Taxes | | | | | | | | |
| Ad Valorem Taxes | | | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 |
| Other Taxes | 10,034.51 | 22,018.66 | 19,303.37 | 37,995.16 | 53,545.62 | 77,065.09 | 90,108.99 | 93,400.93 |
| TOTAL TAXES PAYABLE | 10,034.51 | 22,018.66 | 53,787.11 | 104,527.87 | 147,551.32 | 185,515.33 | 147,254.20 | 126,035.61 |
| Due to G & A Outsourcing (See addendum to MOR-7) | | | 42,122.95 | 42,122.95 | 42,122.95 | 42,122.95 | 42,122.95 | 42,122.95 |
| SECURED DEBT POST-PETITION | | | | 96,755.84 | 95,333.09 | 93,904.41 | 92,469.78 | 91,029.17 |
| ACCRUED INTEREST PAYABLE | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | 9,930.67 | 39,484.70 | 45,138.70 | 61,535.32 | 71,587.72 | 18,715.31 | 23,532.91 |
| OTHER ACCRUED LIABILITIES | | | | | | | | |
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $24,001.80 | $59,173.91 | $145,392.98 | $300,645.12 | $354,827.02 | $423,282.50 | $317,806.44 | $305,168.05 |

*Payment requires Court Approval

MOR-4

CASE NAME: Bondco, Inc.
CASE NUMBER: 18-30849

## AGING OF POST-PETITION LIABILITIES
### October 2018

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | $126,848.34 | 22,447.41 | 86,782.69 | 6,618.24 | 11,000.00 | $126,848.34 |
| 31-60 | $0.00 | | | | | |
| 61-90 | $0.00 | | | | | |
| 91+ | $0.00 | | | | | |
| TOTAL | $126,848.34 | $22,447.41 | $86,782.69 | $6,618.24 | $11,000.00 | $126,848.34 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 |
|---|---|---|---|---|---|---|---|---|
| 0-30 DAYS | 182,189.07 | 196,353.81 | 189,032.30 | 374,090.48 | 299,963.21 | 440,490.51 | 394,386.71 | 216,319.07 |
| 31-60 DAYS | 28,334.70 | 6,025.00 | 38,409.94 | 72,803.06 | 49,661.80 | 63,335.18 | 65,856.97 | 208,419.40 |
| 61-90 DAYS | 8,738.98 | 26,614.70 | 52,880.75 | 44,622.63 | 65,723.93 | 43,376.80 | 61,355.18 | 62,016.97 |
| 91+ DAYS | 0.00 | 8,243.98 | 30,918.98 | 27,118.98 | 68,580.61 | 140,180.54 | 182,782.34 | 239,377.52 |
| TOTAL | $219,262.75 | $237,237.49 | $311,241.97 | $518,635.15 | $483,929.55 | $687,383.03 | $704,381.20 | $726,132.96 |

MOR-5

CASE NAME: Bondco, Inc.
CASE NUMBER: 18-30849

STATEMENT OF INCOME (LOSS)

| | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-4) | 225,185.00 | 255,382.50 | 257,013.36 | 327,663.80 | 347,433.02 | 423,894.91 | 299,088.65 | 269,306.99 | 2,404,968.23 |
| TOTAL COST OF REVENUES | 145,930.99 | 110,937.65 | 131,613.86 | 132,303.69 | 125,065.32 | 158,819.37 | 120,184.64 | 124,169.33 | 1,049,024.85 |
| GROSS PROFIT | 79,254.01 | 144,444.85 | 125,399.50 | 195,360.11 | 222,367.70 | 265,075.54 | 178,904.01 | 145,137.66 | 1,210,805.72 |
| OPERATING EXPENSES: | | | | | | | | | |
| Selling & Marketing | 0.00 | | 1,259.67 | 0.00 | | 125.07 | 168.42 | 4,460.81 | 6,013.97 |
| General & Administrative | 16,827.89 | 25,214.49 | 54,161.81 | 67,296.51 | 71,572.30 | 86,742.45 | 63,438.72 | 58,127.10 | 385,254.17 |
| Insiders Compensation | 10,416.00 | 17,916.00 | 19,866.00 | 12,916.00 | 20,416.00 | 25,338.52 | 16,813.37 | 25,641.98 | 149,323.87 |
| Professional Fees | 0.00 | 9,930.67 | 29,554.03 | 5,654.00 | 16,396.62 | 12,251.09 | 1,364.96 | 4,817.60 | 79,968.97 |
| Insurance | 0.00 | 18,686.94 | 8,587.60 | 7,082.64 | 8,172.02 | 7,798.60 | 8,286.19 | 7,465.07 | 66,079.06 |
| Property Taxes | 0.00 | 10,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 76,000.00 |
| TOTAL OPERATING EXPENSES | 27,243.89 | 81,748.10 | 124,429.11 | 103,949.15 | 127,556.94 | 143,255.73 | 101,071.66 | 111,512.56 | 820,767.14 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 52,010.12 | 62,696.75 | 970.39 | 91,410.96 | 94,810.76 | 121,819.81 | 77,832.35 | 33,625.10 | 535,176.24 |
| INTEREST EXPENSE | 0.00 | | | | | 402.25 | 398.12 | 391.27 | 385.29 | 1,576.93 |
| DEPRECIATION | 15,042.16 | 15,042.16 | 15,042.16 | 15,042.16 | 15,042.16 | 15,042.16 | 15,042.16 | 15,042.16 | 120,337.28 |
| OTHER (INCOME) EXPENSE* | 0.00 | | | | | | | | 0.00 |
| OTHER ITEMS** | 0.00 | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 15,042.16 | 15,042.16 | 15,042.16 | 15,042.16 | 15,444.41 | 15,440.28 | 15,433.43 | 15,427.45 | 121,914.21 |
| NET INCOME BEFORE TAXES | 36,967.96 | 47,654.59 | -14,071.77 | 76,368.80 | 79,366.35 | 106,379.53 | 62,398.92 | 18,197.65 | 413,262.03 |
| FEDERAL INCOME TAXES | 7,763.27 | 10,007.46 | -2,955.07 | 16,037.44 | 16,664.62 | 22,339.70 | 13,103.77 | 3,821.50 | 86,782.69 |
| NET INCOME (LOSS) (MOR-1) | $29,204.69 | $37,647.13 | ($11,116.70) | $60,331.36 | $62,701.73 | $84,039.83 | $49,295.15 | $14,376.15 | 326,479.34 |

Accrual Accounting Required, Otherwise Footnote with Explanation

* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business require footnote.

MOR-6

CASE NAME: Bendco, Inc.
CASE NUMBER: 18-30849

| CASH RECEIPTS AND DISBURSEMENTS | MONTH March 2018 | MONTH April 2018 | MONTH May 2018 | MONTH June 2018 | MONTH July 2018 | MONTH August 2018 | MONTH September 2018 | MONTH October 2018 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $6,618.87 | $17,412.74 | $82,299.40 | $64,768.58 | $9,916.09 | $171,485.48 | $127,122.86 | $46,044.69 | $6,618.87 |
| RECEIPTS: | | | | | | | | | 0.00 |
| 2. CASH SALES | | | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 186,001.46 | 241,655.29 | 185,578.18 | 152,775.60 | 382,268.56 | 223,661.23 | 284,348.60 | 248,306.46 | 1,656,288.92 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | 42,122.95 | | | | 1,008.30 | | 43,131.25 |
| TOTAL RECEIPTS** | 186,001.46 | 241,655.29 | 227,701.13 | 152,775.60 | 382,268.56 | 223,661.23 | 285,356.90 | 248,306.46 | 1,699,420.17 |
| Withdrawal Contribution by Individual Debtor MI R-2* | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | |
| 7. NET PAYROLL | 97,181.33 | 89,715.85 | 100,092.25 | 104,815.88 | 90,783.94 | 118,595.75 | 90,977.09 | 91,706.04 | 692,162.09 |
| 8. PAYROLL TAXES PAID | | | | | | 30,001.92 | 78,812.72 | 50,598.53 | 108,814.64 |
| 9. SALES, USE & OTHER TAXES PAID | | 2,212.67 | 4,672.73 | 148.50 | 1,237.88 | | 1,303.14 | 1,243.55 | 10,818.47 |
| 10. SECURED-RENTAL/LEASES | | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 70,000.00 |
| 11. UTILITIES & TELEPHONE | | 5,836.19 | 16,195.18 | 12,122.81 | 14,018.66 | 12,638.12 | 10,849.81 | 13,887.86 | 85,548.63 |
| 12. INSURANCE | | 8,686.94 | 10,702.50 | 4,659.74 | 10,663.02 | 5,038.60 | 7,480.19 | 11,031.07 | 58,262.06 |
| 13. INVENTORY PURCHASES | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 158.79 | 146.37 | 40.00 | | | | | | 345.16 |
| 15. TRAVEL & ENTERTAINMENT | | 55.43 | 453.67 | | | | | | 509.10 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 403.88 | 378.95 | 1,695.33 | | 15,730.50 | 5,652.74 | 20,651.17 | 8,023.74 | 44,512.57 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 168.42 | -4,460.81 | 168.42 |
| 18. OTHER (attach list)    Addendum | 77,463.59 | 59,431.23 | 96,380.29 | 75,881.16 | 75,340.17 | 82,846.72 | 77,581.08 | 67,709.11 | 544,904.24 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 175,207.59 | 176,443.63 | 240,231.95 | 207,628.09 | 217,774.17 | 264,773.85 | 297,823.62 | 258,660.71 | 1,616,045.38 |
| 19. PROFESSIONAL FEES | | | 5,000.00 | | | | 68,611.45 | | 73,611.45 |
| 20. U.S. TRUSTEE FEES | | 325.00 | | | 2,925.00 | 3,250.00 | 0.00 | 4,875.00 | 11,375.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 175,207.59 | 176,768.63 | 245,231.95 | 207,628.09 | 220,699.17 | 268,023.85 | 366,435.07 | 263,535.71 | 1,701,031.83 |
| 22. NET CASH FLOW | 10,793.87 | 64,886.66 | -17,530.82 | -54,852.49 | 161,569.39 | -44,362.62 | -81,078.17 | -15,229.25 | -1,611.66 |
| 23. CASH - END OF MONTH (MOR-2) | $17,412.74 | $82,299.40 | $64,768.58 | $9,916.09 | $171,485.48 | $127,122.86 | $46,044.69 | $30,815.44 | $5,007.21 |

\* Applies to Individual debtors only

MOR-7

\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

SE NAME:  Bendco, Inc.
IE NUMBER: 18-30849

| OTHER DISBURSEMENTS | MONTH March 2018 | MONTH April 2018 | MONTH May 2018 | MONTH June 2018 | MONTH July 2018 | MONTH August 2018 | MONTH September 2018 | MONTH October 2018 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| Cost of sales | $60,635.70 | $27,208.01 | $39,703.91 | $22,844.27 | $42,289.40 | $29,451.55 | $45,575.10 | $36,959.87 | $267,707.94 |
| General & administrative expenses | $16,827.89 | $5,515.02 | $41.92 | $37,036.89 | $17,050.77 | $33,886.56 | $17,014.59 | $12,249.24 | $127,373.64 |
| Property Tax | $0.00 | $10,000.00 | $22,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $87,000.00 |
| G & A Partners | $0.00 | $11,688.20 | $29,634.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $41,322.66 |
| Ascentium Capital | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $35,000.00 |
| TCF Equipment Finance | | | | | | | $2,500.00 | $2,500.00 | |
| Texas Citizen's Bank-Check cashed twice | | | | | | $1,008.30 | ($1,008.30) | | $0.00 |
| Texas Citizen's Bank-Sept check cleared in August | $0.00 | $0.00 | | | | $2,500.31 | ($2,500.31) | | $0.00 |
| | | | | | | | | | |
| Total | $77,463.59 | $59,411.23 | $96,380.29 | $75,881.16 | $75,340.17 | $82,846.72 | $77,581.08 | $67,709.11 | $558,404.24 |

Addendum to MOR-7

Other Cash Receipts
G & A Outsourcing refund

$42,122.95  This amount was refunded by G & A Outsourcing
on May 4 with notice that they were applying all
other payments received post-petition ($37,699.71)
to amounts owed pre-petition.
The refund amount has been shown as a post-
petition liability on the balance sheet.

CASE NAME:  Bendco, Inc.
CASE NUMBER: 18-30849

## CASH ACCOUNT RECONCILIATION
### MONTH OF      October 2018

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | | | # | | |
| ACCOUNT TYPE | *OPERATING* | *PAYROLL* | *Paypal* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | $28,786.60 | $0.00 | $6,975.74 | $8,670.10 | $44,432.44 |
| DEPOSITS IN TRANSIT | 4,801.00 | | | | $4,801.00 |
| OUTSTANDING CHECKS | 17,590.21 | | | | $17,590.21 |
| ADJUSTED BANK BALANCE | $15,997.39 | 0.00 | $6,975.74 | $8,670.10 | $31,643.23 |
| BEGINNING CASH - PER BOOKS | 30,398.85 | 0.00 | 6,975.74 | 8,670.10 | $46,044.69 |
| RECEIPTS* | 240,900.79 | 0.00 | 7,405.67 | 0.00 | $248,306.46 |
| TRANSFERS BETWEEN ACCOUNTS | 7,975.74 | | -7,975.74 | 0.00 | $0.00 |
| (WITHDRAWAL) OR  CONTRIBUTION BY INDIVIDUAL       DEBTOR  MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 263,277.99 | 0.00 | 257.72 | 0.00 | $263,535.71 |
| ENDING CASH - PER BOOKS | $15,997.39 | $0.00 | $6,147.95 | $8,670.10 | $30,815.44 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: Bondco, Inc.
CASE NUMBER: 18-30849

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 |
|---|---|---|---|---|---|---|---|---|
| 1. Rick Friery-Salary | $5,416.00 | $6,666.00 | 7,900.00 | 8,124.00 | 6,416.00 | 5,750.00 | 6,143.30 | 10,516.78 |
| 2. John Tharp-Salary | $5,000.00 | $6,250.00 | 7,966.00 | 6,250.00 | 12,000.00 | 5,750.00 | 5,670.07 | 10,125.20 |
| 3. Rick Friery-Commission | | $2,000.00 | 2,000.00 | 1,440.35 | 931.25 | 0.00 | 2,500.00 | 1,250.00 |
| 4. John Tharp-Commission | | $3,000.00 | 4,400.00 | 1,253.35 | 1,242.45 | 2,204.48 | 2,500.00 | 3,750.00 |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $10,416.00 | $17,916.00 | $22,266.00 | $17,067.70 | $20,589.70 | $13,704.48 | $16,813.37 | $25,641.98 |

| PROFESSIONALS | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 |
|---|---|---|---|---|---|---|---|---|
| 1. Russell, Croft & Schulz-retainer | | | 5,000.00 | | | | | |
| 2. Fuqua & JAssociates, PC | | | | | | | 68,611.45 | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $68,611.45 | $0.00 |

MOR-9