IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BENDCO, INC. | § | Case No. 18-30849 |
| | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**MOTION TO EXTEND TIME TO FILE DISCLOSURE STATEMENT
AND CHAPTER 11 PLAN OF REORGANIZATION**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION ND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

**To the Honorable David R. Jones
Chief United States Bankruptcy Judge:**

1.  Debtor Bendco, Inc. filed a voluntary petition for relief under Chapter 11 Of Title 11 of the United States Code on February 28, 2018 (the "Date of Petition"). From and since the Date of Petition, the Debtor has maintained possession of its property, and has continued to remain in control of its ongoing business affairs as a Debtor-in-possession pursuant to the provisions of 11 U.S.C. §§ 1107 and 1108.

2. The Debtor is required to file a plan of reorganization and disclosure statement by December 31, 2018.

3. The Debtor is trying to negotiate a sale of its assets and a disruptive event has sidetracked the Debtor. Therefore, the Debtor needs additional time to resolve these issues in order to propose a viable plan of reorganization.

4. The Debtor believes it is in the best interest of the estate and the creditors to extend time for filing the Debtor's Disclosure Statement and Plan until March 1, 2019.

Wherefore premises considered, the Debtor respectfully moves this Court to extend the deadline to file a Plan and Disclosure Statement until March 1, 2019.

Respectfully submitted,

/s/ Richard Lee Fuqua
Richard Lee Fuqua
Texas Bar #07552300
5005 Riverway, Suite 250
Houston, Texas 77056
713.960.0277
Attorney for the Debtor

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served this date upon all parties listed on the attached service list pursuant to the Federal Rules of Bankruptcy Procedure via either electronic transmission, PACER/ECF or United States mail on the 27th day of December, 2018.

/s/ Richard Lee Fuqua
Richard Lee Fuqua

## CERTIFICATE OF CONFERENCE

This is to certify that I have attempted to contact Hector Duran with the Office of the United States Trustee regarding the relief requested in this motion. It is believed that the motion is unopposed.

/s/ Richard Lee Fuqua
Richard Lee Fuqua

| | | |
|---|---|---|
| Bendco, Inc.<br>801 Houston Ave.<br>Pasadena, TX 77502 | Richard L. Fuqua<br>Fuqua & Associates, PC<br>5005 Riverway, Suite 250<br>Houston, TX 77056 | U.S. Trustee<br>515 Rusk Ave., Ste. 3516<br>Houston, TX 77002 |

## 20 LARGEST UNSECURED CREDITORS:

| | | |
|---|---|---|
| TXU Energy<br>PO Box 650638<br>Dallas, TX 75265 | CAN Capital Asset Servicing, Inc.<br>Fora Financial<br>242 W. 36th St.<br>New York, NY 10018 | Bank of America<br>PO Box 660576<br>Dallas, TX 75266-0576 |
| Knight Capital Funding II<br>9 East Lockerman St #3A-543<br>Dover, DE 19001 | G&A Partners<br>17220 Katy Fwy #350<br>Houston, TX 77094 | Tech Induction<br>13129 23 Mile Road<br>Shelby Township, MI 48315 |
| Team Industrial Services Inc.<br>PO Box 842233<br>Dallas, TX 75284-2233 | TUV Rheinland Ind Solutions<br>PO Box 417532<br>Boston, MA 02241-7532 | LB Foster Ball Winch<br>PO Box 643343<br>Pittsburgh, PA 15264-3343 |
| Ball Winch<br>15786 Hwy 75 North, #110948<br>Willis, TX 77378 | Herc Rentals, Inc.<br>PO Box 650280<br>Dallas, TX 75265-0280 | Great Western Metals<br>14121 Gulf Freeway<br>Houston, TX 77034 |
| IRIS NDT, Inc<br>1115 W. 41st St.<br>Tulsa, OK 74107 | Accutest Labs<br>7821 Pinemont<br>Houston, TX 77040 | Adobe Equipment<br>7607 Wallisville Rd<br>Houston, TX 77020 |
| Dixie Pipe Sales, LP<br>Dept #372<br>PO Box 4346<br>Houston, TX 77210-4346 | Praxair<br>10 Riverview Dr.<br>Danbury, CT 06810 | Omnipotech LTD<br>11422A Craighead Dr<br>Houston, TX 77025 |
| Texas Pipe & Supply Co.<br>2330 Holmes Road<br>Houston, TX 77051 | Fastway Freight Systems<br>PO Box 87644<br>Houston, TX 77287-7644 | |

## PARTIES REQUESTING NOTICE:

| | | |
|---|---|---|
| Hector Duran<br>Office of the US Trustee<br>515 Rusk Ave., Ste. 3516<br>Houston, TX 77002 | Harris County<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair et al<br>PO Box 3064<br>Houston, TX 77002 | Jay W. Hurst, Asst. Attorney General<br>c/o Sherri K. Simpson, Paralegal<br>Bankruptcy & Collections Div.<br>PO Box 12548<br>Austin, TX 78711-2548 |
| BB&T Commercial Equipment Capital<br>c/o Alan B. Padfield<br>421 W. Third St., Ste. 910<br>Fort Worth, TX 76102 | Susquehanna Commercial Finance, Inc.<br>c/o Alan B. Padfield<br>421 W. Third St., Ste. 910<br>Fort Worth, TX 76102 | TCF Equipment c/o Teri H. Kelley<br>6750 West Loop S., Ste. 920<br>Bellaire, TX 77401 |
| Richard A. Kincheloe<br>Assistant United States Attorney<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 | Omnitech Ltd c/o Mynde S. Eisen<br>LAW OFFICE OF MYNDE S. EISEN, P.C.<br>6546 Greatwood Parkway, Ste. C<br>Sugar Land, TX 77479 | Palladian Publications<br>c/o William T. Peckham<br>1104 Nueces St., Ste. 104<br>Austin, TX 78701-2106 |
| AmTrust Insurance Co of Kansas<br>Maurice Witscher, LLP<br>c/o Alan C. Hochheiser<br>2000 Auburn Drive, Ste. 200<br>Beachwood, OH 44122 | San Jacinto Community College District<br>c/o Daniel J. Snooks<br>11550 Fuqua, Suite 370<br>Houston, TX 77034 | US Bank National Association<br>c/o Jeremy M. Jones<br>Lam, Lyn & Phillip, Pc<br>6213 Skyline Drive, Ste. 2100<br>Houston, TX 77057 |

SECURED CREDITORS

| | | |
|---|---|---|
| Ascentium Capital LLC<br>23970 Highway 59N<br>Kingwood, TX 77339-1535 | Bank of America<br>PO Box 660576<br>Dallas, TX 75266-0576 | Bank of America, N.A.<br>800 Market St.<br>St. Louis, MO 63101-2510 |
| Citibank, N.A.<br>388 Greenwich St.<br>New York, NY 10013 | Corporation Service Co of America<br>As Representative<br>PO Box 2576<br>Springfield, IL 62708 | Konica Minolta<br>21146 Network Place<br>Chicago, IL 60673 |
| Leaf Capital Funding, LLC<br>2005 Market St., 14th Floor<br>Philadelphia, PA 19103 | Susquehanna Comm Finance<br>2 Country View Road, Ste. 300<br>Malvern, PA 19355 | TCF Equipment Finance<br>PO Box 77077<br>Minneapolis, MN 55480-7777 |
| US Bancorp Equipment Finance<br>PO Box 790413<br>St. Louis, MO 63179-0413 | Wells Fargo Bank, N.A.<br>300 Tri-State International #400<br>Lincolnshire, IL 60069 | |