United States Bankruptcy Court
Southern District of Texas

**ENTERED**

April 17, 2023

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Bendco, Inc.
       801 Houston Ave Property LLC
       **Debtor(s)**

Case No.: 18–30849

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Allison D Byman is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 4/17/23

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE